# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

Jessica Jay Scott and John Burton Eubanks Jr., Plaintiffs

2:25-cv-00928-RAH-KFP

v.

Chilton County Department of Human Resources; Mallory Ratliff; Dayla Hamilton; Ali Patterson, Guardian ad Litem (Official Capacity Only); Chilton County Sheriff's Department; Deputy Davenport; Investigator Shane Mayfield; Hon. Christopher G. Speaks, Defendants.

# CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

## I. JURISDICTION AND VENUE

This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue is proper because all events occurred in Chilton County, Alabama, within the Middle District of Alabama.

## II. PARTIES

Plaintiff Jessica Jay Scott is a resident of Autauga County, Alabama and the mother and legal custodian of minor child T.K.P. and the mother of minor children J.B.E. III and J.M.E.

Plaintiff John Burton Eubanks Jr. is the father of J.B.E. III and J.M.E., and lived in the home and served as a daily caregiver and de facto parent of T.K.P. during all relevant times.

Defendants are state actors who acted under color of state law at all times relevant to this complaint.

## III. FACTUAL ALLEGATIONS

On July 30, 2021, Defendants removed Plaintiffs' children without a warrant, without exigent circumstances, and without lawful justification.

Following the removal, Plaintiffs were criminally charged with child abuse. On May 4, 2022, after a full jury trial, both Plaintiffs were acquitted of all charges.

Despite the acquittal, Defendants refused to return the children. Dependency proceedings have continued, and termination proceedings are currently scheduled for December 2025.

Defendants Ratliff and Hamilton created and maintained inaccurate, inconsistent, and misleading Individualized Service Plans and documentation affecting Plaintiffs' parental rights.

Deputy Davenport and Investigator Shane Mayfield provided statements and reports that were inconsistent with physical evidence and witness testimony.

Judge Christopher Speaks issued orders affecting Plaintiffs' parental rights that Plaintiffs allege were issued without due process protections required under the Constitution.

## IV. CLAIMS FOR RELIEF

### COUNT I – Fourth Amendment

Defendants violated Plaintiffs' Fourth Amendment rights by unlawfully seizing their children without a warrant, court order, or exigent circumstances.

### COUNT II – Procedural Due Process (Fourteenth Amendment)

Defendants deprived Plaintiffs of constitutionally required notice, fair hearings, accurate evidence, and opportunities for reunification.

### COUNT III – Substantive Due Process (Fourteenth Amendment)

Defendants interfered with Plaintiffs' fundamental right to family integrity without compelling justification.

### COUNT IV – First Amendment Retaliation

Defendants took adverse actions against Plaintiffs after they sought legal redress and exercised their right to speak out.

### COUNT V – Monell Liability (Chilton County DHR)

Chilton County DHR maintained policies, customs, and practices that caused and continue to cause ongoing constitutional violations.

## V. PRAYER FOR RELIEF

Plaintiffs request the following relief:

1. Compensatory damages;

2. Punitive damages against individual defendants;

3. Injunctive relief preventing termination of parental rights proceedings;

4. Restoration of custody rights;

5. Any further relief the Court deems just and proper.

## SIGNATURES

Date: November 21, 2025

_Jessica Jay Scott_ Jessica Jay Scott, Pro Se Plaintiff

_John Burton Eubanks Jr._ John Burton Eubanks Jr., Pro Se Plaintiff

2520 Tanner Drive
Prattville AL 36067
(205) 245-2940