Jessica Jay Scott
2520 Tanner Drive
Prattville, AL 36067
(205) 245-2960
familyandfreedom@yahoo.com



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA — NORTHERN DIVISION

Jessica Jay Scott and John Burton Eubanks Jr.,
Pro Se Plaintiffs,

v.

Chilton County Department of Human Resources; Mallory Ratliff (formerly Mallory Stewart), in her individual and official capacities; and Guardian ad Litem Ali Patterson, in her official capacity,
Defendants.

Civil Action No. 2:25-cv-00928-RAH-KFP

# MOTION TO PROCEED IN FORMA PAUPERIS AND AFFIDAVITS OF FINANCIAL STATUS

Plaintiffs, appearing *pro se*, respectfully move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.

1. Plaintiffs cannot prepay the $405 civil filing fee without depriving themselves of basic necessities.
2. Plaintiff Jessica Jay Scott is unemployed and receives $774 per month in SSI disability.
3. Plaintiff John Burton Eubanks Jr. receives $4,549 per month in VA disability and approximately $1,300 bi-weekly from employment with a disabled-veterans program.
4. Their combined monthly expenses average $6,489 for rent, utilities, food, transportation, and medical costs.
5. They have no savings or bank balance and own only a 1997 Harley-Davidson Road King motorcycle.
6. They support two dependents and have no other income or assets.

For these reasons, Plaintiffs ask that the Court allow them to proceed without prepayment of fees and direct the Clerk to file their Emergency Motion for Injunction and Order to Show Cause.

Respectfully submitted,

_____    _____
Jessica Jay Scott, Pro Se Plaintiff    John Burton Eubanks Jr., Pro Se Plaintiff
Date: November 2025
21