RECEIVED
2025 NOV 21 P 3: 46
TR...NGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**AFFIDAVIT OF FINANCIAL STATUS – JESSICA JAY SCOTT**

I, Jessica Jay Scott, declare under penalty of perjury that:
1. I am a party to this action and submit this affidavit in support of my Motion to Proceed In Forma Pauperis.
2. I am unemployed.
3. My monthly income is $774 from SSI disability.
4. My monthly expenses average $6,489.
5. I have $0 in cash or bank accounts.
6. I own a 1997 Harley-Davidson Road King motorcycle and no real property.
7. I support two dependents.
8. I understand that false statements may result in dismissal and prosecution for perjury.

Executed pursuant to 28 U.S.C. § 1746 on this 21st day of November 2025.

*Jessica Jay Scott*
Jessica Jay Scott, Pro Se Plaintiff


**AFFIDAVIT OF FINANCIAL STATUS – JOHN BURTON EUBANKS JR.**

I, John Burton Eubanks Jr., declare under penalty of perjury that:
1. I am a party to this action and submit this affidavit in support of my Motion to Proceed In Forma Pauperis.
2. I am employed with a disabled-veterans program.
3. My monthly income is $4,549 from VA disability and approximately $2,600 per month from employment.
4. My monthly expenses average $6,489.
5. I have $0 in cash or bank accounts.
6. I own a 1997 Harley-Davidson Road King motorcycle and no real property.
7. I support two dependents.
8. I understand that false statements may result in dismissal and prosecution for perjury.

Executed pursuant to 28 U.S.C. § 1746 on this 21st day of November 2025.

*John Burton Eubanks Jr.*
John Burton Eubanks Jr., Pro Se Plaintiff