# UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT
## _____ DIVISION

RECEIVED 2025 NOV 24 A 10: 36
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jessica Jay Scott AND )
Jhon Burton Eubanks Jr )
Plaintiff(s) )
)
v. )   Case No. 225cv 928
)
Chilton County Department of )
Human Resources, ET AL, )
Defendant(s) )

## NOTICE OF fileing EXHIBIT TO CONPLANT

Comes now, Jessica Jay Scott, the
☑ Plaintiff(s) ☐ Defendant(s), who hereby is fileing EXHIBITS 1 - 7B TO CONPLANT

_Jessica Scott_
Signature

Printed Name Jessica Jay Scott
Address 2520 Tanner Drive
Prattville AL 36067