

# EXHIBIT 1
# Jury Verdict Forms – Not Guilty
# State of Alabama v. Scott & Eubanks

The following certified jury verdict forms demonstrate that Jessica Jay Scott and John Burton Eubanks Jr. were found NOT GUILTY on all charges of Torture/Willful Abuse on May 4th, 2022.

DOCUMENT 30

## IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. )  Case No.: CC-2022-000050.00
)
SCOTT JESSICA JAY )
Defendant. )



### COUNT 1 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

### COUNT 2 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DOCUMENT 30

## COUNT 3 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DONE this 4th day of May, 2022.

/s/ SIBLEY G. REYNOLDS
CIRCUIT JUDGE

DOCUMENT 32

## IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No. CC-2022-000082.00
)
EUBANKS JOHN BURTON JR )
Defendant. )



### COUNT 1 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

### COUNT 2 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DOCUMENT 32

## COUNT 3 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DONE this 4th day of May, 2022.

/s/ SIBLEY G. REYNOLDS
CIRCUIT JUDGE