PLAINTIFF'S
EXHIBIT
2
PENGAD 800-631-

EXHIBIT 2

DHR ISP Records & Analysis Packet

(2021–2024)

The following records demonstrate DHR's repeated procedural violations,

contradictions, and failures to reassess safety or update findings from 2021–2024.

This packet includes:

• Summary & Key Findings

• ISP Records (2021–2024)

• Permanency Planning Forms

• Post-Acquittal Conduct Findings

• Signature & Documentation Irregularities

• Contradictions Across Years

• Summary of Violations

Submitted by:

Jessica Jay Scott

Evidence of DHR's Bad Faith and Due Process Violations

Summary & Key Findings

1. Continued Reliance on Nonexistent Criminal Proceedings

The ISP documents repeatedly treat the parents as though criminal allegations or proceedings remained active, despite the criminal case having been fully resolved without conviction.

2. Advancement Toward Adoption Without Fulfilling Reunification Requirements

DHR pursued adoption prior to completing reunification services.

3. Contradictions Between ISP Documents and Permanency Planning Forms

Records contain inconsistent service statuses and safety assessments.

4. Escalation Toward Termination Post-Acquittal

Despite acquittal, efforts toward termination increased.

5. Misstatements and Omission of Material Facts

Inaccurate allegations carried over year to year.

6. Acknowledgment of Inconsistencies Through Signatures

Staff signed documents containing contradictions.

ISP Documents (Chronological Order)

2021 ISP Records

Narrative Summary:

The 2021 ISP records rely heavily on disproven initial allegations.

Key Points:

- Reliance on unverified allegations.

- No updated safety assessments.

- Unsupported permanency goals.

2022 ISP Records

Narrative Summary:

Criminal case was resolved, but ISPs treated it as ongoing.

Key Points:

- Adoption appears prematurely.

- Contradictory service statuses.

- No updated inspections.

2023 ISP Records

Narrative Summary:

Documents contain multiple contradictions with no updated evidence.

Key Points:

- Adoption listed without cause.

- Services marked completed/not completed inconsistently.

2024 ISP Records

Narrative Summary:

DHR continued termination efforts with no legal basis.

Key Points:

- Omission of acquittal.

- Unsupported safety concerns.

Permanency Planning Goal Forms

Narrative Summary:

A shift toward adoption occurred without statutory justification.

Post-Acquittal Conduct and Procedural Misconduct

Narrative Summary:

DHR ignored the resolved criminal case and escalated termination efforts.

Signatures and Acknowledgment Patterns

Narrative Summary:

DHR staff and GAL signed documents containing contradictions.

Contradictions Across Years

Side-by-side inconsistencies show unreliable recordkeeping.

Summary of Violations

- Fourteenth Amendment Due Process Violations

- Equal Protection Violations

- Title IV-E Violations

- Procedural Violations

Exhibit Attachments Placeholder

(To be populated once upload limit resets.)

Exhibit Completion & Certification Page

I, *Jessica Joy Scott*, certify that the attached documents contained in Exhibit 2 are true and accurate copies...



# CHILTON COUNTY
## Department of Human Resources
P.O. Box 1699
Clanton, AL 35046-1699



**Kay E. Ivey**
*Governor*

**Nancy T. Buckner**
*Commissioner*

May 16, 2024

To whom it may concern:

Ms. Jessica Scott
PO BOX 474
Autaugaville, AL 36006

Re: J     E        and J      E

You are invited to attend a meeting to discuss the Individual Service Plan (ISP) for J    E        and
J      E

The meeting is scheduled for 6/13/24 at the Court House following the Permanency hearing.

If you are unable to attend, please contact worker, Mrs. Mallory Ratliff at 205-258-4944 or her
supervisor, Mrs. Amanda Martin, at 205-258-4921 during regular office hours between 8:00-4:30 prior to
the meeting.

Sincerely,

Mallory Ratliff

Social Service Case Worker

Amanda Rudd-Martin

Family Service Supervisor II

# INDIVIDUALIZED SERVICE PLAN

COUNTY Chilton          CASE NAME Jessica Scott          CASE # 28,931

DATE OF ISP MEETING 10/25/2021

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH _____   OTHER X

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Stewart | CCDHR | —— | N | mellory Scott | 10-25 |
| Mallory Loftin | CCDHR | —— | | Mallory Msn | |
| Robert Bowers | DHR atty | email | | Rot J Bowe | |
| Amanda Baxley | GAL | email | | A provided input | |
| Josh Inman | GAL | email | | Prior to meeting | |
| Alex Sallas | parents atty | Phone | | Alex Sallas | |
| Jessica Scott | mother | Phone | | Jessica Scott | |
| John Eubanks Jr. | father | Phone | | John Eubanks Jr | |
| Anglia Cleckler | placement | Phone | | Anglia Cleckler | |
| Lauren + Jeremy Calloway | foster parent | Phone | | Lauren Calloway | |
| Travis Capps | Child | Phone | | Travis capps | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

1

| Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP?  <u>Y / N</u>

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

### Documents Provided to Parents with an Explanation of Their Meaning:

_8/13_ **Civil Rights Pamphlet**                      _8/13_ **Rights of Parents and Children**

_8/13_ **Freedom of Choice Verification** (*Medicaid Recipients Only*)    _8/13_ **Parents of Children In Foster Care** (FC cases only)

