

Exhibit 3 – DHR Petition & August 3, 2021 Shelter Care Orders

Summary & Key Findings

This exhibit contains the foundational documents used by Chilton County DHR and Judge Christopher G. Speaks to justify the emergency removal on August 3, 2021. These documents reveal procedural defects, reliance on unverified allegations, lack of exigent circumstances, and constitutional violations.

Key Findings:

- Petition relies on uninvestigated and unsupported allegations.

- Shelter Care Orders contain cut-and-paste language with no individualized assessment.

- No warrant; no exigent circumstances; removal occurred first, orders filed later.

- Filing timestamps contradict the legality of the removal.

Section 1 – DHR Petition for Custody (Robert L. Bowers, Jr.)

Narrative Summary:

The petition alleges "poor living conditions" and "willful abuse," yet provides no supporting evidence or investigative findings. Language mirrors boilerplate templates.

Key Points:

- No immediate harm described.

- No supporting evidence included.

- Petition filed after removal.

- Contains materially false or misleading statements.

Section 2 – August 3, 2021 Shelter Care Orders (Judge Speaks)

Narrative Summary:

Three identical Shelter Care Orders were issued. They lack individualized analysis and rely solely on DHR's petition. All were signed after removal.

Key Points:

- Identical language for all children.

- No judicial inquiry documented.

- Orders justify actions after they occurred.

Section 3 – Electronic Filing Notices

Narrative Summary:

Timestamps show filings occurred after the removal. No judicial authorization existed at the time of seizure.

Key Points:

- Confirms warrantless removal.

- Establishes out-of-sequence filings.

Section 4 – Timeline (July 30 – Aug 3, 2021)

- July 30: Children seized without warrant. Parents arrested.

- July 31–Aug 2: No court authorization obtained.

- Aug 3: DHR files petition; Judge signs orders.

- Post-Aug 3: Continued custody under defective orders.

Section 5 – Constitutional & Statutory Violations

- Fourth Amendment: Warrantless seizure without exigent circumstances.

- Fourteenth Amendment: Orders issued after removal; reliance on false statements.

- Alabama Rules: Failure to obtain timely court authorization.

- Boilerplate orders violate individualized review requirements.

Exhibit Attachments Placeholder

(Attach printed copies: DHR Petition, Shelter Orders, Filing Notices)

Certification Page

I, *Jessica Jay Scott*, certify that the attached documents in Exhibit 3 are true and accurate copies of the originals.

Signature: *Jessica Jay Scott*

Printed Name: JESSICA JAY SCOTT

Date: 11/24/2025

JUV302

## STATE OF ALABAMA
## JUVENILE COURT SUMMONS

JU 2021 000108.01

================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E'        J'         A CHILD

NOTICE TO: SCOTT JESSICA
           5665 CO RD 53
           CLANTON, AL  35045-0000

================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

✗  YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
   ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

           DATE:      08/02/2021
           TIME:      01:00 PM
           LOCATION:  COURTROOM #2- 3RD FLOOR
                      CHILTON COUNTY COURTHOUSE
                      500 2ND AVENUE NORTH
                      CLANTON, AL  35045

____  A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
      FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
      AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021           ISSUED BY: GLENN MCGRIFF
================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                          GLENN MCGRIFF
---------------------------------   -------------------------------
DATE                                CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

Jessica Scott                              8.2-21
---------------------------------   -------------------------------
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)    PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)
                                    -------------------------------
                                    SERVER

(08/02/2021)  CRB

DOCUMENT 3

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000108.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E      J      A CHILD

NOTICE TO: EUBANKS ~~JAMES~~ John
5665 CO RD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

X  YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE:    08/02/2021
TIME:    01:00 PM
LOCATION: COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL  35045

_____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31, ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                          GLENN MCGRIFF    WB
--------------------------          --------------------------
DATE                                CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
John Eubanks                        8-2-21
--------------------------------------------------------
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)   PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)   OTHER: (COPY)

--------------------------------
SERVER

(08/02/2021)  CRB

DOCUMENT 4



seg

ELECTRONICALLY FILED
8/3/2021 11:21 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

J(   )E'
A CHILD,
D/O/B:        )018

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021- 108.01

### SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing, on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire; the Chilton County Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton, represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr., Esquire; the mother, Ms. Jessica Scott; and the father, John Burton Eubanks, Jr. The Court having considered all the relevant and material evidence presented, and upon consideration of same, the Court finds as follows:

1.   That the mother and father were advised of their right to counsel.

2.   That the mother and father were advised that the child was alleged to be dependent, and both denied the allegations.

