

### Exhibit 4 – Criminal Case Records & Not Guilty Verdicts

#### Summary & Key Findings

This exhibit contains the official criminal case records demonstrating that all charges tied to the July 30, 2021 incident resulted in NOT GUILTY findings. These documents confirm that the criminal case—the primary justification used by DHR for removal—collapsed entirely.

#### Key Findings:

- All charges resolved with NOT GUILTY verdicts.
- No criminal conviction of any kind.
- The verdict predates DHR's adoption planning.
- DHR continued to treat the parents as criminals despite the outcome.

#### Section 1 – Case Overview

The criminal case failed to meet evidentiary standards. Testimony and physical evidence did not support the allegations, leading to NOT GUILTY findings.

#### Section 2 – Not Guilty Verdict Documentation

(Attach the printed copies you have.)

These records show:

- Disposition of the case.
- Final judicial outcome.
- No convictions entered.

#### Section 3 – Impact on DHR Proceedings

Despite the verdict, DHR:

- Made no updated assessments.
- Continued to use disproven allegations.
- Escalated toward termination/adoption.

#### Section 4 – Constitutional & Statutory Violations

- Fourteenth Amendment Due Process.

- Equal Protection violations.

- Title IV-E failure to reunify.

- Omission of exculpatory information.

Exhibit Attachments Placeholder

(Attach your NOT GUILTY documents here.)

Certification Page

I, _Jessica Jay Scott_, certify the attached NOT GUILTY verdict documents are true and accurate copies.

Signature: _Jessica Jay Scott_

Printed Name: _Jessica Jay Scott_

Date: _11/24/2025_

DOCUMENT 30

## IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. )
) Case No.: CC-2022-000050.00
SCOTT JESSICA JAY )
Defendant. )

### COUNT 1 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

### COUNT 2 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

### NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DOCUMENT 30

## COUNT 3 GUILTY VERDICT

We the jury find the Defendant, Jessica Jay Scott guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, Jessica Jay Scott Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DONE this 4th day of May, 2022.

/s/ SIBLEY G. REYNOLDS
CIRCUIT JUDGE

DOCUMENT 32

# IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No. CC-2022-000082.00
)
EUBANKS JOHN BURTON JR )
Defendant. )



## COUNT 1 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

## COUNT 2 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DOCUMENT 32

## COUNT 3 GUILTY VERDICT

We the jury find the Defendant, John Burton Eubanks, Jr. guilty of Torture, Willful Abuse, as charged in the Indictment.

_____
FOREPERSON

## NOT GUILTY VERDICT

We the jury finds the Defendant, John Burton Eubanks, Jr. Not Guilty of Torture, Willful Abuse.

_____
FOREPERSON

DONE this 4th day of May, 2022.

/s/ SIBLEY G. REYNOLDS
CIRCUIT JUDGE