

Exhibit 5 – July 30, 2021 Incident Report Analysis

Summary & Key Findings

This exhibit focuses exclusively on the Incident Report generated on July 30, 2021—the day law enforcement and DHR entered the home, seized the children, and arrested the parents.

Key Findings:

- No lawful basis for warrantless entry.

- Report contradicts later testimony and court outcomes.

- Misrepresents events and omits critical context.

- Used by DHR as foundation for removal despite inaccuracies.

- Conflicts with NOT GUILTY verdicts.

Section 1 – Narrative Summary of the Incident Report

The report includes generalized statements, lacks evidence of immediate danger, and presents claims later disproven in court.

Key Points:

- No photos or corroborating statements.

- No imminent risk described.

- Broad, non-specific allegations.

- Missing key context.

Section 2 – Contradictions & Inconsistencies

Conflicts identified:

- Criminal case resolved NOT GUILTY vs. report implying criminal conduct.

- No evidence of abuse vs. claims of concerning conditions.

- No exigent circumstances vs. warrantless removal.

- Conflicts between report and DHR ISP documents.

Section 3 – Fourth Amendment Violations

The report identifies no immediate danger, threat, or emergency justifying entry.

Key Legal Failures:

- No probable cause.

- No exigent circumstances.

- No judicial authorization.

- Unlawful seizure of children.

Section 4 – Impact on DHR Actions

DHR relied heavily on the report despite its inaccuracies.

Used to:

- Support dependency case.

- Justify removal.

- Initiate shelter petitions.

Exhibit Attachments Placeholder

(Attach the Incident Report behind this page.)

Certification Page

I, *Jessica Jay Scott*, certify the attached Incident Report is a true and accurate copy.

Signature: *Jessica Jay Scott*

Printed Name: *Jessica Jay Scott*

Date: *11/24/2025*



# OFFICE OF THE SHERIFF

500 2nd Ave North
Room 204
Clanton, Alabama 35045

**Chilton County**
John Shearon, Sheriff

Phone (205) 755-4698
Fax (205) 280-7245

## CONSENT TO SEARCH PREMISES AND PROPERTY

I, _John  Eubanks_____, have been informed by
_Sgt McCartney_____ and _S. Mayfield_____

who made proper identification as an authorized law enforcement officer(s) of the Chilton County
Sheriff's Office of my CONSTITUTIONAL RIGHT not to have a search of the premises and
property owned by me and/or under my care, custody and control, without a search warrant.
Knowing of my lawful right to refuse consent to such a search, I freely give my consent to the
above named officer(s) to conduct a complete search of the premises and property, including all
buildings and vehicles, both inside and outside of the property located at

_5723 Co Rd 53 Clanton AL 35045_____

The above said officer(s) further have my permission to take from my premises and property,
any letters, papers, materials, or any other property or things they desire as evidence for criminal
prosecution in the case under investigation.
This written permission to search without a search warrant is given by me to the above officer(s)
voluntarily and without threats or promises of any kind this _30th_ day of

_July_____ 20 _21_, at _2103_.

Signed _____

Witness: _S Mayfield A_____          Witness: _B Davenport_____
Address: _CCSO_____          Address: _CCSO_____
Phone #: _____          Phone #: _____

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHILTON COUNTY * * *

AGENCY NUMBER: 202102108                    WARRANT NUMBER: WR 2021 001495.00
                                            OTHER CASE NBR:          .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED   SHANE MAYFIELD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   JESSICA JAY SCOTT            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT 07-30-21 , A CHILD'S NATURAL PARENT, STEPPARENT,
ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE
PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE
SUPERVISION OF A CHILD, TO-WIT: JESSICA SCOOT DID ON OR ABOUT
07-30-21 TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR
OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NAKED NO AIR,NO
FOOD,NO WATER, NO BEDDING AND COVERED IN FECES.
CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _J.E._
IN VIOLATION OF 026-015-003                              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____ #1597
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: WILFUL ABUSE CHILD U  026-015-003              F  FELONY
_____

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35046

J.E./DHR/CLANTON/35046
_____
_____
_____

OPERATOR: GLM    DATE: 08/01/2021

## W A R R A N T

STATE OF ALABAMA        CHILTON COUNTY        DISTRICT COURT

AGENCY NUMBER: 202102108      WARRANT NUMBER: WR 2021 001495.00
                                 OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST OF JESSICA JAY SCOTT  AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHILTON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
         WILFUL ABUSE CHILD U  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
       DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF AUGUST, 2021.

BOND SET AT: (1)/   $15,000.00  BOND TYPE:

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: WILFUL ABUSE CHILD U  026-015-003        F  FELONY

NAME: JESSICA JAY SCOTT          ALIAS:
ADDRESS: 5723 CO. RD. 53         ALIAS:
ADDRESS:
CITY:       Y       STATE: AL      ZIP: 35045 0000
                                PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ████ 1980    RACE: W     SEX: F     HAIR: RED
EYE: ███  HEIGHT: 5'09"  WEIGHT: 158
SID: 000000000  SSN: █████ 0448  DL NUM: ██████

### E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
( X )  PLACING DEFENDANT IN THE CHILTON COUNTY JAIL
(   )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS ___/5/___ DAY OF ___August___ 2021

                       SHERIFF _____
                                            #1597
                       BY _____

COMPLAINANT:  SHANE MAYFIELD
               CCSO
               CLANTON  AL  35046

OPERATOR: GLM      DATE: 08/01/2021

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHILTON COUNTY * * *

AGENCY NUMBER: 202102108                WARRANT NUMBER: WR 2021 001496.00
                                        OTHER CASE NBR:             .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED   SHANE MAYFIELD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    JESSICA JAY SCOTT            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT 07-30-21, A CHILD'S NATURAL PARENT, STEPPARENT,
ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE
PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE
SUPERVISION OF A CHILD, TO-WIT: JESSICA SCOTT  DID ON OR ABOUT
07-30-21   TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR
OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NAKED,NO AIR, NO
FOOD, NO WATER, NO BEDDING COVERED IN FECES.
CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _J.E.III
IN VIOLATION OF 026-015-003            _ _ OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____ #1591
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
CHARGES: WILFUL ABUSE CHILD U   026-015-003        F  FELONY

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35046

J.E. III/DHR CLANTON/CLANTON/35046

OPERATOR: GLM    DATE: 08/01/2021

# W A R R A N T

STATE OF ALABAMA                    CHILTON COUNTY                    DISTRICT COURT

AGENCY NUMBER: 202102108          WARRANT NUMBER: WR 2021 001496.00
                                  OTHER CASE NBR:                  .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   JESSICA JAY SCOTT   AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF CHILTON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
                    WILFUL ABUSE CHILD U  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF AUGUST, 2021.

BOND SET AT: (1)     $15,000.00  BOND TYPE:

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: WILFUL ABUSE CHILD U  026-015-003          F  FELONY

NAME: JESSICA JAY SCOTT                    ALIAS:
ADDRESS: 5723 CO. RD. 53                   ALIAS:
ADDRESS:
CITY:          Y          STATE: AL        ZIP: 35045 0000
                                           PHONE: 000 000 0000 EXT: 000

EMPLO▮
DOB: ▮▮▮ 1980   RACE: W   SEX: F   HAIR: RED
EYE: ▮▮▮ WEIGHT: 5'0▮▮ WEIGHT: 158
SID: 000000000  SSN: ▮▮▮ 0448  DL NUM: ▮▮▮▮▮

# E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
        (X)  PLACING DEFENDANT IN THE CHILTON COUNTY JAIL
        (  )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS _____ /ST _____ DAY OF ___ AUGUST _____ 2021

                              SHERIFF _____ #1597
                              BY _____

COMPLAINANT:   SHANE MAYFIELD
               CCSO
               CLANTON  AL  35046

OPERATOR: GLM        DATE: 08/01/2021

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF CHILTON COUNTY \* \* \*

AGENCY NUMBER: 202102108

WARRANT NUMBER: WR 2021 001494.00
OTHER CASE NBR: .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED SHANE MAYFIELD WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT JESSICA JAY SCOTT DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

ON OR ABOUT 07-30-21 , A CHILD'S NATURAL PARENT, STEPPARENT, ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE SUPERVISION OF A CHILD, TO-WIT: JESSICA SCOTT DID ON OR ABOUT 07-30-21 TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NAKED NO AIR, NO FOOD, NO WATER, NO BEDDING COVERED IN FECES. NO WATER, NO BEDDING COVERIN FECES. CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _M.P._ IN VIOLATION OF 026-015-003 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

COMPLAINANT'S SIGNATURE #1597

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: WILFUL ABUSE CHILD U 026-015-003 F FELONY

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35046

MP/CLANTON DHR/CLANTON/35046

OPERATOR: GLM DATE: 08/01/2021

000024

# W A R R A N T

STATE OF ALABAMA                CHILTON COUNTY                DISTRICT COURT

AGENCY NUMBER: 202102108                WARRANT NUMBER: WR 2021 001494.00
                                        OTHER CASE NBR:          .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JESSICA JAY SCOTT   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHILTON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
            WILFUL ABUSE CHILD U  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF AUGUST, 2021.

