

Exhibit 6 – Improper Inclusion in ISP Proceedings (Granddaughter's Case)

Summary & Key Findings

This exhibit documents how DHR worker Mallory :     /Ratliff improperly listed Jessica in an ISP meeting for a child she was NOT a party to. This violates DHR policy, confidentiality laws, and due process.

Key Findings:

- Jessica was not a legal party to the case.

- Mallory listed her as present/participating anyway.

- This constitutes a false official record.

- Violates confidentiality laws and DHR procedures.

- Demonstrates record manipulation and bad faith.

Section 1 – What the ISP Documentation Shows

The ISP includes Jessica's name despite her having no standing in the case. She received no notice, made no appearance, and did not sign anything.

Key Points:

- Name appears where it should not.

- No legal basis for involvement.

- Misuse of personal information.

- Breach of confidentiality.

Section 2 – Policy & Legal Violations

DHR Policy Violations:

- Only legal parties may be listed on ISP documents.

- Workers must ensure accuracy and confidentiality.

Legal Implications:

- Breach of confidentiality (Ala. Code § 12-15-133).

- Procedural Due Process violations.
- Falsification of official documents.
- Potential federal privacy violations.

Section 3 – Pattern of Misconduct Evidence

This exhibit supports ongoing misconduct patterns:

- Contradictory ISPs
- Omission of criminal acquittal
- Premature adoption efforts
- Boilerplate shelter orders
- Misleading incident report

Section 4 – Harm & Impact

- Your name is attached to a case you were not part of.
- Courts may assume involvement or fault.
- Records are contaminated.
- Shows negligence or intentional manipulation.

Exhibit Attachments Placeholder

(Attach the ISP pages behind this page.)

Certification Page

I, Jessica Jay Scott, certify the attached ISP documents in Exhibit 6 are true and accurate copies and that I was not a party to the case.

Signature: *Jessica Jay Scott*
Printed Name: Jessica Jay SCOTT
Date: 11/24/2025

# INDIVIDUALIZED SERVICE PLAN

DHR OFFICE

COUNTY: Chilton   CASE NAME: Jessica Scott   CASE #: 28,931

DATE OF ISP MEETING: 9/26/25

(CHECK ONE) TYPE OF ISP: INITIAL ___  30 DAY ___  6 MONTH X   OTHER ___ only

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process or any future ISP processes may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| Person Invited, Address and Phone Number* | Relationship* (To family or agency affiliation) | Invitation Date & Method* | Absentee Form Attached Y/N | Signature and Date Signed (Represents persons attending) | Date ISP Distributed |
|---|---|---|---|---|---|
| Mallory.Ratliffe@DHR.Alabama.Gov Mallory Ratliff 205-258-4944 | DHR Worker | — | N | Mallory Ratliff | 9/26/25 |
| Robert Bowers | DHR atty | email 9/25/25 | " | | |
| Ali Patterson | GAL | " | " | [signature] | " |
| Dale Waid | Father's atty | " | " | Dale Waid | " |
| Kelsie Barrett | CASA | phone 9/25/25 | " | | |
| Travis Capps | Father | " | " | [signature] | " |
| Lindsey Barton | Foster Parent | " | " | | |

ALL OF THE ABOVE SIGNED AGREE THEY PARTICIPATED IN THE DEVELOPMENT OF THIS INDIVIDUALIZED SERVICE PLAN
*To be completed by worker prior to ISP Meeting.

Next court date: 12/15/25 @ 8:30 & 12/16/25 @ 1:30

1

CASE: FOSTER CARE __X__   CPS _____

## PERMANENCY GOAL AND CONCURRENT PLANNING GOALS ARE:
( Select appropriate goals from shaded areas. )

**FOSTER CARE**

- RETURN TO PARENT
- PERMANENT RELATIVE PLACEMENT (WITH TRANSFER OF CUSTODY TO THE RELATIVE)
- PERMANENT RELATIVE PLACEMENT WITH DHR RETAINING CUSTODY
- ADOPTION BY CURRENT FOSTER PARENT
- ADOPTION WITH NO IDENTIFIED RESOURCE
- APPLA*
- ADULT CUSTODIAL CARE
- KINSHIP GUARDIANSHIP

*ANOTHER PLANNED PERMANENT LIVING ARRANGEMENT, COURT APPROVED

**CPS**

- REMAIN WITH PARENT
- REMAIN WITH RELATIVE/ CARETAKER
- RETURN TO PARENT
- RETURN TO RELATIVE/ CARETAKER

| Child(ren) Name and DOB | DHR Custody? Y/N | Date of Custody | Safety Plan? Y/N If Y, Give Date & Attach | Permanency Goal | Concurrent Goal |
|---|---|---|---|---|---|
| T_ P_ I_ 19? | Y | 7/30/21 | N | Adoption by current FP | ANIR |

2

TO ACHIEVE THE GOALS THE FOLLOWING PLAN IS DEVELOPED

| Parent/Caregivers* Agree to: | Target Date for Completion | DHR Agrees to: | Target Date For Completion |
|---|---|---|---|
| 1. T_____ will remain in the home of LFP's Mr. Dustin & Ms. Lindsey Barton. They will continue to meet all physical, medical, emotional, & educational needs are met. | | 1. DHR will make monthly child contact & ensure T_____ maintains FC medicaid | |
| 2. Visitation between Mr. Capps & T_____ will remain 4 hrs monthly, supervised by Haven Services. Time & Location TBD. | | 2. DHR will provide payment for 4 units of supervised visitation to Haven Services monthly. | |
| 3. T_____ will continue to recieve needed services through school, outside agencies, & extra curricular activities. | | 3. DHR will provide payment for after school care & extra curricular activities as they begin. | |
| 4. Mr. Capps will submit to random drug screens upon DHR or the courts request. | | 4. DHR will provide payment for drug screens requested by DHR or the court. | |
| 5. Per psychological, Travis will continue counseling @ TWG, participate in Team One services w/ Ms. Shian King & Parenting | | 5. DHR will provide payment for weekly counseling @ TWG. | |
| 6. Classes w/ Carenet. | | 6. | |
| 7. | | 7. TWG 272 Wellness Center Dr. Clanton - 205-280-7733 • Haven - 205-245-7641 | |
| 8. | | 8. • Care net - 5 Village Square Clanton 205-755-6767 • CRO - 215 6th St N Clanton - 205-280-1030 | |
| 9. | | 9. | |

*Specify "who", if not parent & if parent, which parent.

3

| | Others (*Identify*) Agree to: | Target Date For Completion |
|---|---|---|
| 1. | _[signature]_ | |
| 2. | | |
| 3. | parent Signed here | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

Additional pages attached to this ISP? Y / ~~N~~

If yes, state what they are: _____

(Example: Absentee ISP form, safety plan, additional sign in sheet, crisis plan, visitation plan, etc.)

---

**Documents Provided to Parents with an Explanation of Their Meaning:**

8/13/21 Civil Rights Pamphlet           8/13/21 Rights of Parents and Children

8/13/21 Freedom of Choice Verification (*Medicaid Recipients Only*)    8/13/21 Parents of Children In Foster Care (FC cases only)

_____ Other ( _____ )
              Name of Document

---

**NOTICE TO PARENTS:** This plan may be offered to the court as a reflection of the agreement between the parties. You should contact your attorney to provide a copy of this agreement and review this agreement with your attorney. This agreement may be presented at the next court hearing.

See above
_____          _____          _____
Parent / Caregiver                                  Parent / Caregiver                                  

_____          _____          _[signature]_
Parent / Caregiver                                  Parent / Caregiver                                  DHR Worker

4