IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSICA JAY SCOTT, et al.,            )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )        CASE NO. 2:25-cv-928-RAH-KFP
                                      )
CHILTON COUNTY DEPARTMENT             )
OF HUMAN RESOURCES, et al.,           )
                                      )
        Defendants.                   )

## ORDER

It is ORDERED that the above-styled action is REFERRED to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this the 26th day of November 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE