RECEIVED
2025 DEC -1 A 11: 02
[ST]RANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Jessica Jay Scott
AND
John Burton Eubanks Jr

vs.

Chilton County Department of Human Resources, ET AL,

CIVIL ACTION 2:25-cv-00928-RAH-KFP

**DECLARATION OF THE PRO SE PARTY**
**to Participate in the Pro Se Assistance Program**

*Please read and complete the declaration that follows:*

I, John Burton Eubanks Jr, am the pro se plaintiff in this case and I request assistance through the Pro Se Assistance Program. I understand and declare as follows under penalty of perjury under the laws of the State of Alabama:

*(Please insert your initials after reading each question)*

1. **REPRESENTATION.** I am not represented by an attorney and no attorney currently appears for me in this case.
   J.B.E. (Initials)

2. **INFORMATION.** I have read and considered the materials provided about the Pro Se Assistance Program.
   J.B.E. (Initials)

3. **LIMITED ASSISTANCE.** I understand that the only assistance that the Pro Se Assistance Program Director and Coordinators may offer is to assist me with preparation for filing a complaint or amended complaint, and, in some circumstances, with mediation of my case;
   J.B.E. (Initials)

a. I understand that the Pro Se Assistance Program Director and Coordinators will provide no legal service of any kind in this case, without prior written authorization by the Court to do so (e.g., under the Court Annexed Mediation);

\_\_BE\_\_ (Initials)

b. I acknowledge that the Pro Se Assistance Program Director and Coordinators' responsibility to help educate me about the process of filing a complaint or amended complaint will not involve any control of the case;

\_\_BE\_\_ (Initials)

c. I understand that the Director and Coordinators assist the pro se litigant with preparing and drafting initial filing papers. I understand that the Director and Coordinators will not provide additional assistance, including assistance with legal research, investigation, discovery, negotiations, or other matters beyond the initial filings. The Director and Coordinators will not appear in Court on behalf of the pro se litigant.

\_\_BE\_\_ (Initials)

4. **NO CONTRACT.** I understand and agree that I have no contractual relationship with the Pro Se Assistance Program Director and Coordinators for legal or other services. I will enter no contract with the Director or Coordinators or the Special Mediation Counsel during the duration of this case.

\_\_BE\_\_ (Initials)

5. **EVALUATION.** I agree to participate in the evaluation of the Pro Se Assistance Program, and I further agree that any person authorized by the Court may, for purposes of evaluation: (1) attend meetings with the Pro Se Assistance Program Director and Coordinators; and (2) attend Court proceedings concerning the case. I further agree that the Pro Se Assistance Program Director and Coordinators may respond to any inquiries about the case from any such person authorized by the Court to evaluate the Program.

\_\_BE\_\_ (Initials)

6. **PRO SE STATUS.** I acknowledge that I continue to provide my own representation in this case, and that the Director and Coordinator will assist with the preparation and drafting of initial filing papers, and that the Special

Mediation Counsel, if appointed, will only educate and assist me with preparation of, participation in, and follow-up to Court Annexed Mediation.

\_\_BE\_\_ (Initials)

7. **CONCLUSION.** I confirm and acknowledge that I have carefully considered the terms of the assistance provided by the Pro Se Assistance Program and its Director and Coordinators, including Court Annexed Mediation, as set forth above and in the Pro Se Assistance Program pamphlet, and acknowledge that by signing this Declaration, I understand that the role of the Pro Se Assistance Program Director and Coordinators is only to provide education and assistance with the preparation and filing of a complaint or amended complaint and that the Pro Se Assistance Program Director and Coordinators are not my lawyers and do not represent me in this or any other matter.

\_\_BE\_\_ (Initials)

Dated: 12/1/2025

Signature: *[signed] John Burton Eubanks Jr.*

Print Name: John Burton Eubanks Jr.

File this completed Declaration sheet with the Clerk of Court at One Church Street, Montgomery, AL 36104, within 14 days from the date of receipt if you wish to be considered for the Pro Se Assistance Program. This Declaration will be provided to the Director and Coordinators of the Pro Se Assistance Program.