UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Pro Se Assistance Program

RECEIVED
2025 DEC -1  A 11: 02
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jessica Jay Scott
AND
John Burton Eubanks Jr
vs.
Chilton County Department of Human Resources, ET AL,

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION    2:25-cv-00928-RAH-KFP

**INFORMATION OF THE PRO SE PARTY**
**For Participation in the Pro Se Assistance Program**

Please read and complete the information that follows:

I, Jessica Jay Scott, am the *pro se* plaintiff in this case and I understand that I can voluntarily participate in the Pro Se Assistance Program subject to approval by the Court or its designee. By submitting this form to the Clerk of Court, I am asking to participate in the program and requesting that someone with the program contact me using the following information:

FULL NAME: Jessica Jay Scott

ANY OTHER NAMES KNOWN BY: 

ADDRESS: 2520 Tanner Drive
Prattville AL, 36067

PHONE NUMBER(S): 205-245-2960

| | |
|---|---|
| OTHER NUMBERS AT WHICH YOU MAY BE REACHED AND TO WHOM THEY BELONG: | JOHN EUBANKS JR<br>205-245-3129 |
| PLACE OF EMPLOYMENT: | NONE |
| EMPLOYMENT ADDRESS: | N/a |
| HOURS YOU WORK: | N/a |
| CAN YOU BE CONTACTED AT WORK? | ____ YES  ____ NO |
| EMAIL ADDRESS (if any): | familyandfreedom@yahoo.com |

I understand that my participation in the Pro Se Assistance Program is subject to approval by the Court or its designee, and that such participation, or the program itself, may be terminated at any time in the Court's discretion.

Signature: *Jessica Jay Scott*

Date: 12/1/2025

Return this completed Information sheet to the Clerk of Court at One Church Street, Montgomery, AL 36104, within 14 days from the date of receipt if you wish to be considered for the Pro Se Assistance Program. This Information Sheet will be provided to the Director and Coordinators of the Pro Se Assistance Program.