UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2025 DEC -1  A 11: 04

**Civil Rights Complaint Under 42 U.S.C. § 1983**

Jessica Jay Scott

John Burton Eubanks, Jr.

Plaintiffs

v.

Chilton County Department of Human Resources

Mallory Ratliff

Dayla Hamilton

Ali Patterson, Guardian ad Litem (Official Capacity Only)

Chilton County Sheriff's Department

Deputy Davenport

Investigator Shane Mayfield

Hon. Christopher G. Speaks

Defendants

Civil Action No.: 225cv928

# UNITED STATES DISTRICT COURT
# ALABAMA MIDDLE DISTRICT
# DIVISION

JESSICA JAY SCOTT
AND
JOHN BURTON EUBANKS JR
**Plaintiff(s)**

Case No. 2:25cv928

v.

CHILTON COUNTY DEPARTMENT OF
HUMAN RESOURCES, ET AL,
**Defendant(s)**

## NOTICE OF FILING EXHIBIT TO COMPLAINT

Comes now, JESSICA JAY SCOTT AND JOHN BURTON EUBANKS JR

[✓] Plaintiff(s)   [ ] Defendant(s), who hereby is filing Exhibit(s) 9-15 to Complaint.

Signature: Jessica Jay Scott      12/1/2025

Printed Name: JESSICA JAY SCOTT

Address: 2520 TANNER DRIVE
PRATTVILLE, AL 36067