# EXHIBIT 12

# 2021 COURT RECORD & DUE PROCESS VIOLATIONS

**Child: J.    M    E**

# I. EXHIBIT OVERVIEW

This exhibit contains a narrative summary of the 2021 court activity, filings, and due-process issues

involving the minor child, J     . M.    . E·      (DOB:      '2018), in Juvenile Case No. JU-2021-000107.01,

from July 30, 2021 through December 31, 2021. It is intended to accompany and explain the underlying

summonses, petitions, affidavits, notices, shelter care orders, amended orders, and adjudication orders

issued by the Chilton County Juvenile Court and the Chilton County Department of Human Resources (DHR).

# II. EXECUTIVE SUMMARY OF 2021 DUE PROCESS VIOLATIONS

Between July 30, 2021 and December 31, 2021, the parents, including plaintiff Jessica Jay Scott, were

subjected to repeated violations of their constitutional and statutory rights in the case of J      M:

E·      These violations include, but are not limited to:

1. A combined 72-hour shelter care hearing was held on August 2, 2021 for all four children, including

J      . and his siblings, even though Jessica Scott was never served with any petition or summons

regarding her granddaughter, T.    P·     . Despite this lack of service, the court proceeded as if she

had been notified in all matters.

2. The Shelter Care Hearing for J⋮    ⋮ was conducted without meaningful advisement of the right to counsel

and without timely appointment of counsel, despite the seriousness of the allegations and the permanent

consequences of removal.

3. The court repeatedly delayed adjudication of dependency beyond the timelines required by Alabama

law, while continuing to leave J⋮    in DHR custody, contrary to Ala. Code § 12-15-308 and related

juvenile procedure requirements.

4. DHR was effectively granted full discretion over visitation, placement, and travel decisions for J⋮

through the use of Individualized Service Plans (ISPs), instead of the court itself making independent,

on-the-record determinations. This amounted to an unlawful delegation of judicial authority.

5. Visitation rights for the parents were terminated or restricted without a proper evidentiary hearing,

without clear and convincing evidence of harm, and without written findings to support such a drastic

deprivation, in violation of due process and the standards set forth in Santosky v. Kramer.

6. Court orders stated that parents "agreed" to certain conditions, waivers, or the termination of

visitation when, in fact, no such knowing, voluntary, and informed agreement was made by Jessica Scott.

No written agreement was executed, and no valid waiver appears in the record.

7. Multiple orders, including amended and review orders, were entered after hearings where no evidence

was presented on key issues such as reasonable efforts and visitation, or were entered without clear

notice of the issues to be decided.

8. The parents' procedural safeguards, including timely hearings, the right to notice, the right to be

heard, and the right to meaningful participation in J        case, were repeatedly denied.

Taken together, these actions form a pattern of systemic due-process violations under the Fourteenth

Amendment, as well as violations of Alabama's juvenile statutes and court rules.

# III. TIMELINE OF KEY 2021 EVENTS INVOLVING J        M        E

July 30, 2021 — All four children, including J        were removed from the home by DHR. Plaintiff

Jessica Scott received no service or paperwork regarding her granddaughter, T

despite being her legal custodian pursuant to a prior court order.

August 2, 2021 — Summonses were issued to Jessica Scott and John Eubanks in the case of J

M    E        A Petition for Custody was prepared and filed by DHR counsel.

A Shelter Care Hearing was conducted the same day for J        and his siblings.

Counsel was not formally appointed in advance, and parents were not given adequate

time or opportunity to review the allegations.

August 3, 2021 — A written Shelter Care Order was entered by Judge Christopher G. Speaks, placing

temporary custody of J        with DHR. The order included boilerplate language about

reasonable efforts being "not required due to emergency," without specific factual

findings explaining the emergency or why removal was the least restrictive means.

August–October 2021 — No adjudicatory hearing was held on the merits of the dependency allegations

for J        despite statutory requirements that adjudication occur promptly.

DHR continued to exercise custody and control based on the initial shelter

order and ISPs.

October 25, 2021 — An ISP was prepared listing weekly supervised visitation for one hour as the

visitation plan for the parents and J

November 17, 2021 — A Motion to Show Cause was filed on behalf of the parents due to DHR's

termination of visitation without explanation or supporting court order. The

court set the motion for hearing.

November 23, 2021 — A hearing was held on the Motion to Show Cause. An amended order was later

entered which continued custody with DHR and failed to remedy the unlawful

termination of visitation. The order did not contain clear factual findings.

