EXHIBIT 13 — SUMMARY OF 2022 COURT EVENTS

(J.      M.      E          )

This exhibit summarizes the 2022 legal actions, hearings, motions, delays, and due‑process violations

involving the child J    M    E       in Juvenile Case No. JU-2021-000107.

Key 2022 Events:

• February 17, 2022 Review Hearing — custody remained with DHR; visitation suspended unless changed by ISP.

• June 22, 2022 Permanency Hearing — TPR not appropriate; custody still not returned; reunification obstructed.

• June 28, 2022 — Parents' Motion for Return of Custody set for September instead of heard promptly.

• September 9, 2022 — Hearing continued to January 2023; GAL changed from Amanda Baxley to Ali Patterson.

• September 12, 2022 — CASA appointed without notice; granted full access to all records.

• November 15, 2022 — Motion for visitation filed; hearing set but not heard timely.

• December 6, 2022 — Judge deferred visitation decisions back to DHR/ISP; delay pushed case to 2023.

• December 7, 2022 — Bonding assessment ordered; GAL objected; assessment allowed without contact.

This summary document accompanies the full 2022 record pages you have assembled.



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E        J.
14-JU-2021-000107.01

The following matter was FILED on 2/28/2022 9:48:19 AM

Notice Date:    2/28/2022 9:48:19 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
2/28/2022 9:48 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:  THE MATTER OF | IN THE JUVENILE COURT OF |
| J. M. E. | CHILTON COUNTY, ALABAMA |
| A CHILD | |
| D/O/B  18 | CASE NO. JU 2021-107.01 |

## ORDER

This matter coming on to be heard on the 17th day of February, 2022, for a Review Hearing on a Petition for Custody, filed by the Chilton County Department of Human Resources (DHR), and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the stipulation of facts, and the Court Report, dated February 17, 2022, which was admitted without objection, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain with DHR, with DHR having discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation for the parents shall be pursuant to ISP. However, the parties agree that there shall be no visitation, at this time, unless changed by a future ISP.

4. That this matter shall remain set for Adjudication Hearing on the 21st day of June, 2022, at 8:00 a.m..

**DONE AND ORDERED** this the 28th day of February, 2022.

_____
CHRISTOPHER G. SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J
14-JU-2021-000107.01

A court action was entered in the above case on 6/28/2022 10:00:11 AM

ORDER

[Filer: ]

Disposition: OTHER
Judge: CGS

Notice Date: 6/28/2022 10:00:11 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov



ELECTRONICALLY FILED
6/28/2022 10:00 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000107.01
)
E.     J.                       )
)

### ORDER

RETURN OF CUSTODY filed by SCOTT JESSICA and EUBANKS JOHN is hereby set for hearing September 12th, 2022 at 8:30 a.m.

DONE this 28th day of June, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E            J.
14-JU-2021-000107.01

The following matter was FILED on 6/22/2022 2:59:40 PM

Notice Date:    6/22/2022 2:59:40 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
6/22/2022 2:59 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

J.       M.       E
A CHILD
D/O/B       , 2018

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-107.01

## PERMANENCY ORDER

This matter coming on to be heard on the 21st day of June, 2022, for a Permanency Hearing, on the Petition for Custody, filed by Chilton Co. DHR., and there being present, the child, represented by his Guardian ad Litem, Ms. Amanda Baxley, Esquire; Chilton County Department of Human Resources (DHR), by and through its' representatives, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire; the mother, Ms. Jessica Scott; and the father, Mr. John Burton Eubanks, Jr. The Court having considered the stipulation of facts, all the relevant and material evidence presented, and upon consideration of same, the Court finds as follows:

1. That the efforts made by the Department, following the placement of the above named child into foster care were reasonable to finalize the Permanency Plan of Return to Parent, with a concurrent plan of Relative Placement with transfer of custody to the relative. The Department has been working with this child since August, 2021, and has continued to provide services for said child.

2. That it will not be safe to return the child home because the mother and father are not allowed to visit with the child, at this time.

3. That Termination of Parental Rights is not in the best interest of the child due to the fact that DHR is currently working with the parents and the parents continue to make progress.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:**

1. That said child shall remain in the temporary custody of the Chilton Co. Department of Human Resources, with the Department having discretion in planning and placement.

2. That DHR shall continue to provide services for said child.

3. That this matter shall be set for review on the 12th day of September, 2022, at 8:30 a.m.

DONE AND ORDERED, this the 22nd day of June, 2022.

*Chris Speaks*

CHRISTOPHER G. SPEAKS
JUVENILE JUDGE



# AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: EUBANKS JOHN
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

### IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J
14-JU-2021-000107.01

A court action was entered in the above case on 9/9/2022 1:39:09 PM

ORDER
[Filer: ]

Disposition: GRANTED
Judge: CGS

Notice Date: 9/9/2022 1:39:09 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
9/9/2022 1:39 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000107.01
)
E    J. )
)

### ORDER

MOTION TO CONTINUE filed by E   J   is hereby GRANTED. Case continued to January 23rd, 2023 at 8:30 a.m. for disposition. Case set for status review December 6th, 2022 at 8:00 a.m. Due to her taking the Circuit Bench, Hon. Amanda Baxley is withdrawn as GAL and Hon. Ali Patterson is appointed as GAL for the minor child.

