# EXHIBIT 14

# 2023 COURT RECORD SUMMARY

Minor Child: J.M.E.

This exhibit summarizes the 2023 legal actions, hearings, motions, delays, and due-process violations

involving the minor child J.M.E. in Juvenile Case No. JU-2021-000107.

Key 2023 Events:

• January 4, 2023 — Amended Order for Bonding Assessment entered. GAL objected, bonding to occur

with no parental contact. Hearing set for January 23, 2023.

• January 17, 2023 — DHR filed a Motion to Continue. Judge granted it immediately. Continued to

March 20, 2023.

• February 28, 2023 — Another Motion to Continue granted for DHR. Case pushed to August 22, 2023.

• March 13, 2023 — Permanency Hearing set for June 15, 2023. Disposition scheduled for August 22, 2023.

• June 15, 2023 — Permanency Order entered. Court claimed parental non-compliance, despite no visits

being allowed. Court acknowledged TPR not appropriate due to no adjudication.

• July 7, 2023 — Judge granted DHR's Motion to Reconsider. Reversed prior ruling requiring DHR to pay

for transcripts and ordered parents to pay instead. Significant due-process violation.

This summary accompanies the full set of 2023 documents you have collected.

DOCUMENT 81



AlaFile E-Notice

14-JU-2021-000107.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E       J,
14-JU-2021-000107.01

The following matter was FILED on 1/4/2023 1:50:23 PM

Notice Date:     1/4/2023 1:50:23 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
1/4/2023 1:50 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF  )
)
) Case No.: JU-2021-000107.01
)
E'       J.       )
)

## AMENDED ORDER

Status Conference was held on the subject of the Bonding Assessments the Court ordered. The Guardian ad Litem objected to the assessment due to the written reports of contact with the parties in the past causing the children's behavior to deteriorate. Upon contact with the Bonding Expert, the Court was advised that the assessment could be done without contact between the child and the parent. Upon the findings at the Status Conference the Court hereby orders a bonding assessment. **This case is set on January 23, 2023 at 8:30 a.m.**

DONE this 4th day of January, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J.
14-JU-2021-000107.01

A court action was entered in the above case on 1/17/2023 1:36:37 PM

ORDER
[Filer: ]

Disposition:  GRANTED
Judge:        CGS

Notice Date:  1/17/2023 1:36:37 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 88

ELECTRONICALLY FILED
1/17/2023 1:36 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| | ) Case No.: JU-2021-000107.01 |
| | ) |
| E____ J____ | ) |
| | ) |

ORDER

MOTION TO CONTINUE filed by DHR is hereby GRANTED. Continued to March 20th, 2023 at 9:00 a.m.

DONE this 17th day of January, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E            J
14-JU-2021-000107.01

A court action was entered in the above case on 2/28/2023 9:48:36 AM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         CGS

Notice Date:   2/28/2023 9:48:36 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
2/28/2023 9:48 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

# IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000107.01
)
E        J. )
)

## ORDER

MOTION TO CONTINUE filed by DHR is hereby GRANTED. Case continued to August 22nd, 2023 at 8:30 a.m.

DONE this 28th day of February, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J.
14-JU-2021-000107.01

A court action was entered in the above case on 3/13/2023 1:48:46 PM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         CGS

Notice Date:   3/13/2023 1:48:46 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
3/13/2023 1:48 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

### IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| | ) Case No.: JU-2021-000107.01 |
| | ) |
| E    J. | ) |
| | ) |

### ORDER

MOTION TO SET FOR PERMANENCY HEARING filed by DHR is hereby GRANTED. Case set for permanency review 06-15-23 at 8:30 a.m. Remains set for Disposition August 22nd, 2023 at 8:30 a.m.

DONE this 13th day of March, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE

DOCUMENT 111



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E     J
14-JU-2021-000107.01

The following matter was FILED on 6/15/2023 2:48:02 PM

Notice Date:    6/15/2023 2:48:02 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 110

ELECTRONICALLY FILED
6/15/2023 2:48 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | | |
|---|---|---|
| IN RE: | THE MATTER OF | IN THE JUVENILE COURT OF |
| J.___ E'' | | CHILTON COUNTY, ALABAMA |
| A CHILD | | |
| D/O/B | 18 | CASE NO. JU 2021-107.01 |

## PERMANENCY ORDER

This matter coming on to be heard on the 15th day of June, 2023, for a Permanency Hearing, and there being present, the child, represented by his Guardian ad Litem, Ms. Ali Patterson, Esquire; the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Ratliff, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, the father, Mr. John Eubanks, Jr., represented by their attorney, Mr. Albert Moore, Esquire, and the CASA Representatives, Ms. Kelsie Barrett, and Ms. Pamela Tindal. The Court having considered the Stipulation of Facts, and the relevant and material evidence presented, the Court Report and CASA Report, dated June 15, 2023, which were admitted without objection, and upon consideration of same, the Court finds as follows:

1. That the efforts made by the Department following the placement of the above named child into foster care, were reasonable to finalize the Permanency Plan of Return to Parent, and the concurrent plan of Adoption by Current Foster Placement. The Department has been working with this child since August, 2021, and has continued to provide services for said child.

2. That it would not be safe to return the child home because the parents have been non-compliant with DHR, and the child's counselor has recommended that there

3. That Termination of Parental Rights is not in the best interest of the child because there has been no adjudication of dependency at this time.

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain the Chilton County Department of Human Resources, with the Department having discrotion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation shall be pursuant to ISP.

4. That this matter shall remain set for Dispositional Hearing on the 22nd day of August, 2023, at 8:30 a.m.

**DONE AND ORDERED** this the ___15th___ day of June, 2023.

*Chris Speaks*

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E'        J.
14-JU-2021-000107.01

A court action was entered in the above case on 7/7/2023 8:23:32 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | CGS |
| Notice Date: | 7/7/2023 8:23:32 AM |

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov



ELECTRONICALLY FILED
7/7/2023 8:23 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
)
) Case No.: JU-2021-000107.01
)
E.    J.    )
)

## ORDER

MOTION TO RECONSIDER filed by DHR is hereby GRANTED. Expense of transcript to be paid by Parents.

DONE this 7th day of July, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE