# EXHIBIT 15 – 2024 COURT RECORD (J.M.E.)

## SECTION 1 – June 13, 2024 Permanency Order

The Juvenile Court held a Permanency Hearing for J.M.E. on June 13, 2024. Present were the GAL, DHR representatives, CASA, counsel, and the parents.

The Court admitted the Court Report and CASA Report and found:

1. DHR's efforts were "reasonable" to finalize a plan of Adoption by Current Foster Placement.

2. The Court stated the child could not safely return home, citing alleged parental non-compliance and a counselor's recommendation of no visitation.

3. The Court acknowledged termination of parental rights was not in the child's best interest because there had been no adjudication of dependency.

The Court ordered continued DHR custody, ISP-based services, ISP-based visitation, and set an Adjudicatory Hearing for November 7, 2024.

## SECTION 2 – August 8, 2024 Order

On August 8, 2024, the Court set a hearing regarding DHR's response to the parents' request for an additional psychological evaluation. The Court scheduled the matter for September 19, 2024 at 8:30 a.m., prioritizing DHR's objection rather than the parents' original request.

## SUMMARY

The 2024 documents confirm:

- No adjudication of dependency ever occurred.

- The Court continued issuing dispositive orders without jurisdiction.

- DHR's filings were prioritized over parental filings.

- Delays continued to obstruct reunification.

These findings support federal claims under the 14th Amendment, 42 U.S.C. §1983, and Supreme Court precedent including Santosky v. Kramer, Stanley v. Illinois, and Troxel v. Granville.

DOCUMENT 149



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E_____ J.
14-JU-2021-000107.01

The following matter was FILED on 6/13/2024 3:35:12 PM

Notice Date:    6/13/2024 3:35:12 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
6/13/2024 3:35 PM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

J. E.
A CHILD
D/O/B /18

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-107.01

## PERMANENCY ORDER

This matter coming on to be heard on the 13th day of June, 2024, for a Permanency Hearing, and there being present, the child, represented by his Guardian ad Litem, Ms. Ali Patterson, Esquire; the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Ratliff, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Eubanks, Jr., represented by their attorney, Mr. Albert Moore, Esquire, and the CASA Representatives, Ms. Kelsie Barrett, and Ms. Pamela Tindal. The Court having considered the Stipulation of Facts, and the relevant and material evidence presented, the Court Report and CASA Report, dated June 13, 2024, which were admitted without objection, and upon consideration of same, the Court finds as follows:

1. That the efforts made by the Department following the placement of the above named child into foster care, were reasonable to finalize the Permanency Plan of Adoption by Current Foster Placement, and the concurrent plan is Adoption with no Identified Resource. The Department has been working with this child since August, 2021, and has continued to provide services for said child.

2. That it would not be safe to return the child home because the parents have been non-compliant with DHR, and the child's counselor has recommended that there be no visitation between the child and the parents.

DOCUMENT 148

3. That Termination of Parental Rights is not in the best interest of the child because there has been no adjudication of dependency at this time.

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain the Chilton County Department of Human Resources, with the Department having discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation shall be pursuant to ISP.

4. That this matter shall be set for Adjudicatory Hearing on the 7th day of November, 2024, at 10:00 a.m..

**DONE AND ORDERED** this the _13th_ day of June, 2024.

_____
CHRISTOPHER G. SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000107.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E͟    ͟  ͟ J͟
14-JU-2021-000107.01

A court action was entered in the above case on 8/8/2024 8:42:49 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         CGS

Notice Date:   8/8/2024 8:42:49 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 164

ELECTRONICALLY FILED
8/8/2024 8:42 AM
14-JU-2021-000107.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000107.01
)
E      J. )
)

### ORDER

DHR RESPONSE TO PARENT'S REQUEST FOR ADDITIONAL PSYCHOLOGICAL filed by DHR is hereby set for hearing 09-19-24 at 8:30 a.m.

DONE this 8th day of August, 2024.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE