# UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT
### DIVISION

RECEIVED

Jessica Jay Scott
AND John Burton Eubanks Jr
**Plaintiff(s)**

Case No. 2:25CV928

2025 DEC -3 A 11:36

TREY GRANGER, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Chilton County Department of Human Resources, ET AL,
**Defendant(s)**

## NOTICE OF FILING EXHIBIT TO COMPLAINT

Comes now, Jessica Scott

[✓] Plaintiff(s)   [ ] Defendant(s), who hereby is filing Exhibit(s) 16-21 to Complaint.

Signature: Jessica Jay Scott        12/3/2025

Printed Name: Jessica Jay Scott

Address: 2520 Tanner Drive
Prattville, AL 36067