UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JESSICA JAY SCOTT, et al., Plaintiffs,

v.

CHILTON COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., Defendants.

EXHIBIT 16 — 2021 SUMMARY (J'     , B:         'E        . III)

This exhibit contains the complete set of documents, court orders, and agency records involving J'

B     'E        III during the year 2021, beginning with the July 30, 2021 removal and continuing

through the August 2–3 shelter-care hearings and all early DHR proceedings.

Key documented issues include: unlawful warrantless removal, lack of notice, absence of counsel,

procedural defects in the shelter-care hearings, and all early custody and DHR actions affecting J.B.E.
III.

This exhibit forms the foundational timeline of due-process violations under the 1st, 4th, 5th, and

14th Amendments and federal case law including Santosky v. Kramer, Stanley v. Illinois, Troxel v.
Granville,

and Mathews v. Eldridge.

DOCUMENT 1

IN RE:    THE MATTER OF:          IN THE JUVENILE COURT OF

J       E       III              CHILTON COUNTY, ALABAMA
A CHILD
D/O/B      /18                   CASE NO. 2021-_____

### CUSTODY AFFIDAVIT

COMES NOW the Petitioner, Chilton County Department of Human Resources pursuant to Section 30-3B-209, Code of Alabama, 1975, and files this Custody Affidavit and states as follows:

1. The present address of said child/children is: Jeremy and Robin Mims, foster parents, whose current address is 11820 Co. Rd. 24, Verbena, AL.

2. I have not participated in any other litigation concerning said minor child/children and am not aware of any other proceeding taking place anywhere or by anyone.

3. I know of no person not a party to the proceeding who has physical custody of said minor child/children or who claims to have custody or visitation rights with respect to the child/children.

4. I will inform the Court of any custody proceedings which might be filed in this or any other state should this information become available during the pendency of this proceeding.

DATED this the _2nd_ day of August, 2021.

_____
PETITIONER

DOCUMENT 1

**STATE OF ALABAMA**

**CHILTON COUNTY**

Personally appeared before me the undersigned authority in and for said County in said State, the above Petitioner, by and through its representative, who being by me first duly sworn, deposes and says that he/she has read the above and foregoing Custody Affidavit and that the matters and things set out therein are true and correct.

_____
**PETITIONER**

**SWORN TO AND SUBSCRIBED** before me this the ____ day of August, 2021.

_____
**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** 5/28/24

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>JU-6A    Rev. 10/11 | JUVENILE COURT INTAKE OFFICER'S<br>ENDORSEMENT ON A PETITION | Case Number<br>JU-2021-108.01 |

In The Juvenile Court of _____ Chilton _____ County, Alabama

In the Matter of ___ J. E. III ___ a child.

I certify that I have been duly designated an Intake Officer of the Court according to

Ala. Code 1975, § 12-15-102(11). Based on a verified complaint which was received **8/2/21**

at **8:00** m., and as alleged, contained legally sufficient information to establish subject-matter

jurisdiction, venue and probable cause, I have determined that the filing of the petition is in the best interest

of the public and/or the child.

Date: _____ 8/2/21 _____ Intake Officer's Signature: _Shannon Wright_

Ala. Code 1975, § 12-15-102(11); Rule 12, Ala.R.Juv.P.

DOCUMENT 2

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000108.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:    E█    J█    III, A CHILD

NOTICE TO: SCOTT JESSICA
5665 CO RD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

_✓_ YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE:      08/02/2021
TIME:      01:00 PM
LOCATION:  COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL  35045

_____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                          GLENN MCGRIFF
--------------------------------    --------------------------------
DATE                                CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

_Jessica Scott_____    _8-2-21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)   PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)   OTHER: (COPY)

_____
SERVER

(08/02/2021)   CRB

DOCUMENT 3

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000108.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:   E    J    III, A CHILD

NOTICE TO: EUBANKS ~~JAMES~~ John
5665 CO RD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

✗   YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
     ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

