UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JESSICA JAY SCOTT, et al., Plaintiffs,

v.

CHILTON COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., Defendants.

EXHIBIT 17 — 2022 SUMMARY (J    B'     E     ; III)

This exhibit contains all filings, court orders, motions, and agency actions involving J    B

E       ill during the calendar year 2022. The documents in this exhibit establish a clear and

ongoing pattern of constitutional violations, procedural delays, and intentional obstruction by the

Chilton County Department of Human Resources (DHR), the Guardian ad Litem, and the Juvenile Court.

Key issues documented in this exhibit include:

1. Repeated continuances initiated by DHR, all granted without judicial scrutiny.

2. Denial and obstruction of visitation despite the absence of any adjudication of dependency.

3. GAL interference, including objections to bonding assessments contradicted by expert review.

4. Court-ordered bonding assessments demonstrating attempts to prevent evidence favorable to the parents.

5. Improper attempts by DHR to shift financial burdens onto the parents, including transcript costs

the Court had initially ordered DHR to pay.

6. Systemic delays in adjudication, resulting in year-long extensions without evidentiary hearings.

These actions collectively demonstrate violations of the parents' Fourteenth Amendment rights, a lack of

reasonable efforts toward reunification as required by federal law, and a pattern of collusion and bias

within the dependency proceedings. The materials in this exhibit directly support Plaintiffs' claims under

42 U.S.C. § 1983 for deprivation of constitutional rights.

This summary accompanies the complete chronological set of 2022 documents for J.B.E. III.



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E_____ J.
14-JU-2021-000108.01

The following matter was FILED on 2/28/2022 9:52:38 AM

Notice Date:    2/28/2022 9:52:38 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
2/28/2022 9:52 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    THE MATTER OF | IN THE JUVENILE COURT OF |
| J\_\_\_ E\_\_\_, III, <br> A CHILD | CHILTON COUNTY, ALABAMA |
| D/O/B \_\_\_ /18 | CASE NO. JU 2021-108.01 |

## ORDER

This matter coming on to be heard on the 17ᵗʰ day of February, 2022, for a Review Hearing on a Petition for Custody, filed by the Chilton County Department of Human Resources (DHR), and there being present, the child's Guardian ad Litem, Ms. Amanda Baxley, Esquire, the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Burton Eubanks, Jr., represented by their attorney, Ms. Alex V. Sallas, Esquire. The Court having considered the stipulation of facts, and the Court Report, dated February 17, 2022, which was admitted without objection, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain with DHR, with DHR having discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation for the parents shall be pursuant to ISP. However, the parties agree

4. That this matter shall remain set for Adjudication Hearing on the 21st day of June, 2022, at 8:00 a.m.

DONE AND ORDERED this the ___28th___ day of February, 2022.

*Chris Speaks*
CHRISTOPHER G. SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

## NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E      ; J      III
14-JU-2021-000108.01

The following matter was FILED on 6/22/2022 2:58:19 PM

Notice Date:    6/22/2022 2:58:19 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
6/22/2022 2:58 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

J⸺ E⸺ III
A CHILD
D/O/B ⸺/2018

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-108.01

## PERMANENCY ORDER

This matter coming on to be heard on the 21st day of June, 2022, for a Permanency Hearing, on the Petition for Custody, filed by Chilton Co. DHR,, and there being present, the child, represented by his Guardian ad Litem, Ms. Amanda Baxley, Esquire; Chilton County Department of Human Resources (DHR), by and through its' representatives, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire; the mother, Ms. Jessica Scott; and the father, Mr. John Burton Eubanks, Jr. The Court having considered the stipulation of facts, all the relevant and material evidence presented, and upon consideration of same, the Court finds as follows:

1. That the efforts made by the Department, following the placement of the above named child into foster care were reasonable to finalize the Permanency Plan of Return to Parent, with a concurrent plan of Relative Placement with transfer of custody to the relative. The Department has been working with this child since August, 2021, and has continued to provide services for said child.

2. That it will not be safe to return the child home because the mother and father are not allowed to visit with the child, at this time.

3. That Termination of Parental Rights is not in the best interest of the child due to the fact that DHR is currently working with the parents and the parents continue to make progress.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** as follows:

1. That said child shall remain in the temporary custody of the Chilton Co. Department of Human Resources, with the Department having discretion in planning and placement.

2. That DHR shall continue to provide services for said child.

3. That this matter shall be set for review on the 12th day of September, 2022, at 8:30 a.m.

DONE AND ORDERED, this the 22nd day of June, 2022.

