UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JESSICA JAY SCOTT, et al., Plaintiffs,

v.

CHILTON COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., Defendants.

EXHIBIT 18 — 2023 SUMMARY (J     B     E     III)

This exhibit contains all filings, court orders, continuances, CASA involvement, permanency findings, and judicial actions concerning J   B   E   III during the calendar year 2023.

The 2023 record demonstrates an intensified pattern of delay, obstruction, and deprivation of due process,

including:

1. Multiple motions to continue filed exclusively by DHR, all granted by Judge Speaks without any requirement of good cause, extending the case far beyond statutory limits.

2. Court-approved delays preventing adjudication for a third consecutive year, resulting in prolonged foster placement without a legal finding of dependency.

3. CASA involvement and reports accepted without objection, despite parents lacking representation at multiple stages and being unable to challenge evidence.

4. GAL Ali Patterson's continued participation, including objections to bonding assessments later contradicted by expert review.

5. Judicial actions that repeatedly postponed permanency, delayed hearings, and deferred all substantive

decisions, violating federal permanency requirements and the parents' Fourteenth Amendment rights.

6. Attorney withdrawals approved without ensuring replacement counsel or pausing the case, resulting in

parents being unrepresented during critical stages of the proceedings.

These documents further establish a systemic pattern of unreasonable delay, judicial bias, and interference

with reunification, supporting Plaintiffs' claims under 42 U.S.C. § 1983 and due process principles.

This summary accompanies the complete chronological set of 2023 documents for J.B.E. III.



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J      III
14-JU-2021-000108.01

The following matter was FILED on 1/4/2023 1:50:24 PM

Notice Date:     1/4/2023 1:50:24 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
1/4/2023 1:50 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON CO

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E     J    III )
)
)

## AMENDED ORDER

Status Conference was held on the subject of the Bonding Assessments the Court ordered. The Guardian ad Litem objected to the assessment due to the written reports of contact with the parties in the past causing the children's behavior to deteriorate. Upon contact with the Bonding Expert, the Court was advised that the assessment could be done without contact between the child and the parent. Upon the findings at the Status Conference the Court hereby orders a bonding assessment. **This case is set on January 23, 2023 at 8:30 a.m.**

DONE this 4th day of January, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J     III
14-JU-2021-000108.01

A court action was entered in the above case on 1/17/2023 1:37:13 PM

ORDER
[Filer: ]

Disposition:   GRANTED
Judge:         CGS

Notice Date:   1/17/2023 1:37:13 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
1/17/2023 1:37 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E_____ J_____ III )
)

### ORDER

MOTION TO CONTINUE filed by DHR is hereby GRANTED. Continued to March 20th, 2023 at 9:00 a.m.

DONE this 17th day of January, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE

DOCUMENT 100



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J          III
14-JU-2021-000108.01

A court action was entered in the above case on 2/28/2023 9:48:59 AM

ORDER
[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | CGS |
| Notice Date: | 2/28/2023 9:48:59 AM |

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 99

ELECTRONICALLY FILED
2/28/2023 9:48 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
 )
 ) Case No.: JU-2021-000108.01
 )
E    J    III )
 )

### ORDER

MOTION TO CONTINUE filed by DHR is hereby GRANTED. Case continued to August 22nd, 2023 at 8:30 a.m.

DONE this 28th day of February, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E    J    III
14-JU-2021-000108.01

A court action was entered in the above case on 3/13/2023 1:49:36 PM

**ORDER**
[Filer: ]

Disposition: GRANTED
Judge: CGS

Notice Date: 3/13/2023 1:49:36 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
3/13/2023 1:49 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E    J   III )
)

**ORDER**

MOTION TO SET FOR PERMANENCY HEARING filed by DHR is hereby GRANTED.  Set for permanency review 06-15-23 at 8:30 a.m.  Remains set for disposition 08-22-23 at 8:30 a.m.

**DONE** this 13th day of March, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



# AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          J       III
14-JU-2021-000108.01

A court action was entered in the above case on 3/17/2023 8:41:38 AM

ORDER

[Filer: ]

Disposition: GRANTED
Judge: CGS

Notice Date: 3/17/2023 8:41:38 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 107

ELECTRONICALLY FILED
3/17/2023 8:41 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
 )
 ) Case No.: JU-2021-000108.01
 )
E     J    III )
 )

### ORDER

MOTION TO WITHDRAW filed by BAILEY JAMES TIMOTHY is hereby GRANTED.

DONE this 17th day of March, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E    J   II
14-JU-2021-000108.01

The following matter was FILED on 6/15/2023 2:48:53 PM

Notice Date:    6/15/2023 2:48:53 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 113



ELECTRONICALLY FILED
6/15/2023 2:48 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | | |
|---|---|---|
| IN RE: | THE MATTER OF | IN THE JUVENILE COURT OF |
| J        III, | | CHILTON COUNTY, ALABAMA |
| A CHILD | | |
| D/O/B   18 | | CASE NO. JU 2021-108.01 |

## PERMANENCY ORDER

This matter coming on to be heard on the 15th day of June, 2023, for a Permanency Hearing, and there being present, the child, represented by his Guardian ad Litem, Ms. Ali Patterson, Esquire; the Chilton County Department of Human Resources, (DHR) by and through its Representative, Ms. Mallory Ratliff, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, the mother, Ms. Jessica Scott, the father, Mr. John Eubanks, Jr., represented by their attorney, Mr. Albert Moore, Esquire, and the CASA Representatives, Ms. Kelsie Barrett, and Ms. Pamela Tindal. The Court having considered the Stipulation of Facts, and the relevant and material evidence presented, the Court Report and CASA Report, dated June 15, 2023, which were admitted without objection, and upon consideration of same, the Court finds as follows:

1. That the efforts made by the Department following the placement of the above named child into foster care, were reasonable to finalize the Permanency Plan of Return to Parent, and the concurrent plan of Adoption by Current Foster Placement. The Department has been working with this child since August, 2021, and has continued to provide services for said child.

2. That it would not be safe to return the child home because the parents have been non-compliant with DHR, and the child's counselor has recommended that there be no visitation between the child and the parents.

3. That Termination of Parental Rights is not in the best interest of the child because there has been no adjudication of dependency at this time.

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain the Chilton County Department of Human Resources, with the Department having discretion in planning and placement.
2. That DHR shall provide services pursuant to ISP.
3. That visitation shall be pursuant to ISP.
4. That this matter shall remain set for Dispositional Hearing on the 22nd day of August, 2023, at 8:30 a.m.

**DONE AND ORDERED** this the 15th day of June, 2023.

*Chris Speaks*

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



AlaFile E-Notice

14-JU-2021-000108.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E          , J     III
14-JU-2021-000108.01

A court action was entered in the above case on 7/7/2023 8:24:58 AM

ORDER
[Filer: ]

Disposition: GRANTED
Judge: CGS

Notice Date: 7/7/2023 8:24:58 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 117

ELECTRONICALLY FILED
7/7/2023 8:24 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

# IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
)
) Case No.: JU-2021-000108.01
)
E       J.  III )
)

## ORDER

MOTION TO RECONSIDER filed by DHR is hereby GRANTED. Expense of transcript to be paid by Parents.

DONE this 7th day of July, 2023.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE