UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JESSICA JAY SCOTT, et al., Plaintiffs,

v.

CHILTON COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., Defendants.

EXHIBIT 19 — 2024 SUMMARY (J    B        E    III)

This exhibit contains all filings, court orders, continuances, permanency rulings, CASA involvement,

and judicial actions involving J   B      E    III during the calendar year 2024.

The 2024 record demonstrates an escalation of the same unconstitutional patterns documented in prior years:

1. DHR again filed every motion to continue, all of which were granted without inquiry or judicial scrutiny,

pushing the case deeper into a fourth year without adjudication.

2. No dependency adjudication occurred in 2021, 2022, 2023, or 2024 — yet the child remained in DHR custody

the entire time, violating state law, federal permanency timelines, and the Fourteenth Amendment.

3. The June 13, 2024 Permanency Order repeats prior findings verbatim, including claims of "non-compliance"

and counselor recommendations for no visitation, despite the absence of new evidence and despite parents'

documented attempts to comply.

4. CASA continued involvement and report adoption by the Court occurred without meaningful challenge or

opportunity for parental objection, demonstrating a lack of procedural safeguards.

5. GAL Ali Patterson continued participation without addressing the repeated delays, lack of adjudication,

or the inconsistent and unsupported findings against the parents.

6. Judicial actions continued to favor DHR exclusively, including repeated continuances, delayed hearings,

and refusal to rule on parents' requests (such as psychological evaluations), creating a multi■year pattern

of judicial inaction and bias.

These actions constitute systemic violations of the parents' constitutional rights, including denial of

timely adjudication, denial of meaningful access to the courts, lack of reasonable efforts, and procedural

and substantive due process violations. The 2024 record forms a crucial foundation for Plaintiffs' claims

under 42 U.S.C. § 1983.

This summary accompanies the complete chronological set of 2024 documents for J.B.E. III.



**AlaFile E-Notice**

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E         J      III
14-JU-2021-000108.01

A court action was entered in the above case on 8/8/2024 8:43:27 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          CGS

Notice Date:    8/8/2024 8:43:27 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
8/8/2024 8:43 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

**IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA**

IN THE MATTER OF                )

                                )
                                ) Case No.:  JU-2021-000108.01
                                )
E⋮      J⋮    III                )
                                )


**ORDER**

DHR RESPONSE TO PARENT'S REQUEST FOR ADDITIONAL
PSYCHOLOGICAL filed by DHR is hereby set for hearing 09-19-
24 at 8:30 a.m.


**DONE this 8ᵗʰ day of August, 2024.**

                    **/s/ CHRISTOPHER G SPEAKS**
                    **JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

### IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E        ; J        III
14-JU-2021-000108.01

A court action was entered in the above case on 8/7/2024 8:51:47 AM

### ORDER

[Filer: ]

Disposition:     GRANTED
Judge:            CGS

Notice Date:    8/7/2024 8:51:47 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 163

ELECTRONICALLY FILED
8/7/2024 8:51 AM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

```
IN THE MATTER OF            )
                           )
                           ) Case No.: JU-2021-000108.01
                           )
E      J    III            )
                           )
```

### ORDER

DHR RESPONSE TO MOTION TO CONTINUE filed by DHR is hereby
GRANTED.  Continued to 09-19-24 at 8:30 a.m. for Motion
Hearing.

**DONE this 7ᵗʰ day of August, 2024.**

/s/ CHRISTOPHER G SPEAKS

JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000108.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 CO RD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF E        J     III
14-JU-2021-000108.01

The following matter was FILED on 6/13/2024 3:34:30 PM

Notice Date:      6/13/2024 3:34:30 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov


ELECTRONICALLY FILED
6/13/2024 3:34 PM
14-JU-2021-000108.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    **THE MATTER OF** | **IN THE JUVENILE COURT OF** |
| **J     E        , III,** | **CHILTON COUNTY, ALABAMA** |
| **A CHILD** | |
| **D/O/B    /18** | **CASE NO. JU 2021-108.01** |

## PERMANENCY ORDER

This matter coming on to be heard on the 13th day of June, 2024, for a Permanency

Hearing, and there being present, the child, represented by his Guardian ad Litem, Ms. Ali

Patterson, Esquire; the Chilton County Department of Human Resources, (DHR) by and through

its Representative, Ms. Mallory Ratliff, represented by its attorney, Mr. Robert L. Bowers, Jr.,

Esquire, the mother, Ms. Jessica Scott, and the father, Mr. John Eubanks, Jr., represented by their

attorney, Mr. Albert Moore, Esquire, and the CASA Representatives, Ms. Kelsie Barrett, and Ms.

Pamela Tindal. The Court having considered the Stipulation of Facts, and the relevant and

material evidence presented, the Court Report and CASA Report, dated June 13, 2024, which

were admitted without objection, and upon consideration of same, the Court finds as follows:

1.    That the efforts made by the Department following the placement of the above

named child into foster care, were reasonable to finalize the Permanency Plan of

Adoption by Current Foster Placement, and the concurrent plan is Adoption with

no Identified Resource. The Department has been working with this child since

August, 2021, and has continued to provide services for said child.

2.    That it would not be safe to return the child home because the parents have been

non-compliant with DHR, and the child's counselor has recommended that there

be no visitation between the child and the parents.

3. That Termination of Parental Rights is not in the best interest of the child because there has been no adjudication of dependency at this time.

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain the Chilton County Department of Human Resources, with the Department having discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation shall be pursuant to ISP.

4. That this matter shall be set for Adjudicatory Hearing on the 7th day of November, 2024, at 10:00 a.m..

**DONE AND ORDERED** this the ___13th___ day of June, 2024.

_____
**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**