EXHIBIT 20 – SUMMARY OF CONSTITUTIONAL VIOLATIONS REGARDING TRAVIS CAPPS

This exhibit summarizes the constitutional violations arising from the removal and continued custody of Travis Capps, age 16, beginning July 30, 2021.

Key Findings:

• Travis was left in the home on July 30 while younger children were removed, contradicting claims of imminent danger.

• Parents were jailed from July 30–August 2, 2021 and forced into court less than two hours after release.

• Petitions were handed to them only upon arrival at court around 12:30 PM on August 2.

• Travis was improperly served directly as a minor.

• Hearings and orders were conducted without proper service or jurisdiction.

• DHR allowed Travis to continue living on the property and later inside the home, proving no real safety threat existed.

• Custody was returned on September 12, 2022.

These acts violate the Fourteenth Amendment, Fourth Amendment, and established federal case law.

DOCUMENT 2

JUV302

## STATE OF ALABAMA
## JUVENILE COURT SUMMONS

JU 2021 000110.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:  CAPPS TRAVIS, A CHILD

NOTICE TO: CAPPS TRAVIS
5665 COUNTY ROAD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE: 08/02/2021
TIME: 01:00 PM
LOCATION: COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL  35045

A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021            ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31, ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                         GLENN MCGRIFF
---------------------------        -----------------------
DATE                               CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
_____Travis Capps_____8/2/21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)  PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)   OTHER: (COPY)

_____ CCSO
SERVER

(08/02/2021)   CRB

DOCUMENT 3

JUV302

## STATE OF ALABAMA
## JUVENILE COURT SUMMONS

JU 2021 000110.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF: CAPPS TRAVIS, A CHILD

NOTICE TO: SCOTT JESSICA
5665 COUNTY ROAD 53
CLANTON, AL  35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

 ✗  YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
    ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

              DATE:      08/03/2021
              TIME:      01:00 PM
              LOCATION:  COURTROOM #2- 3RD FLOOR
                         CHILTON COUNTY COURTHOUSE
                         500 2ND AVENUE NORTH
                         CLANTON, AL  35045

_____ A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
      FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
      AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021              ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                              GLENN MCGRIFF
-----------------------------          -----------------------------
DATE                                    CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

_____Jessica Scott_____      8-2-21_____
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)   PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)   OTHER: (COPY)

                                        _____
                                        SERVER

(08/02/2021)   CRB

DOCUMENT 4

ELECTRONICALLY FILED
8/3/2021 11:23 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

TRAVIS CAPPS
A CHILD,
D/O/B: 02/06/2005

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021- 110.01

### SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing,

on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and

there being present, the child, the child's Guardian ad Litem, Mr. Josh Inman, Esquire; the Chilton

County Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton,

represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr.,

Esquire; and the mother, Ms. Jessica Scott. The father, Mr. Wallace Capps, was not presence. The Court

having considered all the relevant and material evidence presented, and upon consideration of same,

the Court finds as follows:

1. That the mother was advised of her right to counsel.

2. That the mother was advised that the child was alleged to be dependent, and she
   denied the allegations.

3. That the mother stated that the child was not of Indian descent.

4. That in accordance with Public Law 96-272, as amended by Public Law 105-89, and

Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home

would be contrary to the welfare of the child because the mother is incarcerated on Willful Child Abuse

charges and the she is not able to care for the child, at this time.

5. That the child has no parent, guardian, custodian, or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

6.    That reasonable efforts to prevent removal of the child from his/her home:

   ( ) were made.

   ( ) were not made

   (X ) were not required because an emergency situation existed which required the

      immediate temporary removal of the child.

7.    The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature

of the allegations in the Petition, that release of the child would present a serious threat of substantial

harm to the child and the child has no parent, guardian, custodian or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, as follows:**

1.    A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves

      the issue of dependency, pending an Adjudicatory Hearing.

      B. ( ) That said child is found to be dependent, and in need of care and supervision,

      pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.    That the temporary custody of said child shall be transferred to Chilton County DHR,

      with the Department having discretion in planning and placement.

3.    That visitation shall be pursuant to ISP.

4.    That services provided by DHR shall be pursuant to ISP.

5.    That the mother shall cooperate fully with DHR and any and all agencies providing

      services at the discretion of DHR.

6.      That the mother shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.      That the mother shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.      That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.      That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR,  shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.      That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.      That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party.  This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media.  Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child.  Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.      That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

DOCUMENT 4

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of

December, 2021, at 9:00 a.m.


DONE AND ORDERED this the ____3rd____ day of August, 2021.


_____
JUVENILE JUDGE

DOCUMENT 4

ELECTRONICALLY FILED
8/3/2021 11:23 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

TRAVIS CAPPS
A CHILD,
D/O/B: 02/06/2005

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021- 110.01

### SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing,

on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and

there being present, the child, the child's Guardian ad Litem, Mr. Josh Inman, Esquire; the Chilton

County Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton,

represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr.,

Esquire; and the mother, Ms. Jessica Scott. The father, Mr. Wallace Capps, was not presence.  The Court

having considered all the relevant and material evidence presented, and upon consideration of same,

the Court finds as follows:

1.    That the mother was advised of her right to counsel.

2.    That the mother was advised that the child was alleged to be dependent, and she

      denied the allegations.

3.    That the mother stated that the child was not of Indian descent.

4.    That in accordance with Public Law 96-272, as amended by Public Law 105-89, and

Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home

would be contrary to the welfare of the child because the mother is incarcerated on Willful Child Abuse

charges  and the she is not able to care for the child, at this time.

5.    That the child has no parent, guardian, custodian, or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

6.    That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the

immediate temporary removal of the child.

7.    The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature

of the allegations in the Petition, that release of the child would present a serious threat of substantial

harm to the child and the child has no parent, guardian, custodian or other suitable person able or

willing to provide for the child's supervision and welfare, at this time.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, as follows:

1.    A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves

the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision,

pursuant to Section 301 et. seq., Code of Alabama, 1975.

2.    That the temporary custody of said child shall be transferred to Chilton County DHR,

with the Department having discretion in planning and placement.

3.    That visitation shall be pursuant to ISP.

4.    That services provided by DHR shall be pursuant to ISP.

5.    That the mother shall cooperate fully with DHR and any and all agencies providing

services at the discretion of DHR.

6.      That the mother shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.      That the mother shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.      That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.      That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.      That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.      That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.      That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

**DOCUMENT 4**

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of

December, 2021, at 9:00 a.m.


DONE AND ORDERED this the ___3rd___ day of August, 2021.


_Chris Speaks_
_____

JUVENILE JUDGE

JUV302

**STATE OF ALABAMA
JUVENILE COURT SUMMONS**

JU 2021 000110.01

===========================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF:  CAPPS TRAVIS, A CHILD

NOTICE TO: SCOTT JESSICA
5665 COUNTY ROAD 53
CLANTON, AL  35045-0000

===========================================================================
A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

☑ YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
  ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

                    DATE:    08/02/2021
                    TIME:    01:00 PM
                    LOCATION: COURTROOM #2- 3RD FLOOR
                             CHILTON COUNTY COURTHOUSE
                             500 2ND AVENUE NORTH
                             CLANTON, AL  35045

____  A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
      FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
      AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021              ISSUED BY: GLENN MCGRIFF
===========================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
===========================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                           GLENN MCGRIFF
-------------------------------      ------------------------------------
DATE                                 CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON

------------------------------------------------------------------------
NAME AND DATE OF SERVICE

------------------------------------------------------------------------
12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)    PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)    OTHER: (COPY)

                             ------------------------------------
                             SERVER
(08/02/2021)  CRB

IN RE:    THE MATTER OF:    IN THE JUVENILE COURT OF

TRAVIS CAPPS,    CHILTON COUNTY, ALABAMA
A CHILD
D/O/B 02/06/05    CASE NO. 2021- *110.c1*



**PETITION FOR CUSTODY**

**COMES NOW** your Petitioner, Chilton County Department of Human Resources, by

and through their representative and would show unto Your Honor as follows:

1.    That the Mother of said child is Jessica Scott, whose last known address is 5665

Co. Rd. 53, Clanton, AL 35045.

2.    That the Father of said child is Wallace Capps, whose address is unknown at this

time.

3.    That said child was keeping three minor children who were found naked with

twenty-two (22) dirty diapers laying in the floor of the room, there was nothing

else in the room but the toddlers and dirty diapers. The room was pad locked, and

the officer estimated that it was about 100 degrees in the room, the only room in

the home that was not air-conditioned. There were roaches in the room along

with feces and urine everywhere, the window of the room had feces smeared on it.

There were no toys in the room nor any beds for the minor children to sleep on.

The parents (when they arrived home) said that everything was taken from the

room because the children would throw everything at each other, the walls, and the

windows. The officers put diapers on the toddler themselves and had the above

mentioned child get food and drink, and it appeared that the children had not had

DOCUMENT 1

food nor drink in a while.

4.   That your Petitioner would aver that the child is dependent and in need of the

protection of the State of Alabama in that there is no parent or relative available or

willing to assume the care, custody and control of said minor child.

5.   That reasonable efforts have not been made, and continuation in the home would

be contrary to the welfare of the child, and removal from the home is in the best

interest of the child, because of the deplorable living conditions of the child, and

the physical condition of the child. The parents were taken to jail due to three (3)

counts of Willful Abuse of a child. The above mentioned child was left at the

home with his step grandmother, Ms. Angela Cleckler, and the other three

children were taken into foster care.

6.   That there is no need for a Pick-Up Order at this time because said child was left

with his step grandmother, Ms. Angela Cleckler.

**WHEREFORE, PREMISES CONSIDERED,** your Petitioner prays that your Honor

will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975,

grant the temporary care, custody and control of said minor child to your Petitioner and that this

Court will set this matter for Hearing, and further prays for such other, further and different relief

to which they may be entitled.

BY: _____

**PETITIONER**
**REPRESENTATIVE OF CHILTON**
**COUNTY DEPARTMENT OF**
**HUMAN RESOURCES**

**SWORN TO AND SUBSCRIBED** before me, on this the ⟨2⟩ day of August, 2021.

**NOTARY PUBLIC**

**BOWERS & BOWERS, ATTORNEYS**

BY:     _Roset L Bower J_

**ROBERT L. BOWERS, JR.**
**ATTORNEY FOR DHR**
**401 SECOND AVENUE NORTH**
**CLANTON, AL 35045**
**PHONE: (205) 755-7428**
**FAX: (205) 280-0684**
**rbowersjr@bellsouth.net**

JUV302

**STATE OF ALABAMA**
**JUVENILE COURT SUMMONS**

JU 2021 000110.01

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF: CAPPS TRAVIS, A CHILD

NOTICE TO: CAPPS TRAVIS
5665 COUNTY ROAD 53
CLANTON, AL 35045-0000

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

DATE: 08/02/2021
TIME: 01:00 PM
LOCATION: COURTROOM #2- 3RD FLOOR
CHILTON COUNTY COURTHOUSE
500 2ND AVENUE NORTH
CLANTON, AL 35045

A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE FILED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021          ISSUED BY: GLENN MCGRIFF

TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31, ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.

TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                    GLENN MCGRIFF
----------------------        -----------------------
DATE                          CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
Travis Capps      8/2/21
----------------------------------------
NAME AND DATE OF SERVICE

12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL) PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)     OTHER: (COPY)

_____ CCSO
SERVER

(08/02/2021)  CRB

DOCUMENT 3

**JUV302**

**STATE OF ALABAMA
JUVENILE COURT SUMMONS**

**JU 2021 000110.01**

==========================================================================

IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF: CAPPS TRAVIS, A CHILD

NOTICE TO: SCOTT JESSICA
5665 COUNTY ROAD 53
CLANTON, AL 35045-0000

==========================================================================

A PETITION ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY, OR
TERMINATION OF PARENTAL RIGHTS HAS BEEN FILED IN THIS COURT CONCERNING THE
ABOVE-NAMED CHILD. A COPY OF THAT PETITION IS ATTACHED TO THIS SUMMONS.

(CHECK ONE OF THE OPTIONS BELOW):

X  YOU MUST APPEAR BEFORE THE COURT AT THE DATE, TIME, AND PLACE BELOW TO
   ANSWER OR TESTIFY AS TO THE ALLEGATIONS OF THE PETITION.

   DATE:       08/03/2021
   TIME:       01:00 PM
   LOCATION:   COURTROOM #2- 3RD FLOOR
               CHILTON COUNTY COURTHOUSE
               500 2ND AVENUE NORTH
               CLANTON, AL 35045

___  A SUBSEQUENT NOTICE WITH THE DATE, TIME, AND PLACE OF THE HEARING, ONCE
     FIXED, IN WHICH YOU MUST APPEAR BEFORE THE COURT TO ANSWER OR TESTIFY
     AS TO THE ALLEGATIONS OF THE PETITION WILL BE MAILED AT A LATER TIME.

DATE: 08/02/2021              ISSUED BY: GLENN MCGRIFF
==========================================================================
TO ANY PARENT, LEGAL GUARDIAN, OR LEGAL CUSTODIAN (CONCERNING THE PETITION
ALLEGING DELINQUENCY, IN NEED OF SUPERVISION, OR DEPENDENCY ONLY)

YOU, THE PARENT, LEGAL CUSTODIAN, OR OTHER LEGAL CUSTODIAN, HAVING CUSTODY
OR CONTROL OF THE ABOVE-NAMED CHILD, MUST APPEAR AND BRING THE ABOVE-NAMED
CHILD BEFORE THE COURT AT THE TIME FIXED TO ANSWER OR TESTIFY AS TO THE
ALLEGATIONS IN THE ATTACHED PETITION. ALSO, YOU AS THE PARENT, LEGAL
GUARDIAN, OR LEGAL CUSTODIAN, ARE HEREBY NOTIFIED THAT YOU MAY BE MADE A
PARTY TO THIS PROCEEDING, PURSUANT TO 12-15-113, ALA. CODE 1975, AND RULE 31,
ALABAMA RULES OF JUVENILE PROCEDURE, AND HAVE A RIGHT TO AN ATTORNEY IF YOU
ARE UNABLE TO AFFORD ONE. PLEASE NOTIFY THE COURT IF YOUR ADDRESS CHANGES.
==========================================================================
TO ANY LAW ENFORCEMENT OFFICER OR OTHER AUTHORIZED PERSON:

YOU ARE ORDERED TO SERVE THE ABOVE SUMMONS AND A COPY OF THE PETITION AS
DIRECTED TO EACH PERSON NAMED ABOVE.

08/02/2021                         GLENN MCGRIFF
------------------------------     --------------------------
DATE                               CLERK

I CERTIFY THAT I PERSONALLY SERVED A COPY OF THIS SUMMONS AND PETITION ON
_____Jessica Scott_____8-2-21_____
NAME AND DATE OF SERVICE

------------------------------------------------------------
12-15-122, ALA. CODE 1975; RULE 13, ALA. R. JUV. P.
COURT RECORD: (ORIGINAL)  PARENT/LEGAL GUARDIAN/LEGAL CUSTODIAN: (COPY)
CHILD: (COPY)  OTHER: (COPY)

_____
SERVER

(08/02/2021)  CRB

DOCUMENT 1

IN RE:    THE MATTER OF:        IN THE JUVENILE COURT OF

TRAVIS CAPPS,        CHILTON COUNTY, ALABAMA
A CHILD
D/O/B 02/06/05        CASE NO. 2021- 110.cl



PETITION FOR CUSTODY

**COMES NOW** your Petitioner, Chilton County Department of Human Resources, by
and through their representative and would show unto Your Honor as follows:

1.  That the Mother of said child is Jessica Scott, whose last known address is 5665
    Co. Rd. 53, Clanton, AL 35045.

2.  That the Father of said child is Wallace Capps, whose address is unknown at this
    time.

3.  That said child was keeping three minor children who were found naked with
    twenty-two (22) dirty diapers laying in the floor of the room, there was nothing
    else in the room but the toddlers and dirty diapers. The room was pad locked, and
    the officer estimated that it was about 100 degrees in the room, the only room in
    the home that was not air-conditioned. There were roaches in the room along
    with feces and urine everywhere, the window of the room had feces smeared on it.
    There were no toys in the room nor any beds for the minor children to sleep on.
    The parents (when they arrived home) said that everything was taken from the
    room because the children would throw everything at each other, the walls, and the
    windows. The officers put diapers on the toddler themselves and had the above
    mentioned child get food and drink, and it appeared that the children had not had

I, Glena McGill, Clerk of the Circuit Court of Chilton County, Alabama,
do hereby certify that the within and foregoing is a true and correct copy,
of TRAVIS CAPPS in Case No. JU 110.0 Listed
Thursday 16 day of Sept , 20 21

food nor drink in a while.

4. That your Petitioner would aver that the child is dependent and in need of the protection of the State of Alabama in that there is no parent or relative available or willing to assume the care, custody and control of said minor child.

5. That reasonable efforts have not been made, and continuation in the home would be contrary to the welfare of the child, and removal from the home is in the best interest of the child, because of the deplorable living conditions of the child, and the physical condition of the child. The parents were taken to jail due to three (3) counts of Willful Abuse of a child. The above mentioned child was left at the home with his step grandmother, Ms. Angela Cleckler, and the other three children were taken into foster care.

6. That there is no need for a Pick-Up Order at this time because said child was left with his step grandmother, Ms. Angela Cleckler.

**WHEREFORE, PREMISES CONSIDERED,** your Petitioner prays that your Honor will adjudicate said child dependent, and pursuant to Section 12-15-102, Code of Alabama, 1975, grant the temporary care, custody and control of said minor child to your Petitioner and that this Court will set this matter for Hearing, and further prays for such other, further and different relief to which they may be entitled.

BY: _____

**PETITIONER**
**REPRESENTATIVE OF CHILTON**
**COUNTY DEPARTMENT OF**
**HUMAN RESOURCES**

**SWORN TO AND SUBSCRIBED** before me, on this the _2_ day of August, 2021.



NOTARY PUBLIC

**BOWERS & BOWERS, ATTORNEYS**

BY: Roset L Bowen J

**ROBERT L. BOWERS, JR.**
**ATTORNEY FOR DHR**
**401 SECOND AVENUE NORTH**
**CLANTON, AL 35045**
**PHONE: (205) 755-7428**
**FAX: (205) 280-0684**
**rbowersjr@bellsouth.net**

DOCUMENT 1

IN RE:        THE MATTER OF:

TRAVIS CAPPS,
A CHILD
D/O/B 02/06/05

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. 2021- 10.d

### CUSTODY AFFIDAVIT

COMES NOW the Petitioner, Chilton County Department of Human Resources pursuant to Section 30-3B-209, Code of Alabama, 1975, and files this Custody Affidavit and states as follows:

1.    The present address of said child/children is: Ms. Angela Cleckler, step grandmother, whose address is 5665 Co. Rd. 53, Clanton, AL 35045.

2.    I have not participated in any other litigation concerning said minor child/children and am not aware of any other proceeding taking place anywhere or by anyone.

3.    I know of no person not a party to the proceeding who has physical custody of said minor child/children or who claims to have custody or visitation rights with respect to the child/children.

4.    I will inform the Court of any custody proceedings which might be filed in this or any other state should this information become available during the pendency of this proceeding.

DATED this the ___2nd___ day of August, 2021.

PETITIONER

DOCUMENT 1

**STATE OF ALABAMA**

**CHILTON COUNTY**

Personally appeared before me the undersigned authority in and for said County in said State, the above Petitioner, by and through its representative, who being by me first duly sworn, deposes and says that he/she has read the above and foregoing Custody Affidavit and that the matters and things set out therein are true and correct.

**PETITIONER**

**SWORN TO AND SUBSCRIBED** before me this the ___ day of August, 2021.

**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** 5/26/24

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>JU-6A    Rev. 10/11 | JUVENILE COURT INTAKE OFFICER'S<br>ENDORSEMENT ON A PETITION | Case Number<br>JU 2I-110.c |
| --- | --- | --- |

In The Juvenile Court of _____Chilton_____ County, Alabama .
(Name of County)

In the Matter of _____Trevis Cooley_____ a child.

I certify that I have been duly designated an Intake Officer of the Court according to

Ala. Code 1975, § 12-15-102(11). Based on a verified complaint which was received 8/2/21

at 1:00 .m., and as alleged, contained legally sufficient information to establish subject-matter

jurisdiction, venue and probable cause, I have determined that the filing of the petition is in the best interest

of the public and/or the child.

Date: 8/2/21 · Intake Officer's Signature: _____

Ala. Code 1975, § 12-15-102(11); Rule 12, Ala.R.Juv.P.



AlaFile E-Notice

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 8/3/2021 11:23:04 AM

Notice Date:      8/3/2021 11:23:04 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 4



ELECTRONICALLY FILED
8/3/2021 11:23 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE: THE MATTER OF

IN THE JUVENILE COURT OF

TRAVIS CAPPS
A CHILD,

CHILTON COUNTY, ALABAMA

D/O/B: 02/06/2005

CASE NO. JU 2021-110.01

### SHELTER CARE ORDER

This matter coming on to be heard on the 2nd day of August, 2021, for a Shelter Care Hearing, on the Petition for Custody, filed by the Chilton County Department of Human Resources, (DHR) and there being present, the child, the child's Guardian ad Litem, Mr. Josh Inman, Esquire; the Chilton County Department of Human Resources (DHR), by and through its representative, Mr. Brad Payton, represented by its attorney, Ms. Elizabeth Hilyer, Esquire, standing in for Mr. Robert L. Bowers, Jr., Esquire; and the mother, Ms. Jessica Scott. The father, Mr. Wallace Capps, was not presence. The Court having considered all the relevant and material evidence presented, and upon consideration of same, the Court finds as follows:

1.  That the mother was advised of her right to counsel.

2.  That the mother was advised that the child was alleged to be dependent, and she denied the allegations.

3.  That the mother stated that the child was not of Indian descent.

4.  That in accordance with Public Law 96-272, as amended by Public Law 105-89, and Section 12-15-312, Code of Alabama, 1975, that continuing placement of the child in his/her home would be contrary to the welfare of the child because the mother is incarcerated on Willful Child Abuse charges and the she is not able to care for the child, at this time.

5.  That the child has no parent, guardian, custodian, or other suitable person able or willing to provide for the child's supervision and welfare, at this time.

6. That reasonable efforts to prevent removal of the child from his/her home:

( ) were made.

( ) were not made

(X ) were not required because an emergency situation existed which required the immediate temporary removal of the child.

7. The Court finds for the purposes of the Shelter Care Hearing only, and due to the nature of the allegations in the Petition, that release of the child would present a serious threat of substantial harm to the child and the child has no parent, guardian, custodian or other suitable person able or willing to provide for the child's supervision and welfare, at this time.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, as follows:

1. A. (X ) That there is no finding of dependency at this time, and the Court hereby reserves the issue of dependency, pending an Adjudicatory Hearing.

B. ( ) That said child is found to be dependent, and in need of care and supervision, pursuant to Section 301 et. seq., Code of Alabama, 1975.

2. That the temporary custody of said child shall be transferred to Chilton County DHR, with the Department having discretion in planning and placement.

3. That visitation shall be pursuant to ISP.

4. That services provided by DHR shall be pursuant to ISP.

5. That the mother shall cooperate fully with DHR and any and all agencies providing services at the discretion of DHR.

6.    That the mother shall inform DHR of any changes in address or telephone number within five (5) days of such change.

7.    That the mother shall, within ten (10) days from the date of this Order, provide DHR with a written list of names, addresses, and telephone numbers of any and all relatives, of the child, who either may be willing or who are able to accept legal custody of the child.

8.    That the parents, guardians, custodians and all other parties are hereby ordered not to use any illegal substances (drugs) at any time.

9.    That entry of an Order of this Court vesting of a child's custody (including Shelter Care Custody) in DHR, shall authorize DHR to consent to or give permission for a child to travel within and outside the State of Alabama.

10.    That the Department shall assume parental responsibility for said child's needs, to include food, shelter, clothing, education, and shall further be allowed to authorize any necessary medical, surgical, dental, or anesthesia services. With these responsibilities, the Department is hereby given authority to fulfill said duties pursuant to Section 12-15-102(16), Code of Alabama, 1975.

11.    That all parties and counsel are hereby admonished and enjoined from discussing the facts and/or subject matter, either directly or indirectly, with any third party. This specifically includes, but is not limited to discussions of the facts or this case through direct contact with third parties or through Social media. Parties and counsel, the Guardian ad Litem excepted, shall not discuss this matter with the child. Nothing herein prohibits disclosing necessary information to medical providers, medical experts, counselors, evaluators, or investigators engaged to provide care, evaluations, or treatment for the child or parents.

12.    That placement providers for the child, including foster placement, shall not, in any form or fashion, post pictures of the child on Social Media.

DOCUMENT 4

10.    That this matter shall be set for Adjudicatory/Dispositional Hearing on the 15th day of December, 2021, at 9:00 a.m.

DONE AND ORDERED this the ___3rd___ day of August, 2021.

_Chris Spears_
_____
JUVENILE JUDGE