_____ **Other** ( _____ )
                  Name of Document

---

*NOTICE TO PARENTS:*  This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

X _Jessica Stine_                    X _____
      Parent / Caregiver                          Parent / Caregiver

_____            _____            _____
      Parent / Caregiver                          Parent / Caregiver                          DHR Worker

**CASE: FOSTER CARE** X _____    **CPS** _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

**FOSTER CARE**

- RETURN TO PARENT
- PERMANENT RELATIVE PLACEMENT (WITH TRANSFER OF CUSTODY TO THE RELATIVE)
- PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY
- ADOPTION BY CURRENT FOSTER PARENT
- ADOPTION WITH NO IDENTIFIED RESOURCE
- APPLA*
- ADULT CUSTODIAL CARE
- KINSHIP GUARDIANSHIP

*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

**CPS**

- REMAIN WITH PARENT
- REMAIN WITH RELATIVE CARETAKER
- RETURN TO PARENT
- RETURN TO RELATIVE/ CARETAKER

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps ( 2-9-05) | Y | 7/30/21 | | return to parent | perm. relative placement w/ transfer of custody to the re |
| J   E ( -18) | | | | | |
| J   E ( 18) | | | | | |
| T   P ( -19) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J___, J___, + T___ will be placed with Licensed Foster parents Mr. Jerry + Ms. Lauren Calloway. | | 1. The Department will ensure the Safety + wellbeing of the Children through monthly Child Contact. | |
| 2. Travis will remain placed with his Step paternal grandmother Ms. Angila Cleckler. | | 2. DHR will pay for Supervised visits @ The wellness group | |
| 3. Mr. + Ms. Calloway + Ms. Cleckler will ensure the Safety, wellbeing, physical, mental, + education needs of the Children are met. | | 3. DHR will submit day Care applications for J___, J___, + T___ to attend daycare. | |
| 4. Ms. Jessica Scott + Mr. John Eubanks Jr. will participate in a psychological evaluation with Dr. Jack Carney on 12/9/21. + submit to random drug screens upon the Departments request. | | 4. | |
| 5. Travis Capps will participate in a psychological evaluation with Dr. Dan Lowry on 11-17-21 | | 5. DHR will pay for the psychological evaluations + will provide a gas voucher for Mr. Eubanks + Ms. Scott | |
| 6. Mr. Eubanks + Ms. Scott will have supervised visitation w/ J___, J___, + T___. one time a week for one hour at the wellness group "Wednesdays from 4:30-5:30 | | 6. worker + JPO officer Ms. Shannon Wright will get Travis Setup with GED prep classes @ The SPAN program | |
| 7. Mr. Eubanks + Ms. Scott will have supervised visits with Travis, supervised by Ms. Cleckler at least one time a week for at least one hour. | | 7. | |
| 8. Travis will participate in GED prep classes at The SPAN program | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

**CASE: FOSTER CARE** X_____    **CPS** _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

| FOSTER CARE | CPS |
|---|---|
| ● RETURN TO PARENT  ● ADOPTION BY CURRENT FOSTER PARENT  ● APPLA* | ● REMAIN WITH PARENT |
| ● PERMANENT RELATIVE PLACEMENT  ● ADOPTION WITH NO IDENTIFIED RESOURCE  ● ADULT CUSTODIAL CARE  (WITH TRANSFER OF CUSTODY TO THE RELATIVE) | ● REMAIN WITH RELATIVE/ CARETAKER |
| ● PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY  ● KINSHIP GUARDIANSHIP | ● RETURN TO PARENT |
| *ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED | ● RETURN TO RELATIVE/ CARETAKER |

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps   (2-9-05) | Y | 7/30/21 | | return to parent | Perm. relative placement w/ transfer of custody to the relative |
| J    E    (    18) | | | | | |
| J    E    (    18) | | | | | |
| T    P    (    19) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## INDIVIDUALIZED SERVICE PLAN

COUNTY Chilton                    CASE NAME Jessica Scott            CASE # 28,931

DATE OF ISP MEETING 12-15-21

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH _____   OTHER X

### RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Stewart | CCDHR | | N | Mully | 12-15-21 |
| Robert Bowars | DHR Atty | in-person | | R + Z Bower | |
| Amanda Baxley | GAL | | | Ander Baxley | |
| Josh Inman | GAL Travis | | | | |
| Jessica Scott | Mother | | | Jessica Scott | |
| John Eubanks Jr. | Father | | | John Eubanks Jr | |
| Angila Cleckler | Placement travis | | | Angela Cleckler | |
| Jeremy + Lauren Calloway | FPT | | | Lauren Calloway | 12-15-21 |
| Ricky + Amber Tomow | FPT  & J | | | | 12-15-21 |
| Travis Capps | | | | TravisCapps | |
| Alex Sallas | attorney | | | Alex Sallas | 12-15-21 |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

1

Next court date: Feb 10th @ 9:00

CASE:  FOSTER CARE  X_____  CPS _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

**FOSTER CARE**

- RETURN TO PARENT
- PERMANENT RELATIVE PLACEMENT
(WITH TRANSFER OF CUSTODY TO THE RELATIVE)
- PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY

- ADOPTION BY CURRENT FOSTER PARENT
- ADOPTION WITH NO IDENTIFIED RESOURCE

- APPLA*
- ADULT CUSTODIAL CARE
- KINSHIP GUARDIANSHIP

*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

**CPS**

- REMAIN WITH PARENT
- REMAIN WITH RELATIVE CARETAKER
- RETURN TO PARENT
- RETURN TO RELATIVE/ CARETAKER

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y/N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps    (2/6/2005) | Y | 7/30 | | return to parent | Perm. relative placemen + w transfer of custody to relati |
| J    E    ___ (    !2018 ) | | 7/30 | | | |
| J    E    ___ (    2018) | | 7/30 | | | |
| T    P    (    2019) | | 7/30 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Name _Jessica Scott_ Date _12-15-21_

TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| J   FJ   E   will remain placed with FP Mr. Ricky & ms. Amber Tornow & Tamia will remain placed with ms. Laura & mr. Jeremy Calloway | 6/2022 | 1. The Department will monitor the safety & wellbeing of the children through monthly child contact. | 6/2022 |
| Travis will remain placed with Paternal step-grandmother ms. Anigia Cleckler. | 6/2022 | 2. The Department will pay for counseling for Travis @ TWG. | 6/2022 |
| mr. & ms. Calloway, mr. & ms. Tornow, & ms. Cleckler will ensure the mental, physical, educational & medical needs of the children. | 6/2022 | 3. | |
| Travis will participate in counseling @ TWG & psychological evaluation & attend the SPAN program for GED prep daily. | 6/2022 | 4. | |
| E   & J.   will continue to participate in speech therapy, occupational therapy, & counseling weekly. FP will transport. | 6/2022 | 5. | |
| visits with mr. Eubanks, ms. Scott, Travis, J.   , J., & J   will not have happen visits at this time | 2/2022 | 6. | |
| Travis will have supervised visits with mr. Eubanks & ms. Scott supervised by ms. Cleckler at least once week for at least one hour | 6/2022 | 7. | |
| will attend counseling, speech therapy, & physical therapy weekly. FP will transport | 6/2022 | 8. | |
| | | 9. | |

Specify "who", if not parent & if parent, which parent.

3

| Others (*Identify*) Agree to: | Target Date F Completion |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP?  Y / N

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

### Documents Provided to Parents with an Explanation of Their Meaning:

_____ **Civil Rights Pamphlet**                            _____ **Rights of Parents and Children**

_____ **Freedom of Choice Verification** (*Medicaid Recipients Only*)     _____ **Parents of Children In Foster Care** (FC cases only)

_____ **Other (** _____ **)**
                    Name of Document

*NOTICE TO PARENTS:*  This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

_____
Parent / Caregiver

_____
Parent / Caregiver

_____
Parent / Caregiver

_____
Parent / Caregiver

_____
DHR Worker

# INDIVIDUALIZED SERVICE PLAN

COUNTY __Chilton__          CASE NAME __Jessica Scott__          CASE # __28,931__

DATE OF ISP MEETING __6/21/22__

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH __X__   OTHER _____

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Stewart | CCDHR | — | N | Mallory S | 6/21/22 |
| Robert Bowers | DHR Atty | | | | |
| Amanda Baxley | GAL+J | | | | |
| Josh Inman | GAL Travis | | | | |
| Lauren + Jeremy Calloway | FP-T | | | | |
| Amber + Ricky Tornow | FP-J | | | | |
| Angila Cleckler | FP-Travis | | | Jessica Scott | |
| Jessica Scott | Mother | | | Angila Cleckler | |
| John Eubanks Jr. | Father | | | John Eubanks Jr. | |
| Mallory Loftin | CCDHR | | | | |
| Travis Capps | Father | | | Travis Capps | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

next court date: ~~recon. August~~ Sep. 12th @8:30

1

| Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP?  Y (N)

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

### Documents Provided to Parents with an Explanation of Their Meaning:

8/13/21 Civil Rights Pamphlet

8/13/21 Rights of Parents and Children

8/13/21 Freedom of Choice Verification (*Medicaid Recipients Only*)

8/13/21 Parents of Children In Foster Care (*FC cases only*)

_____ Other ( _____ )
                        Name of Document

***NOTICE TO PARENTS:*** This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

_Jessica Scott_
**Parent / Caregiver**

_____
**Parent / Caregiver**

_____
**Parent / Caregiver**

_____
**Parent / Caregiver**

_Mully S_
**DHR Worker**

4

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J + J will remain placed with Mr. + Ms. Tornow + T will remain placed with Mr. + Ms. Calloway + Travis | | 1. The Department will ensure the safety + wellbeing of the kid through monthly child contact. | |
| 2. Will remain placed with Ms. Cleckler | | 2. The Department will pay for authorized services. | |
| 3. Ms. Cleckler, Mr. + Ms. Tornow, + Mr. + Ms. Calloway will agree to ensure the physical, mental, educational, + emotional wellbeing of the children | | 3. | |
| 4. Mr. Eubanks + Ms. Scott will participate in a psychological evaluation + follow all recommendations | | 4. | |
| 5. Mr. Eubanks + Ms. Scott will not have visitation with J + J until further notice. | | 5. | |
| 6. Travis will have visits with (Ms.) once a week for 1 hour | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

**CASE: FOSTER CARE** \_\_\_\_\_X\_\_\_\_\_    **CPS** _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

| FOSTER CARE | | CPS |
|---|---|---|
| ● RETURN TO PARENT  ● ADOPTION BY CURRENT FOSTER PARENT  ● APPLA* | | ● REMAIN WITH PARENT  ● REMAIN WITH RELATIVE/ CARETAKER |
| ● PERMANENT RELATIVE PLACEMENT  ● ADOPTION WITH NO IDENTIFIED RESOURCE  ● ADULT CUSTODIAL CARE (WITH TRANSFER OF CUSTODY TO THE RELATIVE) | | ● RETURN TO PARENT |
| ● PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY  ● KINSHIP GUARDIANSHIP | | ● RETURN TO RELATIVE/ CARETAKER |

*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps | Y | | | return to parent | Perm. relative placement |
| T        P | Y | | | | |
| J      E | Y | | | | |
| J      E | Y | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2

# INDIVIDUALIZED SERVICE PLAN

COUNTY __Chilton__   CASE NAME __Jessica Scott__   CASE # __28931__

DATE OF ISP MEETING __9/12/22__   __Travis Only__

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH _____   OTHER __Closing__

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure.  We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian.  Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished.  All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Stewart | CCDHR | — | N | *(signature)* | 9/12/22 |
| Mallory Loftin | CCDHR | in-person | | Mallory *(signature)* | |
| Robert Bowers | DHR atty | | | R.4 Bowers | |
| Josh Inman | GAL (Travis) | | | Attended did not sign | |
| James Bailey | Parent's atty | | | James Bailey | |
| Jessica Scott | Mother | | | Jessica Scott | |
| John Eubanks Jr. | Step-father | | | John Eubanks Jr. | |
| Angila Cleckler | PGM | | | Attended did not sign | |
| Travis Capps | Child | | | Travis Capps | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

1

Next court date: december 6th @ 8:00 am

**CASE: FOSTER CARE** _____   **CPS** ___✗___

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
( Select appropriate goals from shaded areas. )

### FOSTER CARE

- RETURN TO PARENT
- PERMANENT RELATIVE PLACEMENT
(WITH TRANSFER OF CUSTODY TO THE RELATIVE)
- PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY
- ADOPTION BY CURRENT FOSTER PARENT
- ADOPTION WITH NO IDENTIFIED RESOURCE
- APPLA*
- ADULT CUSTODIAL CARE
- KINSHIP GUARDIANSHIP

*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

### CPS

- REMAIN WITH PARENT
- REMAIN WITH RELATIVE/ CARETAKER
- RETURN TO PARENT
- RETURN TO RELATIVE/ CARETAKER

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps | Y N | | | Remain W/ parent | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. Custody of travis is returned to ms. Jessica Scott. (mother) | | 1. Case will be closed to DHR pending a 90 day supewision of Travis in ms. Scotts home. | |
| 2. ms. Scott agrees to ensure Travis physical mettal, emotional, + medical needs are met. including active medical insurance | | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

| | Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

Additional pages attached to this ISP?  Y / N

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

### Documents Provided to Parents with an Explanation of Their Meaning:

8/13/21 Civil Rights Pamphlet                8/13/21 Rights of Parents and Children

8/13/21 Freedom of Choice Verification (*Medicaid Recipients Only*)    8/13/21 Parents of Children In Foster Care (FC cases only)

_____ Other ( _____ )
                          Name of Document

---

*NOTICE TO PARENTS:* This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

Parents Signed the front _____
Parent / Caregiver                    Parent / Caregiver

_____    _____
Parent / Caregiver                    Parent / Caregiver                    DHR Worker

4

**INDIVIDUALIZED SERVICE PLAN**

COUNTY Chilton                CASE NAME Jessica Scott            CASE # 28931

DATE OF ISP MEETING 9/12/22                    Travis Only

(CHECK ONE)  TYPE OF ISP:  INITIAL _____  30 DAY _____  6 MONTH _____  OTHER Closing

**RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION**

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Stewart | CCDHR | — | N | mullug | 9/12/22 |
| Mallory Loftin | CCDHR | in-person | | Mallory Ti | |
| Robert Bowers | DHR atty | | | R.4 773 | |
| Josh Inman | GAL (Travis) | | | attended did not sign | |
| James Bailey | Parents atty | | | James Bailey | |
| Jessica Scott | Mother | | | Jessica Scott | |
| John Eubanks Jr. | Step-father | | | Jh Euh Jr. | |
| Angila Cleckler | Pt Gm | | | attended did not sign | |
| Travis Capps | Child | | | Travis Capps | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

Next court date: December 6th @ 8:00 am

**CASE:  FOSTER CARE** _____    **CPS** \_\_\_X_____

**PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:**
( Select appropriate goals from shaded areas. )

| FOSTER CARE | | CPS |
|---|---|---|
| ● RETURN TO PARENT    ● ADOPTION BY CURRENT FOSTER PARENT    ● APPLA* | | ● REMAIN WITH PARENT |
| ● PERMANENT RELATIVE PLACEMENT    ● ADOPTION WITH NO IDENTIFIED RESOURCE    ● ADULT CUSTODIAL CARE | | ● REMAIN WITH RELATIVE/ CARETAKER |
| (WITH TRANSFER OF CUSTODY TO THE RELATIVE) | | ● RETURN TO PARENT |
| ● PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY    ● KINSHIP GUARDIANSHIP | | ● RETURN TO RELATIVE/ CARETAKER |
| *ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT; COURT APPROVED | | |

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| Travis Capps | Y N | | | Remain W/ parent | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2

Case Name _Jessica Scott_____    Date _9/12/22_____

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. Custody of Travis is returned to ms. Jessica Scott (mother) | | 1. Case will be Closed to DHR pending a 90 day Supervision of Travis in ms. Scotts home. | |
| 2. ms. Scott agrees to ensure Travis physical, mental, emotional, + medical needs are met. including active medical insurance | | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

| | Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

Additional pages attached to this ISP?  Y / N

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

**Documents Provided to Parents with an Explanation of Their Meaning:**

8/13/21 Civil Rights Pamphlet        8/13/21 Rights of Parents and Children

8/13/21 Freedom of Choice Verification (*Medicaid Recipients Only*)        8/13/21 Parents of Children In Foster Care (FC cases only)

_____ Other ( _____ )
                      Name of Document

---

*NOTICE TO PARENTS:* This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

Parents Signed the front _____
            Parent / Caregiver                    Parent / Caregiver

_____  _____
      Parent / Caregiver                   Parent / Caregiver                    DHR Worker

4

# INDIVIDUALIZED SERVICE PLAN

COUNTY _Chilton_                                  CASE NAME _Jessica Scott_                        CASE # _28931_

DATE OF ISP MEETING _2/28/23_

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH _X_   OTHER _____

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory Ratliff | CQDHR | — | N | Mallory Ratliff | 2/28/23 |
| Robert Bowers | DHR atty | email | | Rob't Bowers | |
| Ali Patterson | GAL | | | Ali Patterson | |
| James Bailey | Jessica & John Parents Atty | | | did not attend | |
| James Fancher | Travis Parent's Atty | | | did not attend | |
| Amber + Ricky Towner | FP-J & J | | | attended by phone | |
| Lindsey + Dustin Barton | FP-T | | | Provided input prior to meeting | |
| Jessica Scott | Mother -J & J | | | Jessica Scott | |
| John Eubanks Jr. | Father -J & J | | | John Eubanks Jr. | |
| Travis Capps | Father -T | | | Travis Capps | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

✗ Next Court date: March 20th — will be changed

1

Case Name _Jessica Scott_    Date _8/28/23_

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J , J will remain placed w/ LFP mr. +ms Tomaw, Tamia will remain placed w/ LFP mr. +ms. Barton | 8/23 | 1. DHR will ~~~~ ensure the safety + wellbeing of J , J , +T through monthly child contact. | 8/23 |
| 2. mr. +ms. Tornow +mr. +ms Barton agree to ensure the kids physical, mental, medical, +educational needs are met. | 8/23 | 2. DHR will pay for authorized sources. (gymnastics, psychologicals, visitation) | 8/23 |
| 3. mr. John Eubanks Jr+ms Jessica Scott will participate in a psychological evaluation + follow all recommendations. | 8/23 | 3. DHR will perform a formal home study on ms. Sandra Sanders when the inital paperwork is received | 8/23 |
| 4. mr. Eubanks +ms. Scott will not have visitation with J , J , + T at this time. | 8/23 | 4. | |
| 5. Travis will have visitation with T every other week for 2 hrs @ DHR. | 8/23 | 5. | |
| 6. T , J , +J will have at least 1 weekend a month visitation w/ each other + 1x weekly facetime calls. | 8/23 | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

CASE:  FOSTER CARE _____ ʌ _____    CPS _____

### PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
( Select appropriate goals from shaded areas. )

**FOSTER CARE**

- RETURN TO PARENT
- PERMANENT RELATIVE PLACEMENT
(WITH TRANSFER OF CUSTODY TO THE RELATIVE)
- PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY
*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

- ADOPTION BY CURRENT FOSTER PARENT
- ADOPTION WITH NO IDENTIFIED RESOURCE

- APPLA*
- ADULT CUSTODIAL CARE
- KINSHIP GUARDIANSHIP

**CPS**

- REMAIN WITH PARENT
- REMAIN WITH RELATIVE/ CARETAKER
- RETURN TO PARENT
- RETURN TO RELATIVE/ CARETAKER

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| J    E    (    118) | Y | 7/30/21 | N | return to parent | adoption by current FP |
| J    E    (    181 | Y | 7/30/21 | N | return to parent | adoption by current FP |
| T    P    (    !19) | Y | 7/30/21 | N | return to Caregiver | adoption by current FP |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2

| Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|
| **1.** | |
| **2.** | |
| **3.** | |
| **4.** | |
| **5.** | |
| **6.** | |
| **7.** | |
| **8.** | |

Additional pages attached to this ISP?  Y (N)

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

**Documents Provided to Parents with an Explanation of Their Meaning:**

8/13/21 **Civil Rights Pamphlet**                          8/13/21 **Rights of Parents and Children**

8/13/21 **Freedom of Choice Verification** (*Medicaid Recipients Only*)     8/13/21 **Parents of Children In Foster Care** (FC cases only)

_____ **Other** ( _____ )
                        Name of Document

---

*NOTICE TO PARENTS:* This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

_Jessica Gray_____
**Parent / Caregiver**

_____
**Parent / Caregiver**

_John Archibald Jr._____
**Parent / Caregiver**

_____
**Parent / Caregiver**

_Mary Pratt_____
**DHR Worker**

4

# INDIVIDUALIZED SERVICE PLAN    LHK

COUNTY _Chilton_    CASE NAME _Jessica Scott_    CASE # _28,931_

DATE OF ISP MEETING _8/30/ 23_

(CHECK ONE)    TYPE OF ISP:    INITIAL _____    30 DAY _____    6 MONTH _X_    OTHER _X Change in_

RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION _Perm. Plan_

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure.  We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian.  Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished.  All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| mallory.Ratliff @ DHR.alabama.gov Mallory Ratliff 205-258-4944 | CCDHR | — | N | Mallory Ratliff | 8/30/23 |
| Robert Bowers | DHR atty | email | | provided input prior to meeting | |
| Ali Patterson | GAL | | | Ali Patterson | |
| Dale Waid | Parent atty _Travis_ | | | Dale Von Waid | |
| Albert Moore | Parent atty _Jessica & Jonni_ | | | | |
| ~~Kelsie Barrett~~ | CASA | | | | |
| Amber + Ricky Tornow | FP J | | | attended by phone | |
| Dustin + Lindsey Barton | FP T | | | attended by phone | |
| John Eubanks Jr. | Father J | | | John Eubanks Jr. signed under duress | |
| Jessica Scott | Mother J | | | Jessica Scott UNDER DRESS | |
| Travis Capps | Father T | | | Travis Capps signed under durrest | |
| Mallory Loftin | CCDHR | | | Mallory Loftin | |
| Kelsie Barrett | CASA | | | Kelsie Barrett | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

1

Case Name __Jessica Scott__ Date __8/30/23__

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J & J will remain placed w/ LFP's Mr. Ricky & Ms. Amber Tornow & T will remain placed w/ LFP Mr. Dustin & Ms. Lindsey Barton | 9/2/24 | 1. DHR will ensure the safety & well being of J J & T through monthly child contact. | 9/2/24 |
| 2. Mr. & Ms. Tornow & Mr. & Ms. Barton will continue to ensure the physical, medical, emotional, & educational needs are met. | 9/2/24 | 2. DHR will provide the DHR atty with the TPR information & it will be filed within 60 days of 8/30/23. | 9/2/24 |
| 3. Mr. Eubanks & Ms. Scott (Travis) will not have visitation with J & J at this time per psychological recommendation. | 9/2/24 | 3. DHR will pay for authorized services including: after school services for J J, (agreed upon between parties) visitation for T, drug screens as needed, psychologicals | 9/2/24 |
| 4. Travis will have supervised visitation with T every other week for 2 hours at DHR, supervised by Haven services. | 9/2/24 | 4. DHR will ensure that J J & T maintain active medicaid. | 9/2/24 |
| 5. The ISP team continues to recommend that Mr. Eubanks & Ms. Scott participate in a psychological evaluation w/ Dr. Jack Carney & follow all | 9/2/24 | 5. The current permancy plan is now Adoption by current foster parent & the reccomendations. Concurrent is Adoption no identified | 9/2/24 |
| 6. Mr. Eubanks, Ms. Scott, & Travis will submit to random drug screens upon DHR or the courts request. | 9/2/24 | 6. resource. | |
| 7. J J, & T will continue recieving needed services through their IEP at school, services through daycare, & outside provides. | 9/2/24 | 7. | |
| 8. Travis will participate in an updated psychological evaluation with Dr. Jack Carney & follow all reccomendations | 9/2/24 | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

**CASE: FOSTER CARE __X_____    CPS _____**

### PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
#### ( Select appropriate goals from shaded areas. )

| FOSTER CARE | | CPS |
|---|---|---|
| • RETURN TO PARENT<br>• PERMANENT RELATIVE PLACEMENT<br>(WITH TRANSFER OF CUSTODY TO THE RELATIVE)<br>• PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY | • ADOPTION BY CURRENT FOSTER PARENT<br>• ADOPTION WITH NO IDENTIFIED RESOURCE<br>  *ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED | • APPLA*<br>• ADULT CUSTODIAL CARE<br>• KINSHIP GUARDIANSHIP | • REMAIN WITH PARENT<br>• REMAIN WITH RELATIVE / CARETAKER<br>• RETURN TO PARENT<br>• RETURN TO RELATIVE / CARETAKER |

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| J    E _____ ( i18 ) | Y | 7/30/21 | N | Adoption by Current FP | Adoption no identified resour |
| J    E _____ ( 18 ) | Y | 7/30/21 | N | adoption by Current FP | adoption no identified resource |
| T    P _____ ( 19 ) | Y | 7/30/21 | N | adoption by Current FP | adoption no identified resource |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Others (*Identify*) Agree to:**

| | Target Date Completio |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP?  Y / (N)

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

### Documents Provided to Parents with an Explanation of Their Meaning:

8|13|21 Civil Rights Pamphlet

8|13|21 Freedom of Choice Verification (*Medicaid Recipients Only*)

_____ Other ( _____ )
       Name of Document

8|13|21 Rights of Parents and Children

8|13|21 Parents of Children In Foster Care (FC cases only)

---

*NOTICE TO PARENTS:*  This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

X _____   X _____
  Parent / Caregiver          Parent / Caregiver

X _____   _____
  Parent / Caregiver          Parent / Caregiver   DHR Worker

4

**Case Name** Jessica Scott          **Date** 2/11/24

TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J___ +J___ will remain placed w/ LFP's Mr. Ricky + Ms. Amber Tornow, + T___ will remain placed w/ LFP's Mr. Dustin + Ms. Lindsey Barton. | 8/24 | 1. DHR will continue to ensure the safety + well being of J___, J___ +T___ through monthly child contact. | 8/24 |
| 2. Mr. + Ms. Tornow + Mr. + Ms. Barton will continue to ensure the physical, medical, emotional, + education needs of the children are met. | 8/24 | 2. DHR will provide needed info./paperwork to doctors, schools, + other providers as the needs arise. | 8/24 |
| 3. Mr. Eubanks, Ms. Scott, + Mr. Capps will not have any contact/visitation w/ J___ +J___ at this time per psychological recommendation. | 8/24 | 3. DHR will provide the boys school + doctors office w/ a copy of the ISP w/ needed no contact information. | 8/24 |
| 4. Mr. Capps will continue supervised visitation w/ T___ every week @ DHR for <s>other</s> or other approved locations 1 & hours, supervised by Haven Services. | 8/24 | 4. DHR will pay for 2 units of supervised visitation between Mr. Capps + T___ to Haven Services bi-weekly. | 8/24 |
| 5. J___ J___ +T___ will continue receiving needed services through their IEP/TJ___ + J___ services @ daycare T___ + needed outside providers. | 8/24 | 5. DHR will participate in any meetings, referrals, or evaluations at the request of providers. | 8/24 |
| 6. Mr. Eubanks, Ms. Scott, + Mr. Capps will submit to random drug screens upon the court or DHR's request. | 8/24 | 6. DHR will pay for drug screens as the need arises. | 8/24 |
| 7. The ISP team continues to recommend that Mr. Eubanks, Ms. Scott, + Mr. Capps participate in a psychological evaluation w/ Dr. Jack Carney + follow all recommendations. | 8/24 | 7. DHR will provide payment for psychological evaluations + a gas voucher/identify transportation (as needed) w/ Dr. Jack Carney | 8/24 |
| 8. Mr. Eubanks, Ms. Scott, + Mr. Capps can arrange/participate in psychological evaluation w/ an outside provider w/ DHR providing input/background | 8/24 | 8. DHR will not provide payment for outside providers psychologicals. DHR will provide input/background. | 8/24 |
| 9. Ms. Megan Ratliff will provide needed information to DHR. | 8/24 | 9. DHR will complete a home study once information is recieved. | 8/24 |

*Specify "who", if not parent & if parent, which parent.

3

**INDIVIDUALIZED SERVICE PLAN** DHR Office

COUNTY _Chilton_     CASE NAME _Jessica Scott_     CASE # _28,931_

DATE OF ISP MEETING _2/7/24_

(CHECK ONE)   TYPE OF ISP:   INITIAL _____   30 DAY _____   6 MONTH _X_   OTHER _____

### RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory.Ratliff@DHR.Alabama.Gov  Mallory Ratliff - 205-258-4944 | CCDHR worker | — | N | Mully Ratliff | 2/7/24 |
| Robert Bowers | DHR atty | Via letter mailed on 1/05/24 | " | Robert JBowy | |
| Ali Patterson | GAL | " | " | attended by phone | |
| Dale Waid | atty-Travis | " | " | Dale Waid | |
| Albert Moore | atty- Jessica +John Jr | " | " | attended by phone | |
| Ricky + Amber Tornow | J +J Foster Parents | " | " | attended by phone | |
| Dustin + Lindsy Barton | +J Foster Parents | " | " | attended by phone | |
| Jessica Scott | +J Parent-Mother | " | " | Jessica Scott under Duress | |
| John Eubanks Jr. | +J Parent-Father | " | " | John E.. | |
| Travis Capps   205-990-2338 | Parent-Father | " | " | Travis Capps | |
| Kelsie Barrett | CASA | " | " | provided input prior to meeting | |
| Megan Ratliff | Travis Paramour | in-person 2/7/24 | " | | |
| | | | | Megan Ratliff | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

Next court date: 6/13/24 @ 8:30 am

1

CASE:  FOSTER CARE _____ X _____    CPS _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

| FOSTER CARE | | CPS |
|---|---|---|
| ● RETURN TO PARENT      ● ADOPTION BY CURRENT FOSTER PARENT      ● APPLA* | | ● REMAIN WITH PARENT |
| ● PERMANENT RELATIVE PLACEMENT      ● ADOPTION WITH NO IDENTIFIED RESOURCE      ● ADULT CUSTODIAL CARE (WITH TRANSFER OF CUSTODY TO THE RELATIVE) | | ● REMAIN WITH RELATIVE/ CARETAKER |
| ● PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY      ● KINSHIP GUARDIANSHIP | | ● RETURN TO PARENT |
| *ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED | | ● RETURN TO RELATIVE/ CARETAKER |

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| J    E        (   ,118) | Y | 7/30/21 | N/A | Adoption by Current FP | Adoption NIR |
| J    E        (    118) | Y | 7/30/21 | N/A | Adoption by Current FP | Adoption NIR |
| T    R    (   ,19) | Y | 7/30/21 | N/A | Adoption by Current FP | Adoption NIR |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|
| 1. Travis will participate in a psychological w/ Dr. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP? Y /Ⓝ

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

### Documents Provided to Parents with an Explanation of Their Meaning:

8/13/21  Civil Rights Pamphlet                           8/13/21  Rights of Parents and Children

8/13/21  Freedom of Choice Verification (*Medicaid Recipients Only*)    8/13/21  Parents of Children In Foster Care (FC cases only)

_____ Other ( _____ )
                        Name of Document

---

**NOTICE TO PARENTS:** This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

X Travis Capps
_____
Parent / Caregiver

X Jessica Scott  under Drees
_____
Parent / Caregiver

X _____
Parent / Caregiver

_____
Parent / Caregiver

_____
DHR Worker

4

Case Name __Jessica Scott__    Date __8/29/24__

**TO ACHIEVE THE GOALS, THE FOLLOWING PLAN IS DEVELOPED:**

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. J & J will remain placed in the Home of Licensed Foster Parents Mr. Richard & Ms. Amber Tornow. | 2/25 | 1. DHR will continue to ensure the safety & well being of J & J through announced & unannounced child contact. | 2/25 |
| 2. Mr. & Ms. Tornow will continue to ensure all physical, medical, emotional, & educational needs are met. | 2/25 | 2. DHR will provide needed info & paperwork to doctors, schools, & other providers as the needs arise. | 2/25 |
| 3. J & J will not have any visits with Mr. Eubanks, Ms. Scott, or any family members per psychological reccomendation. | 2/25 | 3. | |
| 4. J & J will continue recieving needed services through school, outside agencies, & extra curricular activities. | 2/25 | 4. DHR will provide payment for after school care & extra curricular activities as they begin. | 2/25 |
| 5. Mr. Eubanks & Ms. Scott will submit to random drug screens upon the court & DHRS request. | 2/25 | 5. DHR will provide payment for requested drug screenings. | 2/25 |
| 6. The ISP team continues to reccomend that Mr. Eubanks & Ms. Scott participate in a psychological evaluation w/ Dr. Jack Carny & follow all reccomendations. | 2/25 | 6. DHR will provide payment for the psychological w/ Dr. Carney & provide transportation or a gas voucher if needed. | 2/25 |
| 7. Mr. Eubanks & Ms. Scott can arrange to participate in a psychological w/ an outside provider w/ DHR providing background. | 2/25 | 7. DHR will not provide payment for outside providers psychologicals. DHR will provide background info. | 2/25 |
| 8. | | 8. | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

DHR Office

# INDIVIDUALIZED SERVICE PLAN

COUNTY __Chilton__    CASE NAME __Jessica Scott__    CASE # __28,931__

DATE OF ISP MEETING __8/29/24__    J  ,+J  Only

(CHECK ONE)  TYPE OF ISP:  INITIAL ____  30 DAY ____  6 MONTH __X__  OTHER ____

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory. Ratliff @ DHR. Alabama. Gov Mallory Ratliff 205-258-4944 | DHR Caseworker | | N | Mallory Ratliff | 8/29/24 |
| Robert Bowers | DHR atty | letter mailed | " | provided input prior to meeting | email |
| Ali Patterson | GAL | 8/20/24 | " | Ali Patterson | in person 8/29/24 |
| Albert Moore | Parents atty | " | " | Albert | email in-pers 8/29/24 |
| Kelsie Barrett | CASA | " | " | Kelsie Barrett | " |
| Richard + Amber Tornow | Foster Parents | " | " | Attended by phone | email 8/29/24 |
| John Eubanks Jr. | Father | " | " | John Eubanks Jr. | in-person 8/29/24 |
| Jessica Scott | Mother | " | " | Jessica Scott | " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

Next Court date: 9/19/24 @ 8:30am

1

| Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|
| 1. Mr. John Eubanks and Mr. Jessica Scott object to the findings in this | |
| 2. ISP assessment. Aibant Moore, Counsel for parents of minor children | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Additional pages attached to this ISP?   Y  (N)

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

**Documents Provided to Parents with an Explanation of Their Meaning:**

8/13/21 **Civil Rights Pamphlet**                              8/13/21 **Rights of Parents and Children**

8/13/21 **Freedom of Choice Verification** (*Medicaid Recipients Only*)    8/13/21 **Parents of Children In Foster Care** (FC cases only)

_____ **Other** (_____)
                          Name of Document

*NOTICE TO PARENTS:*  This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

_____                    _____
**Parent / Caregiver**                              **Parent / Caregiver**


_____                    _____          _____
**Parent / Caregiver**                              **Parent / Caregiver**                    **DHR Worker**

4

CASE: FOSTER CARE __X__   CPS _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
### ( Select appropriate goals from shaded areas. )

| FOSTER CARE | CPS |
|---|---|
| ● RETURN TO PARENT    ● ADOPTION BY CURRENT FOSTER PARENT    ● APPLA* | ● REMAIN WITH PARENT |
| ● PERMANENT RELATIVE PLACEMENT    ● ADOPTION WITH NO IDENTIFIED RESOURCE    ● ADULT CUSTODIAL CARE (WITH TRANSFER OF CUSTODY TO THE RELATIVE) | ● REMAIN WITH RELATIVE/ CARETAKER |
| ● PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY    ● KINSHIP GUARDIANSHIP | ● RETURN TO PARENT |
| *ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED | ● RETURN TO RELATIVE/ CARETAKER |

| Child(ren) Name and DOB | DHR Custody? Y / N | Date of Custody | Safety Plan? Y / N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| J    E    (    8) | Y | 7/30/21 | N | Adoption by Current FP | Adoption NIR |
| J    E    (   18) | Y | 7/30/21 | N | Adoption by Current FP | Adoption NIR |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2