3.   That the mother and father stated that the child was not of Indian descent.

4.   That in accordance with Public Law 96-272, as amended by Public Law 105-89, and Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home would be contrary to the welfare of the child because the mother and father are incarcerated on Willful Child Abuse charges and they are not able to care for the child, at this time.

5.   That the child has no parent, guardian, custodian, or other suitable person able or willing to provide for the child's supervision and welfare, at this time.

6.    That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the
immediate temporary removal of the child.

7.    The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature
of the allegations in the Petition, that release of the child would present a serious threat of substantial
harm to the child and the child has no parent, guardian, custodian or other suitable person able or
willing to provide for the child's supervision and welfare, at this time.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED,** as follows:

1.    A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves
the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision,
pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.    That the temporary custody of said child shall be transferred to Chilton County DHR,
with the Department having discretion in planning and placement.

3.    That visitation shall be pursuant to ISP.

4.    That services provided by DHR shall be pursuant to ISP.

5.    That the mother and father shall cooperate fully with DHR and any and all agencies
providing services at the discretion of DHR.

6.      That the mother and father shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.      That the mother and father shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.      That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.      That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.      That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.      That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.      That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of December, 2021, at 9:00 a.m.

DONE AND ORDERED this the ___3rd___ day of August, 2021.

_Chris Speaks_
_____
JUVENILE JUDGE

| | | |
|---|---|---|
| **IN RE:** | **THE MATTER OF** | **IN THE JUVENILE COURT OF** |
| **J E** | | **CHILTON COUNTY, ALABAMA** |
| **A CHILD** | AUG 2021 | |
| **D/O/B '18** | | **CASE NO. 2021-** -108.01 |

**PETITION FOR CUSTODY**

**COMES NOW** your Petitioner, Chilton County Department of Human Resources, by and through their representative and would show unto Your Honor as follows:

1. That the Mother of said child is Jessica Scott, whose last known address is 5665 Co. Rd. 53, Clanton, AL 35045.

2. That the Father of said child is James Martin Eubanks, whose address is 5665 Co. Rd. 53, Clanton, AL 35045.

3. That the toddler was in the care of a sixteen (16) year old. Child was found naked with twenty-two (22) dirty diapers laying in the floor of his room, there was nothing else in the room but the toddler, his siblings and dirty diapers. The room was pad locked, and the officer estimated that it was about 100 degrees in the room, the only room in the home that was not air-conditioned. There were roaches in the room along with feces and urine everywhere, the window of the room had feces smeared on it. There were no toys in the room nor any beds for the child and siblings to sleep on. The parents (when they arrived home) said that everything was taken from the room because the child and siblings would throw everything at each other, the walls, and the windows. The officers put diapers on the toddler themselves and had the sixteen (16) year old give him food and drink

I, Glenn McGriff, Clerk of the Circuit Court of Chilton County, Alabama, do hereby certify that the within and foregoing is a true and correct copy, of JU-21-108 in Case No. JU-21-108 dated Thurs the 16 day of Sept., 2021

Clerk of Court

Glenn McGriff

the sixteen (16) year old give her food and drink and it appeared that the child had not had food nor drink in a while.

4 .    That your Petitioner would aver that the child is dependent and in need of the protection of the State of Alabama in that there is no parent or relative available or willing to assume the care, custody and control of said minor child.

5.    That reasonable efforts have not been made, and continuation in the home would be contrary to the welfare of the child, and removal from the home is in the best interest of the child, because of the deplorable living conditions of the child, and the physical condition of the child. The parents were taken to jail due to three (3) counts of Willful Abuse of a child. The child's sixteen (16) year old father was left at the home with his step grandmother, Ms. Angela Cleckler.

6.    That there is no need for a Pick-Up Order at this time, because said child was placed in foster care.

**WHEREFORE, PREMISES CONSIDERED,** your Petitioner prays that your Honor will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975, grant the temporary care, custody and control of said minor child to your Petitioner and that this Court will set this matter for Hearing, and further prays for such other, further and different relief to which they may be entitled.

BY: _____
**PETITIONER
REPRESENTATIVE OF CHILTON
COUNTY DEPARTMENT OF
HUMAN RESOURCES**

SWORN TO AND SUBSCRIBED before me, on this the $2nd$ day of August, 2021.

NOTARY PUBLIC

BOWERS & BOWERS, ATTORNEYS

BY:

ROBERT L. BOWERS, JR.
ATTORNEY FOR DHR
401 SECOND AVENUE NORTH
CLANTON, AL 35045
PHONE: (205) 755-7428
FAX: (205) 280-0684
rbowersjr@bellsouth.net

DOCUMENT 1

| IN RE:      THE MATTER OF: | IN THE JUVENILE COURT OF |
|---|---|
| J    E. | CHILTON COUNTY, ALABAMA |
| A CHILD | |
| D/O/B     3 | CASE NO. 2021-_____ |

## CUSTODY AFFIDAVIT

COMES NOW the Petitioner, Chilton County Department of Human Resources pursuant to Section 30-3B-209, Code of Alabama, 1975, and files this Custody Affidavit and states as follows:

1. The present address of said child/children is: Jeremy and Robin Mims, foster parents, whose current address is ▮▮▮▮▮▮ Verbena, AL.

2. I have not participated in any other litigation concerning said minor child/children and am not aware of any other proceeding taking place anywhere or by anyone.

3. I know of no person not a party to the proceeding who has physical custody of said minor child/children or who claims to have custody or visitation rights with respect to the child/children.

4. I will inform the Court of any custody proceedings which might be filed in this or any other state should this information become available during the pendency of this proceeding.

DATED this the ⟋2nd⟍ day of August, 2021.

_____
PETITIONER

DOCUMENT 1

**STATE OF ALABAMA**

**CHILTON COUNTY**

Personally appeared before me the undersigned authority in and for said County in said State, the above Petitioner, by and through its representative, who being by me first duly sworn, deposes and says that he/she has read the above and foregoing Custody Affidavit and that the matters and things set out therein are true and correct.

PETITIONER

SWORN TO AND SUBSCRIBED before me this the ____ day of August, 2021.

NOTARY PUBLIC

MY COMMISSION EXPIRES: 5/28/24

DOCUMENT 1

| State of Alabama Unified Judicial System JU-6A    Rev. 10/11 | JUVENILE COURT INTAKE OFFICER'S ENDORSEMENT ON A PETITION | Case Number JU-2021-108.01 |
|---|---|---|

In The Juvenile Court of _____ Chilton _____ County, Alabama
_Name of County_

In the Matter of _____ _J_____ C_____ a child.

I certify that I have been duly designated an Intake Officer of the Court according to Ala. Code 1975, § 12-15-102(11). Based on a verified complaint which was received 8/2/21 at 10:00 a.m., and as alleged, contained legally sufficient information to establish subject-matter jurisdiction, venue and probable cause, I have determined that the filing of the petition is in the best interest of the public and/or the child.

Date: 8/2/21 _____ Intake Officer's Signature: Shannon Wright

Ala. Code 1975, § 12-15-102(11); Rule 12, Ala.R.Juv.P.

DOCUMENT 3

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000110.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF: CAPPS TRAVIS, A CHILD

NOTICE TO: SCOTT JESSICA
5665 COUNTY ROAD 53
CLANTON, AL 35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

✗ YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE: 08/02/2021
TIME: 01:00 PM
LOCATION: COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL 35045

_____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
IT IS SET, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                          GLENN MCGRIFF
-----------------------------       -----------------------------
DATE                                CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

____Jessica Scott_____       8-2-21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)    PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

_____
SERVER

(08/02/2021)  CRB

DOCUMENT 2

JUV302             STATE OF ALABAMA         JU 2021 000110.01
            JUVENILE COURT SUMMONS

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:  CAPPS TRAVIS, A CHILD

NOTICE TO: CAPPS TRAVIS
         1665 COUNTY ROAD 53
         CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS (AS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

    ✓  YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
       ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

               DATE: 08/02/2021
               TIME: 01:00 PM
            LOCATION: COURTROOM #2- 3RD FLOOR
                   CHILTON COUNTY COURTHOUSE
                   500 2ND AVENUE NORTH
                   CLANTON, AL  35045

       A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
       FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
       AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021         ISSUED BY: GLENN MCGRIFF
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU, AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 21,
ALA. R. JUV. P. THESE PROCEDURE, AND HAVE THE RIGHT TO AN ATTORNEY. IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON.

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                  GLENN MCGRIFF
---------------------------------     ---------------------------------
DATE                           CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
         _Travis Capps_____ _8/2/21_____
NAME AND DATE OF SERVICE

12-15-132, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL); PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                                CCSO
                        SERVER

(08/02/2021)  CRB

DOCUMENT 1

| | | |
|---|---|---|
| IN RE: | THE MATTER OF: | IN THE JUVENILE COURT OF |
| TRAVIS CAPPS,<br>A CHILD<br>D/O/B 02/06/05 | | CHILTON COUNTY, ALABAMA<br><br>CASE NO. 2021- 110.01 |

PETITION FOR CUSTODY

COMES NOW your Petitioner, Chilton County Department of Human Resources, by and through their representative and would show unto Your Honor as follows:

1. That the Mother of said child is Jessica Scott, whose last known address is 5665 Co. Rd. 53, Clanton, AL 35045.

2. That the Father of said child is Wallace Capps, whose address is unknown at this time.

3. That said child was keeping three minor children who were found naked with twenty-two (22) dirty diapers laying in the floor of the room, there was nothing else in the room but the toddlers and dirty diapers. The room was pad locked, and the officer estimated that it was about 100 degrees in the room, the only room in the home that was not air-conditioned. There were roaches in the room along with feces and urine everywhere, the window of the room had feces smeared on it. There were no toys in the room nor any beds for the minor children to sleep on. The parents (when they arrived home) said that everything was taken from the room because the children would throw everything at each other, the walls, and the windows. The officers put diapers on the toddler themselves and had the above mentioned child get food and drink, and it appeared that the children had not had

I, Glenn McGill, Clerk of the Circuit Court of Chilton County, Alabama, do hereby certify that the within and foregoing is a true and correct copy, of Travis Capps In Case No. 16-110.01 Located this 16 day of Sept, 20 21

food nor drink in a while.

4. That your Petitioner would aver that the child is dependent and in need of the protection of the State of Alabama in that there is no parent or relative available or willing to assume the care, custody and control of said minor child.

5. That reasonable efforts have not been made, and continuation in the home would be contrary to the welfare of the child, and removal from the home is in the best interest of the child, because of the deplorable living conditions of the child, and the physical condition of the child. The parents were taken to jail due to three (3) counts of Willful Abuse of a child. The above mentioned child was left at the home with his step grandmother, Ms. Angela Cleckler, and the other three children were taken into foster care.

6. That there is no need for a Pick-Up Order at this time because said child was left with his step grandmother, Ms. Angela Cleckler.

WHEREFORE, PREMISES CONSIDERED, your Petitioner prays that your Honor will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975, grant the temporary care, custody and control of said minor child to your Petitioner and that this Court will set this matter for Hearing, and further prays for such other, further and different relief to which they may be entitled.

BY: _____
PETITIONER
REPRESENTATIVE OF CHILTON
COUNTY DEPARTMENT OF
HUMAN RESOURCES

DOCUMENT 1

SWORN TO AND SUBSCRIBED before me, on this the ⟍2⟍ day of August, 2021.

NOTARY PUBLIC

BOWERS & BOWERS, ATTORNEYS

BY:

_Roset L Bowen J_

ROBERT L. BOWERS, JR.
ATTORNEY FOR DHR
401 SECOND AVENUE NORTH
CLANTON, AL 35045
PHONE: (205) 755-7428
FAX: (205) 280-0684
rbowersjr@bellsouth.net

IN RE:     THE MATTER OF:

TRAVIS CAPPS,
A CHILD
D/O/B 02/06/05

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. 2021- 10.01

## CUSTODY AFFIDAVIT

COMES NOW the Petitioner, Chilton County Department of Human Resources pursuant to Section 30-3B-209, Code of Alabama, 1975, and files this Custody Affidavit and states as follows:

1. The present address of said child/children is: Ms. Angela Cleckler, step grandmother, whose address is ███████, Clanton, AL 35045.

2. I have not participated in any other litigation concerning said minor child/children and am not aware of any other proceeding taking place anywhere or by anyone.

3. I know of no person not a party to the proceeding who has physical custody of said minor child/children or who claims to have custody or visitation rights with respect to the child/children.

4. I will inform the Court of any custody proceedings which might be filed in this or any other state should this information become available during the pendency of this proceeding.

DATED this the ___2nd___ day of August, 2021.

_____
PETITIONER

DOCUMENT 1

**STATE OF ALABAMA**

**CHILTON COUNTY**

Personally appeared before me the undersigned authority in and for said County in said State, the above Petitioner, by and through its representative, who being by me first duly sworn, deposes and says that he/she has read the above and foregoing Custody Affidavit and that the matters and things set out therein are true and correct.

PETITIONER

SWORN TO AND SUBSCRIBED before me this the ___ day of August, 2021.

NOTARY PUBLIC

MY COMMISSION EXPIRES: 5/28/24

| State of Alabama<br>Unified Judicial System<br><br>JU-6A        Rev. 10/11 | JUVENILE COURT INTAKE OFFICER'S<br>ENDORSEMENT ON A PETITION | Case Number<br><br>JU 2Y-110d |
|---|---|---|

In The Juvenile Court of _____ Chilton _____ County, Alabama.
(Name of County)

In the Matter of _____ Travis Corey _____ a child.

I certify that I have been duly designated an Intake Officer of the Court according to

Ala. Code 1975, § 12-15-102(1.f). Based on a verified complaint which was received 6/2/21

at /:00 p.m., and as alleged, contained legally sufficient information to establish subject-matter

jurisdiction, venue and probable cause, I have determined that the filing of the petition is in the best interest

of the public and/or the child.

Date: 6/2/21 _____ Intake Officer's Signature: _____

Ala. Code 1975, § 12-15-102(11); Rule 12, Ala.R.Juv.P.

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000110.01

==================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:  CAPPS TRAVIS, A CHILD

NOTICE TO:  SCOTT JESSICA
            5665 COUNTY ROAD 53
            CLANTON, AL  35045-0000

==================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

   ☑ YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
     ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

                    DATE:     08/02/2021
                    TIME:     01:00 PM
                    LOCATION: COURTROOM #2- 3RD FLOOR
                              CHILTON COUNTY COURTHOUSE
                              500 2ND AVENUE NORTH
                              CLANTON, AL  35045

   ___ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
       FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
       AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021                ISSUED BY: GLENN MCGRIFF
==================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
==================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                              GLENN MCGRIFF
---------------------------------       ---------------------------------
DATE                                    CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

-------------------------------------------------------------------------
NAME AND DATE OF SERVICE
-------------------------------------------------------------------------
12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)    PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                                        ---------------------------------
                                        SERVER
(08/02/2021)  CRB

IN RE:     THE MATTER OF:                    IN THE JUVENILE COURT OF

TRAVIS CAPPS,                                CHILTON COUNTY, ALABAMA
A CHILD
D/O/B 02/06/05                               CASE NO. 2021- 110.01

PETITION FOR CUSTODY

COMES NOW your Petitioner, Chilton County Department of Human Resources, by

and through their representative and would show unto Your Honor as follows:

1.   That the Mother of said child is Jessica Scott, whose last known address is 5665

     Co. Rd. 53, Clanton, AL 35045.

2.   That the Father of said child is Wallace Capps, whose address is unknown at this

     time.

3.   That said child was keeping three minor children who were found naked with

     twenty-two (22) dirty diapers laying in the floor of the room, there was nothing

     else in the room but the toddlers and dirty diapers. The room was pad locked, and

     the officer estimated that it was about 100 degrees in the room, the only room in

     the home that was not air-conditioned. There were roaches in the room along

     with feces and urine everywhere, the window of the room had feces smeared on it.

     There were no toys in the room nor any beds for the minor children to sleep on.

     The parents (when they arrived home) said that everything was taken from the

     room because the children would throw everything at each other, the walls, and the

     windows. The officers put diapers on the toddler themselves and had the above

     mentioned child get food and drink, and it appeared that the children had not had

food nor drink in a while.

4. That your Petitioner would aver that the child is dependent and in need of the protection of the State of Alabama in that there is no parent or relative available or willing to assume the care, custody and control of said minor child.

5. That reasonable efforts have not been made, and continuation in the home would be contrary to the welfare of the child, and removal from the home is in the best interest of the child, because of the deplorable living conditions of the child, and the physical condition of the child. The parents were taken to jail due to three (3) counts of Willful Abuse of a child. The above mentioned child was left at the home with his step grandmother, Ms. Angela Cleckler, and the other three children were taken into foster care.

6. That there is no need for a Pick-Up Order at this time because said child was left with his step grandmother, Ms. Angela Cleckler.

**WHEREFORE, PREMISES CONSIDERED,** your Petitioner prays that your Honor will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975, grant the temporary care, custody and control of said minor child to your Petitioner and that this Court will set this matter for Hearing, and further prays for such other, further and different relief to which they may be entitled.

BY: _____

**PETITIONER**
**REPRESENTATIVE OF CHILTON**
**COUNTY DEPARTMENT OF**
**HUMAN RESOURCES**

SWORN TO AND SUBSCRIBED before me, on this the ____ day of August, 2021.

NOTARY PUBLIC

BOWERS & BOWERS, ATTORNEYS

BY:

ROBERT L. BOWERS, JR.
ATTORNEY FOR DHR
401 SECOND AVENUE NORTH
CLANTON, AL 35045
PHONE:  (205) 755-7428
FAX: (205) 280-0684
rbowersjr@bellsouth.net