BOND SET AT: (Y)      $15,000.00  BOND TYPE:

JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: WILFUL ABUSE CHILD U 026-015-003              F  FELONY

NAME: JESSICA JAY SCOTT              ALIAS:
ADDRESS: 5723 CO. RD. 53             ALIAS:
ADDRESS:
CITY:            Y         STATE: AL     ZIP: 35045 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPL:
DOB: ▮▮▮▮1980    RACE: W    SEX: F    HAIR: RED
EYE: ▮▮▮ HEIGHT: 5'0▮▮ WEIGHT: 158
SID: 000000000  SSN: ▮▮▮0448  DL NUM: ▮▮▮▮▮

# E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(  ) PLACING DEFENDANT IN THE CHILTON COUNTY JAIL
(  ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS ____1ST____ DAY OF ___August___                    2021

                                        SHERIFF

                                        BY _____ #1591

COMPLAINANT:   SHANE MAYFIELD
               CCSO
               CLANTON  AL  35046

OPERATOR: GLM      DATE: 08/01/2021

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHILTON COUNTY * * *

AGENCY NUMBER: 202102108                 WARRANT NUMBER: WR 2021 001499.00
                                         OTHER CASE NBR:                 .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED   SHANE MAYFIELD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   JOHN BURTON EUBANKS JR      DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT  07-30-21, A CHILD'S NATURAL PARENT, STEPPARENT,
ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE
PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE
SUPERVISION OF A CHILD, TO-WIT: JOHN EUBANKS JR. DID ON OR ABOUT
07-30-21 TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR
OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NO AIR, NO FOOD NO
WATER, NO BEDDING COVERED IN FECES.
CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _J.E. III
IN VIOLATION OF 026-015-003               OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

#1577

COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
CHARGES: WILFUL ABUSE CHILD U  026-015-003          F  FELONY

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35046

J.E. III/DRH CLANTON/CLANTON/35046

OPERATOR: GLM    DATE: 08/01/2021

# W A R R A N T

**STATE OF ALABAMA**                    **CHILTON COUNTY**                    **DISTRICT  COURT**

**AGENCY NUMBER: 202102108**            **WARRANT NUMBER: WR 2021 001499.00**
                                        **OTHER CASE NBR:**                    .

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

**YOU ARE HEREBY COMMANDED TO ARREST   JOHN BURTON EUBANKS JR   AND BRING HIM/HER BEFORE THE DISTRICT   COURT OF CHILTON COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S)  OF:**
                  **WILFUL ABUSE CHILD U  CLASS: C  TYPE: F  COUNTS: 001**
**AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.**

**YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE**
                  **DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.**

**DATED THIS 01 DAY OF AUGUST, 2021.**

**BOND SET AT:**  **$25,000.00  BOND TYPE:**

**JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT**

**CHARGES: WILFUL ABUSE CHILD U  026-015-003                    F  FELONY**

**NAME: JOHN BURTON EUBANKS JR                    ALIAS:**
**ADDRESS: 5723 CO. RD. 53                         ALIAS:**
**ADDRESS:**
**CITY: CLANTON                    STATE: AL        ZIP: 35045 0000**
                                                  **PHONE: 000 000 0000 EXT: 000**

**EMPLOYMENT:**
██████████/1972    **RACE: W      SEX: M    HAIR: BRO**
**EYES: GRN  HEIGHT: 6'0   WEIGHT: 256**
**SID: 000000000  SSN:** ███████**6818  DL NUM:** ███████

## E X E C U T I O N

**EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND**
**( X )  PLACING DEFENDANT IN THE CHILTON COUNTY JAIL**
**( )  RELEASING DEFENDANT ON APPEARANCE BOND**

**THIS ___15___ DAY OF ___August___                    2021**

                                        **SHERIFF**

                                        **BY**

**COMPLAINANT:  SHANE MAYFIELD**
              **CCSO**
              **CLANTON  AL  35046**

**OPERATOR: GLM        DATE: 08/01/2021**

```
ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHILTON COUNTY * * *

AGENCY NUMBER: 202102108              WARRANT NUMBER: WR 2021 001498.00
                                      OTHER CASE NBR:              .

                     C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED    SHANE MAYFIELD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    JOHN BURTON EUBANKS JR        DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT 07-30-21, A CHILD'S NATURAL PARENT, STEPPARENT,
ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE
PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE
SUPERVISION OF A CHILD, TO-WIT: JOHN EUBANKS JR. DID ON OR ABOUT
07-30-21 TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR
OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NO AIR, NO FOOD, NO
WATER, NO BEDDING COVERED IN FECES.
CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _J.E.
IN VIOLATION OF 026-015-003              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.
```

COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: WILFUL ABUSE CHILD U  026-015-003          F  FELONY

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35046

J.E./DHR CLANTON/CLANTON/35046

OPERATOR: GLM      DATE: 08/01/2021

## W A R R A N T

| | | |
|---|---|---|
| STATE OF ALABAMA | CHILTON COUNTY | DISTRICT COURT |

AGENCY NUMBER: 202102108

WARRANT NUMBER: WR 2021 001498.00
OTHER CASE NBR: .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JOHN BURTON EUBANKS JR    AND BRING HIM/HER BEFORE THE DISTRICT COURT OF CHILTON COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S) OF:
WILFUL ABUSE CHILD U   CLASS: C   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF AUGUST, 2021.

BOND SET AT: (1)    $15,000.00   BOND TYPE:

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

COPY

CHARGES: WILFUL ABUSE CHILD U  026-015-003            F   FELONY

NAME: JOHN BURTON EUBANKS JR                    ALIAS:
ADDRESS: 5723 CO. RD. 53                        ALIAS:
ADDRESS:
CITY: CLANTON            STATE: AL        ZIP: 35045 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ███/1972   RACE: W    SEX: M    HAIR: BRO
EYE: ███  HEIGHT: 6'0██  WEIGHT: 256
SID: 000000000   SSN: ████6818   DL NUM: ████

## E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
( X ) PLACING DEFENDANT IN THE CHILTON COUNTY JAIL
(   ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS ___/ST___ DAY OF ___August___ _2021_

SHERIFF _____

BY _____  #1597

COMPLAINANT:  SHANE MAYFIELD
              CCSO
              CLANTON  AL  35046

OPERATOR: GLM        DATE: 08/01/2021

```
ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHILTON COUNTY * * *

AGENCY NUMBER: 202102108              WARRANT NUMBER: WR 2021 001497.00
                                      OTHER CASE NBR:                .

                          C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHILTON COUNTY, ALABAMA, PERSONALLY APPEARED   SHANE MAYFIELD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    JOHN BURTON EUBANKS JR       DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT 07-30-21, A CHILD'S NATURAL PARENT, STEPPARENT,
ADOPTIVE PARENT, LEGAL GUARDIAN, CUSTODIAN OR ANY OTHER PERSON WHO HAS THE
PERMANENT OR TEMPORARY CARE OR CUSTODY OR RESPONSIBILITY FOR THE
SUPERVISION OF A CHILD, TO-WIT: JOHN EUBANKS JR.  DID ON OR ABOUT
07-30-21  TORTURE, WILLFULLY ABUSE, CRUELLY BEAT OR
OTHERWISE WILLFULLY MALTREAT, TO-WIT: LOCKED IN A ROOM NAKED, NO AIR, NO
FOOD, NO WATER, NO BEDDING COVERED IN FECES
CHILD UNDER THE AGE OF EIGHTEEN YEARS, TO-WIT: _M.P.
IN VIOLATION OF 026-015-003                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.
```

#1597
COMPLAINANT'S SIGNATURE

```
SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF AUGUST, 2021.


JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: WILFUL ABUSE CHILD U  026-015-003        F  FELONY

WITNESS FOR THE STATE

SHANE MAYFIELD/CCSO/CLANTON/35045

M.P./DHR CLANTON/CLANTON/35045



OPERATOR: GLM    DATE: 08/01/2021
```

# W A R R A N T

STATE OF ALABAMA          CHILTON COUNTY         DISTRICT COURT

AGENCY NUMBER: 202102108      WARRANT NUMBER: WR 2021 001497.00
OTHER CASE NBR:      .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST  JOHN BURTON EUBANKS JR  AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF CHILTON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
      WILFUL ABUSE CHILD U  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF AUGUST, 2021.

BOND SET AT: (1)  $15,000.00  BOND TYPE:

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

COPY.

---

CHARGES: WILFUL ABUSE CHILD U  026-015-003    F  FELONY

---

NAME: JOHN BURTON EUBANKS JR     ALIAS:
ADDRESS: 5723 CO. RD. 53       ALIAS:
ADDRESS:
CITY: CLANTON    STATE: AL    ZIP: 35045 0000
                           PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ████ 1972  RACE: W  SEX: M  HAIR: BRO
EYE: ████ HEIGHT: 6'04 WEIGHT: 256
SID: 000000000 SSN: 4██████6818 DL NUM: ████

---

# E X E C U T I O N

    EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
    (X)  PLACING DEFENDANT IN THE CHILTON COUNTY JAIL
    ( )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS _____5____ DAY OF ___August___ 2021

                SHERIFF _____ #1597

                BY _____

---

COMPLAINANT:  SHANE MAYFIELD
                CCSO
                CLANTON  AL  35045

OPERATOR: GLM      DATE: 08/01/2021

# SCOTT, JESSICA JAY
## Personal Information

## Caution Indicator

**Caution Indicator:**

LEFT MIDDLE FINGER IS AMPUTATED COULD NOT GET BIO-METRICS

## Notes

# SCOTT, JESSICA JAY

**Personal Information**




| Home Address: 5723 COUNTY ROAD 53, CLANTON, AL 35045 | | | | | | Home Phone Number: (205) 299-2133 | | Occupation: UNEMPLOYED | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employer: | | | Employer Address: | | | | | Employer Phone #: | | Ext: |
| Date Of Birth: /1980 | Age: 40 | Race: W | Sex: F | Ethnicity: N | | Height: 5'09" | Weight: 229 | Build: HVY | Hair Color: RED | |
| Hair Style: STR | Hair Length: LNG | | Eye Color: BLU | Skin: FAR | | Handedness: | Shoe Size: | Social Security #: 0448 | | Marital Status: W |
| Resident Status: | Res. Dispatch Zone: | | Res. Reporting Zone: | | Res. Patrol Zone: | Country Of Citizenship: US - USA (United States of America) | | | | |
| Place Of Birth: MONTGOMERY, AL | | | Driver's License #: | | DL State: AL | DL Class: | | Commercial DL: No | | |
| FBI Number: | | SID Number: | | SRN Number: | | Fingerprint Classification (NCIC): | | | | |
| Fingerprint Classification (HENRY): | | | | Military Code: NA | | Military ID Number: | | Military Status: | | |

## Alias/Nickname

| Last Name/Nickname: | Suffix: | First Name: | Middle Name: | Date Of Birth: | SSN: | Alias Description: |
|---|---|---|---|---|---|---|
| EUBANKS | | JESSICA | JAY | /1980 | 0448 | |
| TOWNLEY | | JESSICA | JAY | 1980 | -0448 | |

## Physical Features

| Feature: | Location: | Body Part: | Description: |
|---|---|---|---|
| Tattoo | Left | Breast | *BITCH* |
| Tattoo | Right | Breast | *CRAZY* |
| Tattoo | Left | Leg | TWEETIE BIRD THAT SAYS TWEETIE |
| Tattoo | Left | Leg | ROSE WITH HEARTS DOWN THE STEMS *AMANDA* *TRAVIS* |
| Tattoo | Right | Shoulder | *BP 418* |

# EUBANKS Jr, JOHN BURTON

**Personal Information**




| Home Address: | | | | | | Home Phone Number: | | | Occupation: | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5723 COUNTY ROAD 53, CLANTON, AL 35045 | | | | | | (205) 299-1429 | | | | |
| Employer: | | | | Employer Address: | | | | Employer Phone #: | | Ext: |
| Date Of Birth: | Age: | Race: | Sex: | | Ethnicity: | Height: | Weight: | Build: | | Hair Color: |
| /1972 | 49 | W | M | | N | 6'02" | 239 | HVY | | GRY |
| Hair Style: | Hair Length: | | Eye Color: | Skin: | | Handedness: | Shoe Size: | Social Security #: | | Marital Status: |
| STR | SRT | | GRN | FAR | | | | -6818 | | S |
| Resident Status: | Res. Dispatch Zone: | | Res. Reporting Zone: | | Res. Patrol Zone: | | Country Of Citizenship: | | | |
| R | | | | | | | US - USA (United States of America) | | | |
| Place Of Birth: | | | Driver's License #: | | DL State: | | DL Class: | | Commercial DL: | |
| | | | | | AL | | | | No | |
| FBI Number: | | SID Number: | | SRN Number: | | | Fingerprint Classification (NCIC): | | | |
| Fingerprint Classification (HENRY): | | | | Military Code: | | Military ID Number: | | Military Status: | | |
| | | | | A - Army | | | | | | |

## Physical Features

| Feature: | Location: | Body Part: | Description: |
|---|---|---|---|
| Tattoo | LEFT | UARM | FIREMAN SIGN |
| Tattoo | Left | Back | CROSS WITH DRAGON |

## Notes

000044

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE INFORMATION | 3 DATE AND TIME THIS REPORT M    D    Y 07/30/2021    19:30    ☐ AM  ☒ Mil. ☐ PM | 4 AGENCY CASE # 202102108 | 5 SFX |
|---|---|---|---|

## Others Involved

| 132 Oth # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 136 Social Security # | 137 Race ☐W ☐A ☐B ☐I | 138 Sex ☒M ☐F | 139 Date of Birth | 140 Age |
|---|---|---|---|---|---|---|---|---|
| 1 | CAPPS, TRAVIS | | | | | | | 16-16 |

| 141 Address (Street, City, State, Zip) | 142 HGT | 143 WGT | 144 Ethnicity ☐ Hispanic  ☐ Other | | 146 Language ☐ English ☐ Spanish ☐ Other |
|---|---|---|---|---|---|

| 145 Probable Destination | | | 147 Eye | 148 Hair | 149 Complexion |
|---|---|---|---|---|---|

| 151 Clothing | 152 ☐ Scars    ☐ Marks    ☐ Tattoos    ☐ Amputations |
|---|---|

## Assisting Officer(s)

| 90 Assisting Officer |
|---|
| 0954 - Lieutenant James F. Davis |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 3 DATE AND TIME THIS REPORT 07/30/2021  19:30  □ AM ■ MIL □ PM | 4 CASE # 202102108 | 6 BFK |
|---|---|---|---|

CONSISTENT WITH FECES. I KNOCKED ON THE DOOR AND MADE CONTACT WITH A YOUNG MAN. I ADVISED HIM I HAD
RECEIVED A 911 HANGUP FROM THIS LOCATION AND I WOULD LIKE TO CHECK THE WELFARE OF ALL OCCUPANTS. HE
STATED THAT WAS FINE AND OPENED THE DOOR FOR ME TO ENTER. AS I ENTERED THE HOUSE I IMMEDIATLY
OBSERVED THE STRONG ODOR OF HUMAN WASTE MIXED WITH DOG WASTE. AS I APPROACHED THE FIRST DOOR ON THE
RIGHT I OBSERVED IT TO BE SHUT WITH TWO LATCHES LOCKED SHUT FROM THE OUTSIDE. THE DOOR WAS A 3/4
DOOR MADE OF 2X4'S AND 4X4'S. AS I LOOKED OVER THE TOP I COULD SEE A COPIOUS AMOUNT OF DIRTY
DRAPERS AND HUMAN FECES ON THE FLOOR AND WALLS. I ALSO OBSERVED 3 NAKED TODDLERS COVERED IN FECES.
THERE WAS NO FURNITURE,TOYS,BLANKETS OR ANYTHING ELSE IN THE ROOM.MYSELF AND DEPUTY BROWN ENTERED
THE ROOM TO CHECK ON THE CHILDREN AND PLACED DIAPER ON ALL THREE. DEPUTY BROWN AND I BOTH OBSERVED
THAT THE ROOM WAS EXTREMELY HOT WITH NO CIRCULATION.
THE CHILDREN WERE REMOVED FROM THE ROOM AND GIVEN FOOD AND WATER BY THE TEENAGE BROTHER WHILE WE
AWAITED DHR. THE BROTHER STATED THAT THE ROOM DOESNT STAY THAT DIRTY HE HAD BEEN ABOUT TO CLEAN IT.
WHEN ASKED ABOUT THE FECES ON THE WALL AND WINDOW HE STATED IT HAD ONLY BEEN THAT WAY SINCE THIS
MORNING.


INVESTIGATOR MACARTNEY AND MAYFIELD ARRIVED AND TOOK OVER THE SCENE .


SUPPLEMENT #5    Stacey Wyatt - 2550    08/03/2021    08:25


ASSIGNED TO CHIEF SHANE MAYFIELD


SUPPLEMENT #7    Assistant Chief Deputy Michael S. Mayfield - 1597    09/07/2021    12:47


ON 07/30/2021 R/D RESPONDED TO THE LISTED ADDRESS ON COUNTY RD 53 ON A PATROL REQUEST FOR
INVESTIGATIONS.  ON ARRIVAL R/D SPOKE WITH DEPUTIES BRADEN DAVENTPORT AND JEFF BROWN.  DEPUTY
DAVENPORT ADVISED THAT HE HAD RESPONDED TO THE RESDIENCE BASE ON INFORMATION FROM A WITNESS THAT
SMALL CHILDREN WERE BEING KEPT LOCKED IN A ROOM, NAKED, COVERED IN FECES. DEPUTY DAVENPORT
DESCRIBED WHAT HE HAD WITNESSED WHEN HE ENTERED THE HOME TO CONDUCT A WELFARE CHECK OF THE CHILDREN
AND BELIEVED IT TO BE AN UNSAFE ENVIRONMENT FOR THE CHILDREN . MRS. DAYLA HAMILTON WITH THE ALABAMA
DEPARTMENT OF HUMNAN RESOURCES WAS ALSO ON SCENE WHEN R/D ARRIVED.  MRS. HAMILTON AGREED WITH
DEPUTY DAVENPORT'S ASSESSMENT. WHILE R/D WAS STANDING IN THE YARD JOHN EUBANKS ARRIVED HOME.
JESSICA SCOTT WAS ALREADY PRESENT AT THE TIME R/D ARRIVED.  BOTH DEPUTIES HAD ALREADY EXITED THE
RESIDENCE FROM THEIR INITIAL WELFARE CHECK. R/D AND SGT MCCARTNEY ASKED JOHN EUBANKS FOR WRITTEN
CONSENT TO RE-ENTER THE RESIDENCE TO INSPECT THE ROOM WHERE THE CHILDREN WERE FOUND AND TO
INVESTIGATE. MR. EUBANKS GRANTED WRITTEN CONSENT. A COPY IS ATTACHED TO THIS REPORT.  R/D ENTERED
THE RESDIENCE THROUGH THE DOOR FROM THE GARAGE.  R/D OBSERVED  A WOODEN DOOR APPROX 4.5 FEET TALL
ON THE OPENING TO THE FIRST ROOM ON THE RIGHT GOING INTO THE RESIDENCE. THE DOOR APPEARED TO BE
CONSTRUCTED OUT OF 2X4 AND 2X6 LUMBER WITH A HASP AT THE TOP AND A HASP NEAR THE BOTTOM.  (2) TWO
METAL CLIPS OF THE KIND COMMONLY FOUND ON DOG LEASHS WERE ON TOP OF THE DOOR AND APPEARED TO BE
WHAT WAS IN PLACE WHEN DEPUTY DAVENPORT INITIALLY ENTERED. INSIDE THE ROOM R/D OBSERVED NUMEROUS
SOILED DIAPERS IN THE FLOOR OF THE ROOM. THE FLOOR WAS OF PLYWOOD CONSTRUCTION WITH NO CARPET, RUGS
OR OTHER COVERING.  (1) ONE SMALL SHEET WAS OBSERVED LAYING IN THE FLOOR JUST INSIDE THE DOORWAY.
R/D OBSERVED THE INSIDE OF THE WINDOW OF THE BEDROOM TO BE SMEARED WITH WHAT APPEARED TO BE FECES
R/D ALSO OBSERVED SEVERAL LOCATIONS ON THE WALLS OF THE ROOM AND THE FLOOR WHERE IT APPEARED THE
CHILDREN HAD SMEARED THEIR OWN FECES. THE DIAPERS IN THE FLOOR APPEARED TO HAVE BEEN THERE FOR SOME

TYPE OR PRINT IN BLACK INK ONLY

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense | 83 Date of Report (MM/DD/YY) | 84 Time of Report | AM / PM / MIL | 85 Agency Case Number | | 86 Suffix | 87 | Offender | Check # |
|---|---|---|---|---|---|---|---|---|---|
| Report - Continued | 07/30/2021 | 19:30 | MIL | 202102108 | | 3 | | Suspect / Missing Person | Multiple |

| 88 Reported By (Last, First, Middle Name) | Victim Or | | 89 Suffix | 90 Resident / Non-Resident | 91 Home Phone | 92 Work Phone |
|---|---|---|---|---|---|---|
| | | | | | | 93 Other Phone |

**VICTIM INFORMATION**

| 94 Victim # 3 | 95 Victim (Last, First, Middle Name) E____, ____ M | 96 Suffix | 97 Address (Street, City, State, Zip) 5723 CR 53, Clanton, AL 35045 | 98 Home Phone (205) 000-0000 | 99 Work Phone |
|---|---|---|---|---|---|
| | | | | | 100 Other Phone |

| 101 Employer/School NONE | 102 Occupation | 103 Address (Street, City, State, Zip) | 104 Work Phone |
|---|---|---|---|
| | | | 105 Other Phone |

| 106 Sex M / F | 107 Race W / B / I | English / Spanish / Other | 108 | 109 HGT 3'00" | 110 WGT 50 | Birth 2018 | 112 Age 03 | 113 Victim SSN | 114 Complaint SBN |
|---|---|---|---|---|---|---|---|---|---|

| 115 Multiple Victims | 116 Ethnicity Hispanic / Non-Hispanic | 117 Injury Yes / No | 118 Offender known to victim? Yes / No | 119 Victim was? (Explain Relationship) Victim was Child | 120 Relationship Code CH |
|---|---|---|---|---|---|
| LE Officer / Other | | | | | |

| 121 Weapons Used Firearm / Knife | Hands, Fist, Feet, Voice, etc. / Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe | Handgun | Rifle | Shotgun | Unknown |
|---|---|---|---|---|---|---|

| 123 Place of Occurrence 5723 COUNTY RD 53, CLANTON, AL 35045 | (Enter exact street address here.) | 124 Type Injury | N) None / B Broken Bones | I Internal Injury / L Severe Laceration | M Minor Injury / O Other Major Injury | T Loss of Tooth / U Unconscious | 125 Sector South |
|---|---|---|---|---|---|---|---|

| 126 Circumstance: Homicide & Assault | 128 Assault N/A / Simple / Aggravated | 129 Treatment for Assault? Yes / No | 130 Verify for Rape Exam? Yes / No / Unknown | 131 Treatment for Rape? Yes / No / Unknown |
|---|---|---|---|---|
| 127 Location: Rape | | | | |

| 132 Off # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 136 Social Security # | 137 Race W/B/I/A/D/H/F | 138 Sex M/F | 139 Date of Birth | 140 Age |
|---|---|---|---|---|---|---|---|---|

**SUSPECT INFORMATION**

| 141 Address (Street, City, State, Zip) | | | | | 142 HGT | 143 WGT | 144 Ethnicity Hispanic / Other | 145 Language English / Spanish / Other |
|---|---|---|---|---|---|---|---|---|

| 146 Probable Destination | | | 147 Eye | 148 Hair | 149 Complexion | 150 Armed Yes / No | Weapon |
|---|---|---|---|---|---|---|---|

| 151 Clothing | 152 Scars / Marks / Tattoos / Amputations | 153 Arrested / Wanted | Dual Arrest (Domestic Violence) |
|---|---|---|---|

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 158 Social Security # | 159 Race W/B/I/A/D/H/F | 160 Sex M/F | 161 Date of Birth | 162 Age |
|---|---|---|---|---|---|---|---|---|

| 163 Address (Street, City, State, Zip) | | | | | 164 HGT | 165 WGT | 166 Ethnicity Hispanic / Other | 167 Language English / Spanish / Other |
|---|---|---|---|---|---|---|---|---|

| 168 Probable Destination | | | 169 Eye | 170 Hair | 171 Complexion | 172 Armed Yes / No | Weapon |
|---|---|---|---|---|---|---|---|

| 173 Clothing | 174 Scars / Marks / Tattoos / Amputations | 175 Arrested / Wanted | Dual Arrest (Domestic Violence) |
|---|---|---|---|

**WITNESSES**

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | | Contact Telephone Numbers |
|---|---|---|---|---|---|---|
| 176 | 177 M/F | 178 W/B/I/A | 179 | 180 | 181 Home | 182 Work |
| | | | | | | 183 Other |
| 184 | 185 M/F | 186 W/B/I/A | 187 | 188 | 189 Home | 190 Work |
| | | | | | | 191 Other |
| 192 | 193 M/F | 194 W/B/I/A | 195 | 196 | 197 Home | 198 Work |
| | | | | | | 199 Other |
| 200 Witness #1 SSN | | 201 Witness #2 SSN | | | 202 Witness #3 SSN | |

**NARRATIVE**

| 203 |
|---|
| |

Continued on Supplement

| 204 Continued on Supplement Yes / No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed Yes / No | Warrant # | 209 Arm, Cover, Classed Remedies |
|---|---|---|---|---|---|---|

| I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned. | 210 | Signature |
|---|---|---|

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense | 03 Date of Report (MM/DD/YY) | 04 Time of Report | AM / PM / Mil. | 05 Agency Case Number | | 06 Suffix | 07 | Offender / Suspect / Missing Person | Check if Multiple |
|---|---|---|---|---|---|---|---|---|---|
| Report - Continued | 07/30/2021 | 19:30 | | 202102108 | | 2 | | | |

| 08 Reported By (Last, First, Middle Name) | ☐ Victim Or | | | | 09 Suffix | 10 ■ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 93 Other Phone |

<table>
<tr><td>94 Victim #<br>2</td><td>95 Victim (Last, First, Middle Name)<br>E█████ ·█</td><td>96 Suffix<br>III</td><td colspan="2">97 Address (Street, City, State, Zip)<br>5723 CR 63, Clanton, AL 36045</td><td>90 Home Phone<br>(205) 000-0000</td><td>99 Work Phone<br>100 Other Phone</td></tr>
</table>

| 101 Employer/School | 102 Occupation | 103 Address (Street, City, State, Zip) | 104 Work Phone |
|---|---|---|---|
| NONE | | | 105 Other Phone |

**VICTIM INFORMATION**

| 106 Sex ☐M ☐F | 107 Race ■W ☐B ☐I ☐A | 108 | English ■ Spanish ☐ Other | 109 HGT 3'00" | 110 WGT 50 | 111 Date of Birth /2018 | 112 Age 03 | 113 Victim SSN | | 114 Complainant SSN |
|---|---|---|---|---|---|---|---|---|---|---|

| 115 Multiple Victims ☐ LE Officer | 116 Ethnicity ☐ Hispanic ■ Non-Hispanic | ☐ Other | 117 Injury ☐ Yes ■ No | 118 Offender known to victim? ☐ Yes ☐ No | 119 Victim was? (Explain Relationship) Victim was Child | | 120 Relationship Code CH |
|---|---|---|---|---|---|---|---|

| 121 Weapons Used ☐ Firearm ☐ Knife | ☐ Hands, Fist, Feet, Voice, etc. ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe | ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown |
|---|---|---|---|

| 123 Place of Occurrence 8723 COUNTY RD 83, CLANTON, AL 35045 | | 124 Type Injury | (N) None B Broken Bones | I Internal Injury L Severe Laceration | M Minor Injury O Other Major Injury | T Loss of Tooth U Unconscious | 125 Sector South |
|---|---|---|---|---|---|---|---|

| 126 Circumstance: Homicide & Assault | 127 Location: Rape | 128 Assault ☐ N/A ☐ Simple ☐ Aggravated | 129 Treatment for Assault? ☐ Yes ☐ No | 130 Verify for Rape Exam? ☐ Yes ☐ No ☐ Unknown | 131 Treatment for Rape? ☐ Yes ☐ No ☐ Unknown |
|---|---|---|---|---|---|

**SUSPECT INFORMATION**

| 132 Off # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 135 Social Security # | 137 Race ☐W ☐B ☐I ☐A ☐ Other | 138 Sex ☐M ☐F | 139 Date of Birth | 140 Age |
|---|---|---|---|---|---|---|---|---|
| 141 Address (Street, City, State, Zip) | | | | 142 HGT | 143 WGT | 144 Ethnicity ☐ Hispanic ☐ Other | 145 Language ☐ English ☐ Spanish | ☐ Other |
| 146 Probable Destination | | | 147 Eye | 148 Hair | 149 Complexion | 150 Armed ☐ Yes ☐ No | | Weapon |
| 151 Clothing | | 152 ☐ Scars ☐ Marks ☐ Tatoos ☐ Amputations | | | 153 ☐ Arrested ☐ Wanted | ☐ Dual Arrest (Domestic Violence) | | |

| 154 Off # | 155 Name (Last, First, Middle) | 155 SFX | 157 Alias | 158 Social Security # | 159 Race ☐W ☐B ☐I ☐A ☐ Other | 160 Sex ☐M ☐F | 161 Date of Birth | 162 Age |
|---|---|---|---|---|---|---|---|---|
| 163 Address (Street, City, State, Zip) | | | | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | 167 Language ☐ English ☐ Spanish | ☐ Other |
| 168 Probable Destination | | | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No | | Weapon |
| 173 Clothing | | 174 ☐ Scars ☐ Marks ☐ Tatoos ☐ Amputations | | | 175 ☐ Arrested ☐ Wanted | ☐ Dual Arrest (Domestic Violence) | | |

**WITNESSES**

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | | Contact Telephone Numbers |
|---|---|---|---|---|---|---|
| 176 | 177 ☐M ☐F | 179 ☐W ☐B | 178 ☐A ☐I | 180 | 181 Home | 182 Work |
| | | | | | | 183 Other |
| 184 | 185 ☐M ☐F | 186 ☐W ☐B | 187 ☐A ☐I | 188 | 189 Home | 190 Work |
| | | | | | | 191 Other |
| 192 | 193 ☐M ☐F | 194 ☐W ☐B | 196 ☐A ☐I | 195 | 197 Home | 198 Work |
| | | | | | | 199 Other |

| 200 Witness #1 SSN | 201 Witness #2 SSN | 202 Witness #3 SSN |
|---|---|---|

**NARRATIVE**

| 203 |
|---|
| |

☐ Continued on Supplement

| 204 Continued on Supplement ■ Yes ☐ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes ■ No | Warrant # | |
|---|---|---|---|---|---|---|

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

| 210 | |
|---|---|
| | Signature |

| DOMESTIC VIOLENCE DUAL ARREST ☐ | | **ALABAMA UNIFORM ARREST REPORT** | | Fingerprinted ■ Yes ☐ No | R84 Completed ■ Yes ☐ No |
|---|---|---|---|---|---|
| | | | | OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION | |

**IDENTIFICATION**

| 1 ORI # AL0140000 | 2 Agency Name Chilton County Sheriff's Office | | | | | 3 Case # 202102108 | | | | 4 SFX 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| 5 Last, First, Middle Name SCOTT, JESSICA JAY | | | | | | | 6 Alias AKA TOWNLEY, JESSICA JAY ; EUBANKS, JESSICA JAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| 7 Sex ☐ M ■ F | 8 Race ■ W ☐ B | 9 Ethnicity ☐ Hispanic ■ Non-Hispanic ☐ Other | | 10 Hgt 5' 09" | 11 Wgt 229 | 12 Eye BLU | 13 Hair RED | 14 Skin FAR | 16 Tattoo-Left-Breast-"BITCH";Tattoo-Right-Breast-"CRAZY";Tattoo-Left 15 ☐ Scars ☐ Marks ■ Tattoos ☐ Amputations | |

| 16 Place of Birth (City, County, State) clanton, Chilton, AL | | | | 17 SSN -0448 | | | 18 Date of Birth 1980 | 19 Age 40 | 20 Miscellaneous ID # |
|---|---|---|---|---|---|---|---|---|---|

| 21 SID # | 22 Fingerprint Class Henry Class NCIC Class | | Key | Major | Primary | SCDV | Sub-Secondary | Final | 23 DL # 9363459 | 24 St AL |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 FBI # | | | | | | | | | 25 Identification Comments | |

| 27 ■ Resident ☐ Non-Resident | 26 Home Address (Street, City, State, Zip) 5723 COUNTY ROAD 53, CLANTON, AL 35045 | | | 29 Residence Phone (205) 299-2133 | 30 Occupation (Be Specific) UNEMPLOYED | |
|---|---|---|---|---|---|---|

| 31 Employer (Name of Company/School) | 32 Business Address (Street, City, State, Zip) | 33 Business Phone |
|---|---|---|

**ARREST**

| 34 Location of Arrest (Street, City, State, Zip) 5723 CR53, Clanton, AL 35045 | | 35 Sector # South | 36 Arrested for your Jurisdiction? ☐ In State ☐ Out of State Agency | ■ Yes ☐ No | |
|---|---|---|---|---|---|

| 37 Condition of Arrestee: ☐ Drunk ☐ Drinking | ■ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ■ No | 39 Injuries? ☐ Officer | ■ None ☐ Arrestee | 40 Armed? ☐ Yes ■ No | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun | ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|---|---|---|

| 42 Time of Arrest 07/30/2021 22:00 | 43 Time of Arrest ☐ AM ■ MIL ☐ PM | 44 Day of Arrest ☐ S ☐ M ☐ T ☐ W ☐ T ☐ F ■ S | 45 Type of Arrest? ■ On-View Arrest ☐ Summoned/Cited | ☐ Taken Into Custody | 46 Arrested Before? ■ Yes ☐ No ☐ Unknown | | |
|---|---|---|---|---|---|---|---|

| 47 Charge - 1 ■ Fel ☐ Misd Torture/Willful Abuse of Child | | 48 UCR Code 1318 | | 49 Charge - 2 ■ Fel ☐ Misd Torture/Willful Abuse of Child | | 50 UCR Code 1318 |
|---|---|---|---|---|---|---|

| 51 State Code/Local Ordinance 26-15-3 | 52 Warrant # | 53 Date Issued | 54 State Code/Local Ordinance 26-15-3 | 55 Warrant # | 56 Date Issued |
|---|---|---|---|---|---|

| 57 Charge - 3 ■ Fel ☐ Misd Torture/Willful Abuse of Child | | 58 UCR Code 1318 | | 59 Charge - 4 ☐ Fel ☐ Misd | | 60 UCR Code |
|---|---|---|---|---|---|---|

| 61 State Code/Local Ordinance 26-15-3 | 62 Warrant # | 63 Date Issued | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued |
|---|---|---|---|---|---|

| 67 Arrest Disposition ■ Held ☐ Bail ☐ Released | ☐ Tot-LE ☐ Other | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) | |
|---|---|---|---|---|
| | | | 70 Arrested with (2) Accomplice (Full Name) | |

**VEHICLE**

| 71 YYR | 72 VMA | 73 VMO | 74 VST | 75 VCO Top Bottom | | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|

| 79 VIN | | | | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # | |
|---|---|---|---|---|---|---|

| 82 Other Evidence Seized/Property Seized | |
|---|---|

**JUVENILE**

| 83 Juvenile Disposition: | ☐ Handled and Released ☐ Ref. to Adult Court | ☐ Ref. to Juvenile Court ☐ Ref. to Other Police Agency | ☐ Ref. to Welfare Agency | 84 Released To | | |
|---|---|---|---|---|---|---|
| 85 Parent or Guardian (Last, First, Middle, Name) | | | 86 Address (Street, City, State, Zip) | | | 87 Phone |
| 88 Parents Employer | | 89 Occupation | 90 Address (Street, City, State, Zip) | | | 91 Phone |

**RELEASED**

| 92 Date and Time of Release | ☐ AM ■ MIL ☐ PM | 93 Releasing Officer Name | | 94 Agency/Division | | 95 ID# |
|---|---|---|---|---|---|---|
| 96 Released To | | 97 Agency/Division | | 98 Agency Address | | |
| 99 Personal Property Released to Arrestee ☐ Yes ☐ No ☐ Partial | | 100 Property Not Released/Held At: | | | 101 Property # | |
| 102 Remarks (Note Any Injuries at Time of Release) | | | | | | |

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer | | Local Use | | State Use |
|---|---|---|---|---|---|

| MULTIPLE CASES CLOSED | 105 Case # | | 106 SFX | 107 Case # | | 108 SFX | 109 Case # | | 110 SFX | |
|---|---|---|---|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) Assistant Chief Deputy Michae | 113 ID # 1597 | 114 Assisting Officer (Last, First, M.) | 115 ID # | 116 Supervisor Sergeant Warren Gar ID # 6806 | 117 Watch Cmdr. Captain Kenneth W. |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 118 Date And Time of Arrest 07/30/2021  22:00 | ☐ AM  ☒ MIL ☐ PM | 119 Case # 202102108 | 120 SFX 1 |
|---|---|---|---|---|

Page # 2

SEE I/O

**NARRATIVE**

**NARRATIVE**

**NARRATIVE**

TYPE OR PRINT IN BLACK INK ONLY

000011

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 110 Date And Time of Arrest 07/30/2021   22:00 | ☐ AM  ☑ MIL ☐ PM | 119 Case # 202102108 | | 130 9FX 2 |
|---|---|---|---|---|---|
| | | | | Page # 2 | |

SEE I/O

TYPE OR PRINT IN BLACK INK ONLY

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 3 DATE AND TIME THIS REPORT<br>M   D   Y<br>07/30/2021   19:30   ☐ AM  ☐ Mid.<br>☒ PM | 4 CASE #<br>202102108 | 5 OFX |
| --- | --- | --- | --- |

TIME. THE FECES IN THE DAPERS WAS DARK AND DRIED. THERE WAS NO BED, NO BEDDING, NO MATTRESS, NO PALLET, NO BLANKET, RUG OR ANY OTHER BARRIER FOR THE CHILDREN TO LAY ON OTHER THAN THE SOILED FLOOR. THERE WAS NO VISIBLE FOOD OR DRINK IN THE ROOM. IT APPEARED THAT THE CHILDREN WERE KEPT LOCKED IN THAT ROOM AND NO ALLOWED INTO THE OTHER PARTS OF THE HOME. THERE WAS NO AIR CONDITIONER OR FAN TO CIRCULATE AIR INSIDE THE ROOM. THE RESIDENCE APPEARED TO BE COOLED BY WINDOW AIR CONDITION UNITS. IN CONTRAST, THE OFFENDER'S BEDROOM HAD A WINDOW AIR CONDITIONER, WAS CONSIDERABLY COOLER THAN THE CHILDRENS BEDROOM, AND HAD A MADE BED WITH BLANKETS AND PILLOWS. THE CLOSET CONTAINED CLOTHERS HUNG UP IN AN ORDERLY FASHION. THE CLOSET IN THE CHILDREN'S ROOM CONTAINED NOTHING. PHOTOS WERE TAKEN AND ARE ATTACHED TO THIS REPORT.

WHEN R/D EXITED THE R/D, JOHN EUBANKS OFFERED, WITHOUT BEING QUESTIONED THAT HE HAD TAKEN THE BEDS AND EVERYTHING OUT OF THE CHILDREN'S ROOM APPROXIMATELY A WEEK PRIOR BECAUSE THE CHILDREN WERE TURNING THE BEDS OVER. THE CHILDREN ARE TWO AND THREE YEARS OLD. BOTH OFFENDER'S ALLEGED THAT THE FECES WAS NOT SMEARED ON THE WINDOWS AND ALL THE SOILED DIAPERS WERE NOT IN THE ROOM WHEN THEY WERE AT HOME EARLIER. BOTH ATTEMPTED TO SHIFT BLAME TO THE TEENAGE SON, WHO BY THEIR ON ADMISSION IS AUTISTIC, FOR ALLOWING EVERYTHING TO HAPPEN IN THEIR ABSENCE.

R/D THEN WENT AND SAT IN MY VEHICLE AND CALLED THE REPORTING WITNESS, ERIC STEWART. STEWART STATED THAT HE WAS AN EMPLOYEE OF AT&T AND THAT HE HAD BEEN AT THE RESIDENCE AROUND NOON ON A SERVICE CALL. STEWART STATED THAT HE DID NOT CALL AND REPORT THE CONDITIONS THAT THE CHILDREN WERE IN IMMEDIATELY BECAUSE IT IS AT&T COMPANY POLICY TO RESPECT THE PRIVACY OF THE CUSTOMER'S HOMES. HOWERVER, STEWART STATED THAT HE BELIEVED THAT THE CHILDREN WERE IN DANGER AND CONTACTED HIS SUPERVISOR, WHO ADVISED HIM TO CONTACT LAW ENFORCEMENT. STEWART DESCRIBED THE ENVIRONMENT THAT HE OBSERVED TO BE JUST AS DEPUTIES HAD FOUND IT. STEWART DESCRIBED (3) THREE PEOPLE BEING AT THE RESIDENCE AT THE TIME OF HIS SERVICE CALL. THOSE DESCRIPTIONS MATCHED THE OFFENDERS AND THE TEENAGE SON, TRAVIS CAPPS.

R/D THEN CONTACTED CHIEF ASSISTANT DISTRICT ATTORNEY C.J. ROBINSON AND PRESENTED THE ABOVE FACTS. MR. ROBINSON AGREED THAT PROBABLE CASUE EXISTED FOR A CRIMINAL CHARGE OF CHILD ABUSE BASED ON THE "WILLFULLY MALTREAT" CLAUSE IN THE CODE SECTION. BOTH OFFENDERS WERE PLACED UNDER ARREST FOR (3) THREE COUNTS OF WILLFUL ABUSE OF A CHILD UNDER 18. BOTH WERE TRANSPORTED TO THE COUNTY JAIL AND PROCESSED. THE (3) THREE CHILDREN WERE REMOVED FROM THE HOME BY MRS. HAMILTON FROM DHR.

ON 09/07/2021 R/D SPOKE WITH THE REPORTING WITNESS, ERIC CHASE STEWART. MR. STEWART WAS SHOWN PHOTOGRAPHS OF BOTH OFFENDER'S AND ASKED IF HE RECOGNIZED THEM. MR. STEWART IDENTIFIED BOTH OFFENDERS AS BEING PRESENT DURING THE SERVICE CALL WHEN THE CONDITIONS WERE THE SAME OR SUBSTANTIALLY THE SAME AS WHEN DEPUTIES ARRIVED. ThIS IS IN CONTRADICTION TO THE OFFENDERS' STATEMENTS THAT THE CONDITIONS IN THE CHILDREN'S ROOM HAD MANIFESTED WHILE THEY WERE AWAY FROM THE RESIDENCE AND LEFT THE (3) THREE TODDLER AGE CHILDREN IN THE CARD OF AN AUTISTIC TEENAGE BOY.

TYPE OR PRINT IN BLACK INK ONLY

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| 1 ORI # | 2 Date of Report | 3 Time of Report | 4 Type Report | INCIDENT OFFENSE SUPPLEMENT | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|---|
| AL0140000 | 07/30/2021 | 19:30 | ☐AM ☐PM ☑MIL | | | 202102108 | 3 |

**8 Agency Name**
Chilton County Sheriff's Office

**9 Sector** South

| 10 Type of Incident or Offense | ☑ Felony ☐ Misdemeanor ☐ Attempted ☑ Completed | 11 Degree (Circle) 1 2 **3** 4 | 12 UCR Code 1318 | 13 State Code/Local Ordinance 26-15-3 |
|---|---|---|---|---|
| Torture/Willful Abuse of Child | | | | |
| 14 Type of Incident or Offense | ☐ Felony ☐ Misdemeanor ☐ Attempted ☐ Completed | 15 Degree (Circle) 1 2 3 4 | 16 UCR Code | 17 State Code/Local Ordinance |

**18 Place of Occurrence**    ☑ Check here if event occurred at victim's residence

Victim Demographics (Where victim is an individual)

| 19 Sex | 20 Race | 21 Ethnicity | 22 Multiple Victims | 23 Age |
|---|---|---|---|---|
| ☑ M ☐ F | ☑ W ☐ A ☐ B ☐ I | ☐ Hispanic ☑ Other Non-Hispanic | ☑ | 03 |

If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

**24 Offender Suspected of Using**
☐ Alcohol    ☐ Drugs    ☑ N/A
☐ Computer Equipment

**25 Gang**
☐ Juvenile Gang
☐ Other Gang
☑ None/Unknown

**26 Hate Bias Code** ☐ Yes ☑ No  **27 Bias Code** 88

### EVENT

| 29 Point of Entry | 30 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type (Circle) |
|---|---|---|---|---|---|
| ☐ Door ☐ Roof ☐ Window ☐ Other | ☐ Force ☑ No Force | | 1 Natural ② Moon 3 Artificial Exterior 4 Artificial Interior 5 Unknown | ① Clear 2 Cloudy 3 Rain 4 Fog 5 Snow 6 Hail 7 Unknown | 20 - Residence/Home |
| **35 Occurred from MM/DD/YY** 07/30/2021 | **36 Time of Event** 19:30 ☐AM ☐PM ☑MIL | **37 Day of Week** S M T W T ⑥ S 1 2 3 4 5 ⑥ 7 | | | |
| **38 Occurred to MM/DD/YY** 07/30/2021 | **39 Time of Event** 22:30 ☐AM ☐PM ☑MIL | **40 Day of Week** S M T W T ⑥ S 1 2 3 4 5 ⑥ 7 | **41 # Premises Entered** (Burglary) | | |

| 42 Type Criminal Activity | | 43 Victim Type | ① Individual B Business L LEOKA | I Financial (Bank) G Government O Other | R Religious Org B Society U Unknown |
|---|---|---|---|---|---|

### PROPERTY

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc) | 48 Dollar Value Stolen | Damaged | 49 Recovered Date | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ Continued on Supplement

**Loss Code**
(Enter letter in loss code column)

1 None
2 Burned
3 Counterfeited/Forged
4 Destroyed/Damaged
5 Recovered
6 Seized
7 Stolen
8 Unknown

**Property Code (Enter # in property type column)**

### VEHICLES

| 50 Stolen | ☐ Area Stolen | ☐ Residence | 51 Ownership | ☐ Tag Receipt | ☐ Title | 52 Veh Categories | ☐ Recovered | ☐ Victim's Vehicle | ☐ Abandoned |
|---|---|---|---|---|---|---|---|---|---|
| Vehicle Only | ☐ Business | ☐ Rural | verified by. | ☐ Bill of Sale | ☐ Other | ☐ Stolen | ☐ Suspect's Vehicle | ☐ Unauthorized Use | |
| 53 Vehicle Year | 54 Vehicle Make | | 55 Vehicle Model | | 56 Number Veh Stolen | 57 Vehicle Description | | | |

| 58 Vehicle Style | 59 Vehicle Color Top | Bottom | | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|---|---|
| 64 Vehicle VIN Number | | | | 65 Warrant Signed ☐ Yes ☐ No | Warrant Number | | |

Motor Vehicle Recovery Only
Required For 24/XX UCR Code

**66 Stolen in your jurisdiction?** ☐ Yes ☐ No   Where?

**67 Recovered in your jurisdiction?** ☐ Yes ☐ No   Where?

| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

### ADMINISTRATION

**74 Case Status**
1 Pending
2 Inactive
③ Closed

75 Multiple Cases Closed Listed Above ☐
Multiple Cases Closed Listed On Supplement ☐

76 Entered NCIC/ACJIC ☐ Yes ☑ No
Date (MM/DD/YY)

**77 Case Disposition**
1 Cleared By Arrest (Juvenile)
② Cleared By Arrest (Adult)
3 Unfounded
4 Exceptional Clearance
5 Administratively Cleared

**78 Exceptional Clearance (Circle One)**
A Death of Offender
B Prosecution Declined
C In Custody of Other Jurisdiction
D Victim Refused to Cooperate
E Juvenile (No Custody)
Ⓝ Not Applicable (not cleared exceptionally)

| 79 Reporting Officer | Deputy Samuel B. Davenport | 5489 |
|---|---|---|
| | | Officer ID Number |
| 80 Assisting Officer | Deputy Jeffery P. Brown | 5778 |
| | | Officer ID Number |
| 61 Supervisor Approval | Sergeant Warren Garris | 6806 |
| | | Officer ID Number |
| 62 Watch Commander | Captain Kenneth W. Harmon | 4890 |
| | | Officer ID Number |

NCIC/AIN #:

ACJIC - 11-09

**DOMESTIC VIOLENCE DUAL ARREST** ☐

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R84 Completed |
|---|---|
| ■ Yes | ■ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | | 3 Case # | 4 SFX |
|---|---|---|---|---|
| AL0140000 | Chilton County Sheriff's Office | | 202102108 | 2 |

| 5 Last, First, Middle Name | 6 Alias AKA |
|---|---|
| EUBANKS Jr, JOHN BURTON | |

| 7 Sex | 8 Race | 9 Ethnicity | 10 Hgt | 11 Wgt | 12 Eye | 13 Hair | 14 Skin | 15 | 19 Miscellaneous ID # |
|---|---|---|---|---|---|---|---|---|---|
| ■ M ☐ F | ☐ W ☐ B ☐ A ☐ I | ☐ Hispanic ■ Non-Hispanic ☐ Other | 6' 02" | 255 | GRN | GRY | FAR | ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | |

| 16 Place of Birth (City, County, State) | 17 SSN | 18 Date of Birth | 19 Age |
|---|---|---|---|
| | -6818 | /1972 | 49 |

| 21 SID# | 22 Fingerprint Class | | | | | | | 23 DL # | | 24 St |
|---|---|---|---|---|---|---|---|---|---|---|
| | Key | Major | Primary | SCDV | Sub-Secondary | Final | | | AL. |
| 25 FBI # | Henry Class | | | | | | | 26 Identification Comments | | |
| | NCIC Class | | | | | | | | | |

| 27 ■ Resident ☐ Non-Resident | 28 Home Address (Street, City, State, Zip) | 29 Residence Phone | 30 Occupation (Be Specific) |
|---|---|---|---|
| | 5723 COUNTY ROAD 53, CLANTON, AL 35045 | (205) 299-1429 | |

| 31 Employer (Name of Company/School) | 32 Business Address (Street, City, State, Zip) | 33 Business Phone |
|---|---|---|
| | | |

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) | 36 Sector # | 35 Arrested for your Jurisdiction? | |
|---|---|---|---|
| 5723 CR 53, Clanton, AL 35045 | South | ☐ In State ☐ Out of State Agency | ■ Yes ☐ No |

| 37 Condition of Arrestee: | ☐ Drunk ☐ Drinking | ■ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ■ No | 39 Injuries? ☐ Officer | ■ None ☐ Arrestee | 40 Armed? ☐ Yes ■ No | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun | ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|---|---|---|---|

| 42 Date of Arrest | 43 Time of Arrest | 44 Day of Arrest | 45 Type of Arrest? | 46 Arrested Before? | |
|---|---|---|---|---|---|
| 07/30/2021 | 22:00 ☐ AM ■ MIL ☐ PM | ☐ S ☐ M ☐ T ☐ W ☐ T ☐ F ☐ S | ☐ On-View Arrest ☐ Summoned/Cited | ☐ Taken Into Custody | ☐ Yes ☐ No ■ Unknown |

| 47 Charge - 1 ■ Fel ☐ Misd | 48 UCR Code | 49 Charge - 2 ■ Fel ☐ Misd | 50 UCR Code |
|---|---|---|---|
| Torture/Willful Abuse of Child | 1318 | Torture/Willful Abuse of Child | 1318 |

| 51 State Code/Local Ordinance | 52 Warrant # | 53 Date Issued | 54 State Code/Local Ordinance | 55 Warrant # | 56 Date Issued |
|---|---|---|---|---|---|
| 26-15-3 | | | 26-15-3 | | |

| 57 Charge - 3 ■ Fel ☐ Misd | 58 UCR Code | 59 Charge - 4 ☐ Fel ☐ Misd | 60 UCR Code |
|---|---|---|---|
| Torture/Willful Abuse of Child | 1318 | | |

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued |
|---|---|---|---|---|---|
| 26-15-3 | | | | | |

| 67 Arrest Disposition | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| ■ Held ☐ Tot-LE ☐ Bail ☐ Other ☐ Released | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO | Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 79 VIN | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # |
|---|---|---|
| | | |

| 82 Other Evidence Seized/Property Seized |
|---|
| |

## JUVENILE

| 83 Juvenile Disposition: ☐ Handled and Released ☐ Ref. to Adult Court | ☐ Ref. to Juvenile Court ☐ Ref. to Other Police Agency | ☐ Ref. to Welfare Agency | 84 Released To | |
|---|---|---|---|---|
| 85 Parent or Guardian (Last, First, Middle, Name) | | 86 Address (Street, City, State, Zip) | | 87 Phone |
| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | | 91 Phone |

## RELEASED

| 92 Date and Time of Release | ☐ AM ■ MIL ☐ PM | 93 Releasing Officer Name | 94 Agency/Division | 95 ID# |
|---|---|---|---|---|
| 96 Released To | | 97 Agency/Division | 98 Agency Address | |
| 99 Personal Property Released to Arrestee ☐ Yes ☐ No ☐ Partial | | 100 Property Not Released/Held At: | 101 Property # | |

| 102 Remarks (Note Any Injuries at Time of Release) |
|---|
| |

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer | Local Use | State Use |
|---|---|---|---|
| | | | |

| MULTIPLE CASES CLOSED | 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 MULTI-CASES/CLOSED CONTINUATION ☐ Yes ■ No |
|---|---|---|---|---|---|---|---|
| 112 Arresting Officer (Last, First, M.) | 113 ID # | 114 Assisting Officer (Last, First, M.) | 115 ID # | 116 Supervisor | 117 Watch Cmdr. | |
| Assistant Chief Deputy Michae | 1597 | | | Sergeant Warren Gar ID # 6806 | Captain Kenneth W. ID # 4890 | |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC -08-06