November 30, 2021 — The amended order was filed, reflecting that DHR would continue to have

discretion and that no meaningful adjudication had yet occurred.

December 15, 2021 — A hearing identified as an adjudicatory/dispositional hearing was held.

The resulting order terminated all visitation between the parents and J

"unless changed by a future ISP." The order states that the parties waived

any issue concerning adjudication not being determined in a timely manner,

despite there being no valid, informed waiver by plaintiff Jessica Scott.

December 16, 2021 — The December 15 order was filed, and a future review hearing date was set

into 2022, extending DHR custody without proper adjudication and without

restoring visitation.

# IV. DOCUMENT INDEX (REFERENCED FOR 2021)

The following underlying documents are referenced by this Exhibit 12 summary and are intended to be

attached or filed in conjunction with this narrative:

1. Summons to Jessica Jay Scott in the matter of J       M.     E:      ., dated August 2, 2021.

2. Summons to John Burton Eubanks in the matter of J·       M;     E:      . dated August 2, 2021.

3. DHR Petition for Custody for J        A;     E:      ; (Case No. JU-2021-000107.01).

4. Custody Affidavit and supporting statements filed by DHR.

5. Intake Officer's Endorsement (JU-6A or equivalent) dated August 2, 2021.

6. Shelter Care Order entered on or about August 3, 2021, placing J       . in DHR custody.

7. E-notice confirmations reflecting filing dates of orders in November and December 2021.

8. Motion to Show Cause filed by or on behalf of the parents in November 2021 concerning termination of visitation.

9. Court order setting the Motion to Show Cause for hearing (approximately November 17, 2021).

10. Amended Order entered on or about November 30, 2021, following the Motion to Show Cause.

11. Order entered following the December 15, 2021 hearing, terminating visitation and reciting that the parties waived any issue about adjudication timeliness.

# V. CONCLUSION

Exhibit 12 is submitted to show that, throughout 2021, the handling of J.       M:
E       . juvenile

case in Chilton County was marked by unlawful delay of adjudication, improper delegation of judicial

authority to DHR, termination of visitation without due process, and repeated failures to honor the

procedural and constitutional rights of his parents, including plaintiff Jessica Jay Scott. These

actions form part of the basis for plaintiffs' claims under 42 U.S.C. § 1983, the Fourteenth Amendment

Due Process Clause, and applicable Alabama juvenile statutes and court rules.

DOCUMENT 2

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000107.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:    E'    J.    A CHILD

NOTICE TO: SCOTT JESSICA
5665 CO RD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

____ YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE:    08/02/2021
TIME:    01:00 PM
LOCATION:  COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL   35045

____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                    GLENN MCGRIFF
------------------------------    ------------------------------
DATE                          CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

_Jessica Scott_____   _8-2-21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD; (ORIGINAL) PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

_Megan Burett_____
SERVER

(08/02/2021)  CRB

DOCUMENT 3

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000107.01

==================================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E     J.     , A CHILD

NOTICE TO: EUBANKS ~~JAMES~~ John
5665 CO RD 53
CLANTON, AL  35045-0000

==================================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE:       08/02/2021
TIME:       01:00 PM
LOCATION:   COURTROOM #2- 3RD FLOOR
            CHILTON COUNTY COURTHOUSE
            500 2ND AVENUE NORTH
            CLANTON, AL  35045

A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021           ISSUED BY: GLENN MCGRIFF
==================================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
==================================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                              GLENN MCGRIFF
-----------------------------          -----------------------------------
DATE                                   CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
___John  Eubanks_____   8-2-21_____
NAME AND DATE OF SERVICE

-----------------------------------------------------------------------------
12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)   PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)   OTHER: (COPY)

_____
SERVER

(08/02/2021)   CRB

DOCUMENT 4

ELECTRONICALLY FILED
8/3/2021 11:19 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:  THE MATTER OF

J.    M    E
A CHILD,
D/O/B:        '2018

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021- 107.01

## SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing,

on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and

there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire; the Chilton County

Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton,

represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr.,

Esquire;  the mother, Ms. Jessica Scott; and the father, John Burton Eubanks, Jr.  The Court having

considered all the relevant and material evidence presented, and upon consideration of same, the Court

finds as follows:

1.    That the mother and father were advised of their right to counsel.

2.    That the mother and father were advised that the child was alleged to be dependent,
and both denied the allegations.

3.    That the mother and father stated that the child was not of Indian descent.

4.    That in accordance with Public Law 96-272, as amended by Public Law 105-89, and

Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home

would be contrary to the welfare of the child because the mother and father are  incarcerated on Willful

Child Abuse charges  and they are not able to care for the child, at this time.

5.    That the child has no parent, guardian, custodian, or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

6.      That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the

immediate temporary removal of the child.

7.      The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature

of the allegations in the Petition, that release of the child would present a serious threat of substantial

harm to the child and the child has no parent, guardian, custodian or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, as follows:**

1.      A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves

the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision,

pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.      That the temporary custody of said child shall be transferred to Chilton County DHR,

with the Department having discretion in planning and placement.

3.      That visitation shall be pursuant to ISP.

4.      That services provided by DHR shall be pursuant to ISP.

5.      That the mother and father shall cooperate fully with DHR and any and all agencies

providing services at the discretion of DHR.

DOCUMENT 4

6.      That the mother and father shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.      That the mother and father shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.      That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.      That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.     That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.     That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.     That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of

December, 2021, at 9:00 a.m.

DONE AND ORDERED this the ___3rd___ day of August, 2021.

*Chris Speaks*

JUVENILE JUDGE

DOCUMENT 19

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000107.01

===========================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E     J.     A CHILD

NOTICE TO: EUBANKS ~~JAMES~~ John
           5665 CO RD 53
           CLANTON, AL  35045-0000

===========================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

    X) YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
       ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

                   DATE:     08/02/2021
                   TIME:     01:00 PM
               LOCATION:     COURTROOM #2- 3RD FLOOR
                             CHILTON COUNTY COURTHOUSE
                             500 2ND AVENUE NORTH
                             CLANTON, AL  35045

    ____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
         FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
         AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF
===========================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
===========================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                         GLENN MCGRIFF
---------------------------        ------------------------------------
DATE                               CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

___John  Eubanks_____  8-2-21_____
NAME AND DATE OF SERVICE

----------------------------------------------------------------------
12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)  PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                                   _____
                                   SERVER

(08/02/2021)  CRB

DOCUMENT 2

**JUV302**

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

**JU 2021 000107.01**

================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E   .  J   .   A CHILD

NOTICE TO:  SCOTT JESSICA
            5665 CO RD 53
            CLANTON, AL  35045-0000

================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

    YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
    ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

                    DATE:    08/02/2021
                    TIME:    01:00 PM
                LOCATION:    COURTROOM #2- 3RD FLOOR
                             CHILTON COUNTY COURTHOUSE
                             500 2ND AVENUE NORTH
                             CLANTON, AL  35045

    A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
    FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
    AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF
================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                          GLENN MCGRIFF
-------------------------------     -------------------------------
DATE                                CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
                                              8-2-21
   Jessica  Scott
-------------------------------     -------------------------------
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)  PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                                    _____
                                    SERVER

(08/02/2021)  CRB

DOCUMENT 1



| IN RE: | THE MATTER OF: | IN THE JUVENILE COURT OF |
|---|---|---|
| J      M      E | | CHILTON COUNTY, ALABAMA |
| A CHILD | | |
| D/O/B    .18 | | CASE NO. 2021- _101 . 0_ |

## PETITION FOR CUSTODY

**COMES NOW** your Petitioner, Chilton County Department of Human Resources, by and through their representative and would show unto Your Honor as follows:

1. That the Mother of said child is Jessica Scott, whose last known address is ███████ ███████ Clanton, AL ██████

2. That the Father of said child is James Martin Eubanks, whose address is 5665 Co. Rd. 53, Clanton, AL 35045.

3. That the toddler was in the care of a sixteen (16) year old. Child was found naked with twenty-two (22) dirty diapers laying in the floor of his room, there was nothing else in the room but the toddler, his siblings and dirty diapers. The room was pad locked, and the officer estimated that it was about 100 degrees in the room, the only room in the home that was not air-conditioned. There were roaches in the room along with feces and urine everywhere, the window of the room had feces smeared on it. There were no toys in the room nor any beds for the child and siblings to sleep on. The parents (when they arrived home) said that everything was taken from the room because the child and siblings would throw everything at each other, the walls, and the windows. The officers put diapers on the toddler themselves and had the sixteen (16) year old give him food and drink

I, Glenn McGill, Clerk of the Circuit Court of Chilton County, Alabama, do hereby certify that the within and foregoing is a true and correct copy, of _____ _____ in Case No. ___ 21- 107 dated this ___ the ___ 16 ___ day of ___ SEPT ___, 20 21

_____ Clerk of Court

and it appeared that the child had not had food nor drink in a while.

4. That your Petitioner would aver that the child is dependent and in need of the protection of the State of Alabama in that there is no parent or relative available or willing to assume the care, custody and control of said minor child.

5. That reasonable efforts have not been made, and continuation in the home would be contrary to the welfare of the child, and removal from the home is in the best interest of the child, because of the deplorable living conditions of the child, and the physical condition of the child. The parents were taken to jail due to three (3) counts of Willful Abuse of a child. The sixteen (16) year old was left at the home with his step grandmother, Ms. Angela Cleckler.

6. That there is no need for a Pick-Up Order at this time, because said child was placed in foster care.

**WHEREFORE, PREMISES CONSIDERED,** your Petitioner prays that your Honor will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975, grant the temporary care, custody and control of said minor child to your Petitioner and that this Court will set this matter for Hearing, and further prays for such other, further and different relief to which they may be entitled.

BY: _____

**PETITIONER**
**REPRESENTATIVE OF CHILTON**
**COUNTY DEPARTMENT OF**
**HUMAN RESOURCES**

SWORN TO AND SUBSCRIBED before me, on this the ____ day of August, 2021.

**NOTARY PUBLIC**

**BOWERS & BOWERS, ATTORNEYS**

BY: _____

**ROBERT L. BOWERS, JR.**
**ATTORNEY FOR DHR**
**401 SECOND AVENUE NORTH**
**CLANTON, AL 35045**
**PHONE: (205) 755-7428**
**FAX: (205) 280-0684**
**rbowersjr@bellsouth.net**

IN RE:    THE MATTER OF:                    IN THE JUVENILE COURT OF

J.    M.    E.                             CHILTON COUNTY, ALABAMA
A CHILD
D/O/B    '18                               CASE NO. 2021-_____

## CUSTODY AFFIDAVIT

COMES NOW the Petitioner, Chilton County Department of Human Resources pursuant to Section 30-3B-209, Code of Alabama, 1975, and files this Custody Affidavit and states as follows:

1.  The present address of said child/children is: Jeremy and Robin Mims, foster parents, whose current address is ▮▮▮▮▮▮▮▮▮ Verbena, AL.

2.  I have not participated in any other litigation concerning said minor child/children and am not aware of any other proceeding taking place anywhere or by anyone.

3.  I know of no person not a party to the proceeding who has physical custody of said minor child/children or who claims to have custody or visitation rights with respect to the child/children.

4.  I will inform the Court of any custody proceedings which might be filed in this or any other state should this information become available during the pendency of this proceeding.

DATED this the _____ day of August, 2021.


_____
PETITIONER

**STATE OF ALABAMA**

**CHILTON COUNTY**

Personally appeared before me the undersigned authority in and for said County in said State, the above Petitioner, by and through its representative, who being by me first duly sworn, deposes and says that he/she has read the above and foregoing Custody Affidavit and that the matters and things set out therein are true and correct.

**PETITIONER**

**SWORN TO AND SUBSCRIBED** before me this the _____ day of August, 2021.

**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** 5/28/24

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>JU-6A     Rev. 10/11 | JUVENILE COURT INTAKE OFFICER'S<br>ENDORSEMENT ON A PETITION | Case Number<br>JU-107.0 |
|---|---|---|

In The Juvenile Court of _____ Chilton _____ County, Alabama.
(Name of County)

In the Matter of · J. , E , a child.

I certify that I have been duly designated an Intake Officer of the Court according to

Ala. Code 1975, § 12-15-102(11). Based on a verified complaint which was received 8/2/21

at 8/2/21 m., and as alleged, contained legally sufficient information to establish subject-matter

jurisdiction, venue and probable cause, I have determined that the filing of the petition is in the best interest

of the public and/or the child.

Date: 8/2/21 . Intake Officer's Signature: Shannon Wright

Ala. Code 1975, § 12-15-102(11); Rule 12, Ala.R.Juv.P.

DOCUMENT 11



AlaFile E-Notice

14-JU-2021-000107.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
     5723 CO RD 53
     CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          , J.
14-JU-2021-000107.01

A court action was entered in the above case on 11/17/2021 11:09:53 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         CGS

Notice Date:   11/17/2021 11:09:53 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 10

ELECTRONICALLY FILED
11/17/2021 11:09 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF                    )

                                    )
                                    )  Case No.:  JU-2021-000107.01
                                    )
E.      J.                          )
                                    )


ORDER

MOTION TO SHOW CAUSE filed by SCOTT JESSICA and EUBANKS JOHN
is hereby set for hearing November 23rd, 2021 at 8:00 a.m.


DONE this 17th day of November, 2021.


                    /s/ CHRISTOPHER G SPEAKS
                    JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

---

# NOTICE OF ELECTRONIC FILING

---

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J
14-JU-2021-000107.01

The following matter was FILED on 11/30/2021 2:54:10 PM

Notice Date:     11/30/2021 2:54:10 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 15



ELECTRONICALLY FILED
11/30/2021 2:54 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    THE MATTER OF | IN THE JUVENILE COURT OF |
| J    M    E | CHILTON COUNTY, ALABAMA |
| A CHILD | |
| D/O/B    /18 | CASE NO. JU 2021-107.01 |

## AMENDED ORDER

This matter coming on to be heard on the 23rd day of November, 2021, on the Motion to Show Cause, filed by Mr. John Burton Eubanks, Jr., and Ms. Jessica Scott, the father and mother of said child, and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the relevant and material evidence presented, the exhibits presented by DHR, which were admitted without objection, and the arguments of all parties, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.    That temporary custody of said child shall remain with DHR, with DHR having discretion in planning and placement.

2.    That DHR shall provide services pursuant to ISP.

3.    That visitation for the parents shall be pursuant to ISP.

4.    That this matter shall remain set for Adjudicatory/Dispositional Hearing on the

15th day of December, 2021, at 9:00 a.m.

**DONE AND ORDERED** this the _____30th_____ day of November, 2021.

_____
**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000107.01

Judge: CHRISTOPHER G SPEAKS

To: EUBANKS JOHN
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E'          J.
14-JU-2021-000107.01

The following matter was FILED on 12/16/2021 8:01:40 AM

Notice Date:      12/16/2021 8:01:40 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov



ELECTRONICALLY FILED
12/16/2021 8:01 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:    THE MATTER OF

J.      A.      . E.
A CHILD
D/O/B    /18

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-107.01

## ORDER

This matter coming on to be heard on the 15th day of December, 2021, for an Adjudicatory Hearing on a Petition for Custody, filed by the Chilton County Department of Human Resources (DHR), and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the agreement of all parties, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.    That temporary custody of said child shall remain with DHR, with DHR having discretion in planning and placement.

2.    That DHR shall provide services pursuant to ISP.

3.    That visitation for the parents shall be pursuant to ISP. However, the parties agree that there shall be no visitation, at this time, unless changed by a future ISP.

4.    That the parties waive any issue concerning Adjudication not being determined in a timely manner.

DOCUMENT 17

5.    That this matter shall remain set for Review Hearing on the 17ᵗʰ day of February,

2022, at 8:00 a.m.

**DONE AND ORDERED** this the ___14ᵗʰ___ day of December, 2021.


_Chris Speaks_
_____
**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000107.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF El          J,
14-JU-2021-000107.01

The following matter was FILED on 12/16/2021 8:01:40 AM

Notice Date:      12/16/2021 8:01:40 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
12/16/2021 8:01 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:      THE MATTER OF

J.     M.     E!
A CHILD
D/O/B    /18

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-107.01

## ORDER

This matter coming on to be heard on the 15ᵗʰ day of December, 2021, for an

Adjudicatory Hearing on a Petition for Custody, filed by the Chilton County Department of

Human Resources (DHR), and there being present, the child's Guardian ad Litem, Ms. Amanda

Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its

Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr.,

Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented

by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the agreement of all

parties, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.    That temporary custody of said child shall remain with DHR, with DHR having
      discretion in planning and placement.

2.    That DHR shall provide services pursuant to ISP.

3.    That visitation for the parents shall be pursuant to ISP. However, the parties agree
      that there shall be no visitation, at this time, unless changed by a future ISP.

4.    That the parties waive any issue concerning Adjudication not being determined in
      a timely manner.

DOCUMENT 17

5.     That this matter shall remain set for Review Hearing on the 17th day of February,

2022, at 8:00 a.m..

**DONE AND ORDERED** this the ___16th___ day of December, 2021.

Chris Speaks

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**