DONE this 9th day of September, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: EUBANKS JOHN
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E........ J.
14-JU-2021-000107.01

The following matter was FILED on 9/12/2022 8:16:55 AM

Notice Date:    9/12/2022 8:16:55 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 66

ELECTRONICALLY FILED
9/12/2022 8:16 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY

IN THE MATTER OF )
)
) Case No.: JU-2021-000107.01
)
E          J.           )
)
)

## ORDER APPOINTING CASA

CASA (Court-Appointed Special Advocate) is hereby appointed to represent the best interests of the above-named child/children for the Juvenile Court of this county. The CASA worker appointed to this case is to investigate all circumstances surrounding the welfare of the child/children and report such circumstances to the Court.

CASA volunteers are professionally trained to help the Court better understand the circumstances of the children the CASA volunteer supervises as well as generally aid the children themselves. They are trained volunteers who represent the practical, non-legal interests of the child(ren). As such, CASA's must adhere to the same standards of confidentiality as other court staff. It is unlawful for any person entrusted with information from the case or court record to disclose information contained in them except to the Court or other parties to the case.

Pursuant to this order, the appointed CASA is authorized to review records of all information pertaining to the above-named case, child-children, and the parents/guardians of the child/children, including but not limited to medical records, psychological evaluations, social services reports, educational records, employment history, living conditions, personal habits or associations, and any other data pertinent to the matter before the Court, whether that information be oral or written.

DHR shall provide access for the review of specific records, including CA/N reports, Court Reports, Court orders, ISP's to the CASA. Furthermore, DHR may allow the CASA to receive and exchange other pertinent case information with the assigned DHR Social Worker, his/her supervisor, and/or DHR attorneys. In the event there is third party or other information that the CASA feels they need but that they do not have access to, they should feel free to request such information from the party holding those records or the Court.

Parties providing requested information to the appointed CASA shall be aware that Court-appointed Special Advocates a bound by laws of confidentiality and are sworn by the Court to uphold such confidentiality, releasing information ONLY to the Court or parties to the case as and directed by the Court.

The CASA and the Social Workers on the case should attempt to exchange information and provide any Court Reports to each other as far in advance of Court as possible. Furthermore, as the Guardian ad Litem is charged with advocating for the legal interests of

the children, the CASA should regularly communicate any concerns and recommendations to the GAL as well.

DONE this 12th day of September, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J
14-JU-2021-000107.01

A court action was entered in the above case on 11/15/2022 2:56:15 PM

ORDER
[Filer: ]

Disposition:   OTHER
Judge:         CGS

Notice Date:   11/15/2022 2:56:15 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
11/15/2022 2:56 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF )
)
)
) Case No.: JU-2021-000107.01
)
E      J )
)

## ORDER

MOTION FOR VISITATION/CUSTODIAL TIME filed by SCOTT JESSICA is hereby set for hearing 12-06-22 at 8:00 a.m.

DONE this 15th day of November, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



# AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

## NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E    J.
14-JU-2021-000107.01

The following matter was FILED on 12/6/2022 8:33:34 AM

Notice Date:    12/6/2022 8:33:34 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov



ELECTRONICALLY FILED
12/6/2022 8:33 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF )
)
)
) Case No.: JU-2021-000107.01
)
E       J )
)
)

## ORDER

Case called this date on Motion for Visitation filed by Parents and Motion for Court Ordered Transcript to be provided for parents. On argument presented, Visitation to remain pursuant to ISP. DHR to pay for transcript of Criminal Case to be provided to parents. Hon. Josh Inman is withdrawn as attorney for Travis Capps and Hon. James Fancher appointed. Case remains set for January 23rd, 2023 at 8:30 a.m., but parents advised transcript request may delay said proceedings. Parents wished to continue with request.

**DONE this 6th day of December, 2022.**

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

## NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J
14-JU-2021-000107.01

The following matter was FILED on 12/7/2022 1:35:22 PM

Notice Date:    12/7/2022 1:35:22 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 78

ELECTRONICALLY FILED
12/7/2022 1:35 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUN[TY]

IN THE MATTER OF )
)
) Case No.:   JU-2021-000107.01
)
E[...]   J[...] )
)
)

## ORDER FOR BONDING ASSESSMENT

    Status Conference was held on the subject of the Bonding Assessments the Court ordered. The Guardian ad Litem objected to the assessment due to the written reports of contact with the parties in the past causing the children's behavior to deteriorate. Upon contact with the Bonding Expert, the Court was advised that the assessment could be done without contact between the child and the parent.

    Upon the findings at the Status Fonference the Court hereby orders a bonding assessment. This case is set on February 23, 2023 at 8:30 a.m.

DONE this 7th day of December, 2022.

                                                    /s/ **CHRISTOPHER G SPEAKS**
                                                    **JUVENILE JUDGE**