                    DATE:     08/02/2021
                    TIME:     01:00 PM
                    LOCATION: COURTROOM #2- 3RD FLOOR
                              CHILTON COUNTY COURTHOUSE
                              500 2ND AVENUE NORTH
                              CLANTON, AL  35045

_____   A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
        FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
        AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021             ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                              GLENN MCGRIFF
-------------------------------         ------------------------------
DATE                                    CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

____John Eubanks_____         _____8-2-21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)    PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                                        _____
                                        SERVER

(08/02/2021)   CRB

DOCUMENT 4

ELECTRONICALLY FILED
8/3/2021 11:21 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:  THE MATTER OF

J.          . III
A CHILD,
D/O/B:        /2018

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021- 108.01

### SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing,

on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and

there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire; the Chilton County

Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton,

represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr.,

Esquire;  the mother, Ms. Jessica Scott; and the father, John Burton Eubanks, Jr.  The Court having

considered all the relevant and material evidence presented, and upon consideration of same, the Court

finds as follows:

      1.     That the mother and father were advised of their right to counsel.

      2.     That the mother and father were advised that the child was alleged to be dependent,

           and both denied the allegations.

      3.     That the mother and father stated that the child was not of Indian descent.

      4.     That in accordance with Public Law 96-272, as amended by Public Law 105-89, and

Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home

would be contrary to the welfare of the child because the mother and father are  incarcerated on Willful

Child Abuse charges  and they are not able to care for the child, at this time.

      5.     That the child has no parent, guardian, custodian, or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

6.    That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the immediate temporary removal of the child.

7.    The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature of the allegations in the Petition, that release of the child would present a serious threat of substantial harm to the child and the child has no parent, guardian, custodian or other suitable person able or willing to provide for the child's supervision and welfare, at this time.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED,** as follows:

1.    A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision, pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.    That the temporary custody of said child shall be transferred to Chilton County DHR, with the Department having discretion in planning and placement.

3.    That visitation shall be pursuant to ISP.

4.    That services provided by DHR shall be pursuant to ISP.

5.    That the mother and father shall cooperate fully with DHR and any and all agencies providing services at the discretion of DHR.

DOCUMENT 4

6.     That the mother and father shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.     That the mother and father shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.     That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.     That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.    That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.    That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.    That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

10. That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of

December, 2021, at 9:00 a.m.

**DONE AND ORDERED** this the ___3rd___ day of August, 2021.

_Chris Speaks_
_____
JUVENILE JUDGE

DOCUMENT 4

ELECTRONICALLY FILED
8/3/2021 11:21 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF                          IN THE JUVENILE COURT OF

J.    E    . III                              CHILTON COUNTY, ALABAMA
A CHILD,
D/O/B:    /2018                               CASE NO. JU 2021- 108.01


## SHELTER CARE ORDER


This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing,

on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and

there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire; the Chilton County

Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton,

represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr.,

Esquire;  the mother, Ms. Jessica Scott; and the father, John Burton Eubanks, Jr.  The Court having

considered all the relevant and material evidence presented, and upon consideration of same, the Court

finds as follows:

      1.    That the mother and father were advised of their right to counsel.

      2.    That the mother and father were advised that the child was alleged to be dependent,

          and both denied the allegations.

      3.    That the mother and father stated that the child was not of Indian descent.

      4.    That in accordance with Public Law 96-272, as amended by Public Law 105-89, and

Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home

would be contrary to the welfare of the child because the mother and father are  incarcerated on Willful

Child Abuse charges  and they are not able to care for the child, at this time.

      5.    That the child has no parent, guardian, custodian, or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

DOCUMENT 4

6.    That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the

immediate temporary removal of the child.

7.    The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature

of the allegations in the Petition, that release of the child would present a serious threat of substantial

harm to the child and the child has no parent, guardian, custodian or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED,** as follows:

1.    A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves

the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision,

pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.    That the temporary custody of said child shall be transferred to Chilton County DHR,

with the Department having discretion in planning and placement.

3.    That visitation shall be pursuant to ISP.

4.    That services provided by DHR shall be pursuant to ISP.

5.    That the mother and father shall cooperate fully with DHR and any and all agencies

providing services at the discretion of DHR.

DOCUMENT 4

6.      That the mother and father shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.      That the mother and father shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.      That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.      That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.     That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.     That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations. or treatment for the child or parents.

12.     That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

DOCUMENT 4

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of

December, 2021, at 9:00 a.m.

DONE AND ORDERED this the ___3rd___ day of August, 2021.


_Chris Speaks_
_____

JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
     5723 CO RD 53
     CLANTON, AL, 35045

## NOTICE OF COURT ACTION

### IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J          III
14-JU-2021-000108.01

A court action was entered in the above case on 11/17/2021 11:10:31 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           CGS

Notice Date:     11/17/2021 11:10:31 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 9

ELECTRONICALLY FILED
11/17/2021 11:10 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF                     )

                                     )
                                     ) Case No.: JU-2021-000108.01
                                     )
E⸱ ⸱⸱⸱ J⸱ III                        )
                                     )


--- ORDER ---

MOTION TO SHOW CAUSE filed by SCOTT JESSICA and EUBANKS JOHN
is hereby set for hearing November 23rd, 2021 at 8:00 a.m.

DONE this 17th day of November, 2021.

                    /s/ CHRISTOPHER G SPEAKS
                    JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E'          J          III
14-JU-2021-000108.01

The following matter was FILED on 11/30/2021 2:55:44 PM

Notice Date:      11/30/2021 2:55:44 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 13


ELECTRONICALLY FILED
11/30/2021 2:55 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    **THE MATTER OF** | **IN THE JUVENILE COURT OF** |
| J⸱  E⸱    , III<br>**A CHILD** | **CHILTON COUNTY, ALABAMA** |
| **D/O/B**   /18 | **CASE NO. JU 2021-108.01** |

## AMENDED ORDER

This matter coming on to be heard on the 23rd day of November, 2021, on the Motion to

Show Cause, filed by Mr. John Burton Eubanks, Jr., and Ms. Jessica Scott, the father and mother

of said child, and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley,

Esquire, the Chilton County Department of Human Resources, (DHR) by and through its

Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr.,

Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented

by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the relevant and

material evidence presented, the exhibits presented by DHR, which were admitted without

objection, and the arguments of all parties, and upon consideration of same,


It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**


1.    That said temporary custody of said child shall remain with DHR, with DHR

having discretion in planning and placement.

2.    That DHR shall provide services pursuant to ISP.

3.    That visitation for the parents shall be pursuant to ISP.

DOCUMENT 13

4.    That this matter shall remain set for Adjudicatory/Dispositional Hearing on the

15ᵗʰ day of December, 2021, at 9:00 a.m.

**DONE AND ORDERED** this the _____30ᵗʰ_____ day of November, 2021.


_Chris Speaks_
_____
**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

### IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E'        , J(      III
14-JU-2021-000108.01

The following matter was FILED on 12/16/2021 8:02:53 AM

Notice Date:        12/16/2021 8:02:53 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov



ELECTRONICALLY FILED
12/16/2021 8:02 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    **THE MATTER OF** | **IN THE JUVENILE COURT OF** |
| J‌  ‌ E‌     ‌ , III<br>**A CHILD**<br>**D/O/B**    18 | **CHILTON COUNTY, ALABAMA**<br><br>**CASE NO. JU 2021-108.01** |

## ORDER

This matter coming on to be heard on the 15th day of December, 2021, for an Adjudicatory Hearing on a Petition for Custody, filed by the Chilton County Department of Human Resources (DHR), and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the agreement of all parties, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain with DHR, with DHR having discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation for the parents shall be pursuant to ISP. However, the parties agree that there shall be no visitation, at this time, unless changed by a future ISP.

4. That the parties waive any issue concerning Adjudication not being determined in a timely manner.

5.    That this matter shall remain set for Review Hearing on the 17th day of February,

2022, at 8:00 a.m.

**DONE AND ORDERED** this the ___/6th___ day of December, 2021.


_Chris Speaks_
**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**