*Chris Speaks*

CHRISTOPHER G. SPEAKS
JUVENILE JUDGE

DOCUMENT 45



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J      III
14-JU-2021-000108.01

A court action was entered in the above case on 6/28/2022 10:00:44 AM

ORDER

[Filer: ]

Disposition: OTHER
Judge: CGS
Notice Date: 6/28/2022 10:00:44 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
6/28/2022 10:00 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

# IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF            )
                            )
                            ) Case No.: JU-2021-000108.01
                            )
E   , J   III       )
                            )

## ORDER

RETURN OF CUSTODY filed by SCOTT JESSICA and EUBANKS JOHN is hereby set for hearing September 12th, 2022 at 8:30 a.m.

DONE this 28th day of June, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE

DOCUMENT 62



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E........ J....... III
14-JU-2021-000108.01

A court action was entered in the above case on 9/9/2022 1:40:55 PM

ORDER
[Filer: ]

Disposition:   GRANTED
Judge:         CGS

Notice Date:   9/9/2022 1:40:55 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 61



ELECTRONICALLY FILED
9/9/2022 1:40 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF            )
                            )
                            ) Case No.: JU-2021-000108.01
                            )
E       J    III            )
                            )

## ORDER

MOTION TO CONTINUE filed by E       J    III is hereby GRANTED. Case continued to January 23rd, 2023 at 8:30 a.m. for disposition. Case set for status review December 6th, 2022 at 8:00 a.m. Due to her taking the Circuit Bench, Hon. Amanda Baxley is withdrawn as GAL and Hon. Ali Patterson is appointed as GAL for the minor child.

DONE this 9th day of September, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E_____ J_____ , III
14-JU-2021-000108.01

A court action was entered in the above case on 11/15/2022 2:56:15 PM

ORDER

[Filer: ]

Disposition: OTHER
Judge: CGS

Notice Date: 11/15/2022 2:56:15 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 70

ELECTRONICALLY FILED
11/15/2022 2:56 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E    J   III )
)

### ORDER

MOTION FOR VISITATION/CUSTODIAL TIME filed by SCOTT JESSICA is hereby set for hearing 12-06-22 at 8:00 a.m.

DONE this 15th day of November, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

## NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E........, J.....  III
14-JU-2021-000108.01

A court action was entered in the above case on 11/16/2022 11:26:24 AM

ORDER
[Filer: ]

Disposition: OTHER
Judge: CGS

Notice Date: 11/16/2022 11:26:24 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 72

ELECTRONICALLY FILED
11/16/2022 11:26 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E_____ J____ III )
)

**ORDER**

MOTION FOR COURT ORDERED PAYMENT OF CRIMINAL TRANSRCIPT filed by SCOTT JESSICA is hereby set for hearing 12-06-22 at 8:00 a.m.

DONE this 16th day of November, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J      , III
14-JU-2021-000108.01

The following matter was FILED on 12/6/2022 8:33:34 AM

Notice Date:    12/6/2022 8:33:34 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 75



ELECTRONICALLY FILED
12/6/2022 8:33 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E    J   III )
)

### ORDER

Case called this date on Motion for Visitation filed by Parents and Motion for Court Ordered Transcript to be provided for parents. On argument presented, Visitation to remain pursuant to ISP. DHR to pay for transcript of Criminal Case to be provided to parents. Hon. Josh Inman is withdrawn as attorney for Travis Capps and Hon. James Fancher appointed. Case remains set for January 23rd, 2023 at 8:30 a.m., but parents advised transcript request may delay said proceedings. Parents wished to continue with request.

DONE this 6th day of December, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

## NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E           J      III
14-JU-2021-000108.01

The following matter was FILED on 12/7/2022 1:35:23 PM

Notice Date:    12/7/2022 1:35:23 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
12/7/2022 1:35 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E          J      III )
)
)

## ORDER FOR BONDING ASSESSMENT

Status Conference was held on the subject of the Bonding Assessments the Court ordered. The Guardian ad Litem objected to the assessment due to the written reports of contact with the parties in the past causing the children's behavior to deteriorate. Upon contact with the Bonding Expert, the Court was advised that the assessment could be done without contact between the child and the parent.

Upon the findings at the Status Fonference the Court hereby orders a bonding assessment. This case is set on February 23, 2023 at 8:30 a.m.

DONE this 7th day of December, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE