EXHIBIT 21 – TIMELINE OF CONTRADICTORY DHR CONDUCT (JULY 30 – AUGUST 2, 2021)

July 30, 2021:

• Jessica Scott and John Eubanks arrested.

• Younger children J    J:    , and T:    removed immediately.

• Travis Capps left at the home under care of grandmother.

July 30–August 2, 2021:

• Travis remains on the property unsupervised by DHR.

• No petition filed for Travis.

• No evidence of danger presented.

August 2, 2021:

• Parents released on bond mid-morning.

• DHR social worker calls demanding immediate appearance in court.

• Parents arrive at courthouse ~12:30 PM.

• Petitions handed to them for the first time.

• Hearing held same day without proper notice.

• Travis served directly though a minor.

August 3, 2021:

• Orders filed after the fact, proving hearings occurred without proper filing.

This timeline contradicts DHR's claims of emergency danger and proves removal was arbitrary and unconstitutional.



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 12/21/2021 12:43:16 PM

Notice Date:      12/21/2021 12:43:16 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 7



ELECTRONICALLY FILED
12/21/2021 12:43 PM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:    THE MATTER OF       IN THE JUVENILE COURT OF

TRAVIS CAPPS,       CHILTON COUNTY, ALABAMA
A CHILD
D/O/B 02/06/05       CASE NO. JU 2021-110.01

## <u>ORDER</u>

This matter coming on to be heard on the 15th day of December, 2021, for an

Adjudicatory Hearing on a Petition for Custody, filed by the Chilton County Department of

Human Resources (DHR), and there being present, the child, the child's Guardian ad Litem, Mr.

Josh Inman, Esquire, the Chilton County Department of Human Resources, (DHR) by and

through its Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L.

Bowers, Jr., Esquire, and the mother, Ms. Jessica Scott, represented by her attorney, Ms. Alex V.

Sallas, Esquire. The Court having considered the agreement of all parties, and upon

consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. That temporary custody of said child shall remain with DHR, with DHR having
   discretion in planning and placement.

2. That DHR shall provide services pursuant to ISP.

3. That visitation for the parents shall be pursuant to ISP. However, the parties agree
   that there shall be no visitation, at this time, unless changed by a future ISP.

4. That the parties waive any issue concerning Adjudication not being determined in
   a timely manner.

DOCUMENT 7

5.    That this matter shall remain set for Review Hearing on the 17th day of February,

2022, at 8:00 a.m.

**DONE AND ORDERED** this the _____21st_____ day of December, 2021.

_Chris Speaks_

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 9/9/2022 1:21:57 PM

Notice Date:     9/9/2022 1:21:57 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 43

ELECTRONICALLY FILED
9/9/2022 1:21 PM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF               )

                               )
                               ) Case No.:  JU-2021-000110.01
                               )
CAPPS TRAVIS                   )
                               )

### ORDER

Case remains set for disposition 09-12-22 at 8:30 a.m.

DONE this 9th day of September, 2022.

/s/ CHRISTOPHER G SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 9/12/2022 10:19:40 AM

Notice Date:     9/12/2022 10:19:40 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 45

ELECTRONICALLY FILED
9/12/2022 10:19 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:    THE MATTER OF                  IN THE JUVENILE COURT OF

TRAVIS CAPPS,                            CHILTON COUNTY, ALABAMA
A CHILD
D/O/B 02/06/2005                         CASE NO. JU 2021-110.01

## ORDER

    This matter coming on to be heard on the 12ᵗʰ day of September, 2022, for a Dispositional

Hearing, on the Petition for Custody and Dependency, filed by the Chilton County Department of

Human Resources, (DHR), and there being present, the child, Mr. Josh Inman, Esquire, as

Guardian ad Litem for said child; Chilton County Department of Human Resources (DHR), by

and through its' representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L.

Bowers, Jr., Esquire, and the mother, Ms. Jessica Scott, represented by her attorney, Mr. James

Bailey, Esquire. The Court having considered the Stipulation of Facts, the relevant and material

evidence presented, and the agreement of the parties, and upon consideration of same, the court

finds as follows:

1.    That said child has been in DHR custody since August 2, 2021.

2.    That said child is seventeen (17) years of age, has earned his high school diploma,

        and has presented a career plan to the Court, wherein he plans to pursue a career

        as a game warden.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.    That the care, custody, and control of said child shall be returned to the mother,

       Ms. Jessica Scott.

2.    That this matter is closed to further DHR supervision.

3.    That this matter is closed to further Court review.

DONE AND ORDERED, this the ____12th____ day of September, 2022.


_Chris Speaks_
_____
CHRISTOPHER G. SPEAKS
JUVENILE JUDGE



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF COURT ACTION

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

A court action was entered in the above case on 6/28/2022 10:01:14 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           CGS

Notice Date:     6/28/2022 10:01:14 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 34

ELECTRONICALLY FILED
6/28/2022 10:01 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

**IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA**

IN THE MATTER OF )
)
) Case No.: JU-2021-000110.01
)
CAPPS TRAVIS )
)

**ORDER**

RETURN OF CUSTODY filed by SCOTT JESSICA is hereby set for hearing September 12th, 2022 at 8:30 a.m.

**DONE this 28th day of June, 2022.**

**/s/ CHRISTOPHER G SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
     5723 COUNTY ROAD 53
     CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 9/9/2022 1:21:57 PM

Notice Date:      9/9/2022 1:21:57 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 43



ELECTRONICALLY FILED
9/9/2022 1:21 PM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

**IN THE JUVENILE COURT OF CHILTON COUNTY, ALABAMA**

IN THE MATTER OF                )

                                )
                                ) Case No.:  JU-2021-000110.01
                                )
CAPPS TRAVIS                     )
                                )

**ORDER**

Case remains set for disposition 09-12-22 at 8:30 a.m.

DONE this 9ᵗʰ day of September, 2022.

                    **/s/ CHRISTOPHER G SPEAKS**
                    **JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 9/12/2022 10:19:40 AM

Notice Date:    9/12/2022 10:19:40 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 45



ELECTRONICALLY FILED
9/12/2022 10:19 AM
34-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| | |
|---|---|
| IN RE:    THE MATTER OF | IN THE JUVENILE COURT OF |
| TRAVIS CAPPS, | CHILTON COUNTY, ALABAMA |
| A CHILD | |
| D/O/B 02/06/2005 | CASE NO. JU 2021-110.01 |

## ORDER

This matter coming on to be heard on the 12ᵗʰ day of September, 2022, for a Dispositional Hearing, on the Petition for Custody and Dependency, filed by the Chilton County Department of Human Resources, (DHR), and there being present, the child, Mr. Josh Inman, Esquire, as Guardian ad Litem for said child; Chilton County Department of Human Resources (DHR), by and through its' representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr., Esquire, and the mother, Ms. Jessica Scott, represented by her attorney, Mr. James Bailey, Esquire. The Court having considered the Stipulation of Facts, the relevant and material evidence presented, and the agreement of the parties, and upon consideration of same, the court finds as follows:

1. That said child has been in DHR custody since August 2, 2021.

2. That said child is seventeen (17) years of age, has earned his high school diploma, and has presented a career plan to the Court, wherein he plans to pursue a career as a game warden.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1.   That the care, custody, and control of said child shall be returned to the mother,

Ms. Jessica Scott.

2.   That this matter is closed to further DHR supervision.

3.   That this matter is closed to further Court review.

**DONE AND ORDERED,** this the ___12th___ day of September, 2022.

*Chris Speaks*

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000110.01
Judge: CHRISTOPHER G SPEAKS

To: SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 2/28/2022 9:43:34 AM

Notice Date:     2/28/2022 9:43:34 AM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

ELECTRONICALLY FILED
2/28/2022 9:43 AM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:     THE MATTER OF

TRAVIS CAPPS,
A CHILD
D/O/B 02/06/05

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-110.01

## ORDER

This matter coming on to be heard on the 17th day of February, 2022, for a Review

Hearing on a Petition for Custody, filed by the Chilton County Department of Human Resources

(DHR), and there being present, the child, the child's Guardian ad Litem, Mr. Josh Inman,

Esquire, the Chilton County Department of Human Resources, (DHR) by and through its

Representative, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L. Bowers, Jr.,

Esquire, and the mother, Ms. Jessica Scott, represented by her attorney, Ms. Alex V. Sallas,

Esquire. The Court having considered the Stipulation of Facts, and the Court Report, dated

February 17, 2022, which was admitted without objection, and upon consideration of same,

It is therefore **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.    That temporary custody of said child shall remain with DHR, with DHR having
      discretion in planning and placement.

2.    That DHR shall provide services pursuant to ISP.

3.    That visitation for the parents shall be pursuant to ISP. However, the parties agree
      that there shall be no visitation, at this time, unless changed by a future ISP.

4.     That this matter shall remain set for Adjudication Hearing on the 21st day of June,

2022, at 8:00 a.m..

**DONE AND ORDERED** this the _____18th_____ day of February, 2022.

*Chris Speaks*

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**



**AlaFile E-Notice**

14-JU-2021-000110.01

Judge: CHRISTOPHER G SPEAKS

To:  SCOTT JESSICA
5723 COUNTY ROAD 53
CLANTON, AL, 35045

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF CAPPS TRAVIS
14-JU-2021-000110.01

The following matter was FILED on 6/22/2022 2:57:05 PM

Notice Date:      6/22/2022 2:57:05 PM

GLENN MCGRIFF
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
glenn.mcgriff@alacourt.gov

DOCUMENT 30

ELECTRONICALLY FILED
6/22/2022 2:57 PM
14-JU-2021-000110.01
JUVENILE COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

IN RE:  THE MATTER OF

TRAVIS CAPPS
A CHILD
D/O/B 02/06/2005

IN THE JUVENILE COURT OF

CHILTON COUNTY, ALABAMA

CASE NO. JU 2021-110.01

## PERMANENCY ORDER

This matter coming on to be heard on the 21st day of June, 2022, for a Permanency Hearing, on

the Petition for Custody, filed by Chilton Co. DHR,, and there being present, the child, represented by his

Guardian ad Litem, Mr. Josh Inman, Esquire; Chilton County Department of Human Resources (DHR), by

and through its' representatives, Ms. Mallory Stewart, represented by its attorney, Mr. Robert L.

Bowers, Jr., Esquire; and the mother, Ms. Jessica Scott.  The Court having considered the stipulation of

facts, all the relevant and material evidence presented, and upon consideration of same, the Court finds

as follows:

1.      That the efforts made by the Department, following the placement of the above named

child into foster care were reasonable to finalize the Permanency Plan of Return to Parent, with a

concurrent plan of Relative Placement with transfer of custody to the relative. The Department has been

working with this child since August, 2021, and has continued to provide services for said child.

2.      That it will not be safe to return the child home, at this time.

3.      That Termination of Parental Rights is not in the best interest of the child due to the fact

that DHR is currently working with the mother and the mother continue to make progress.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:

1.      That said child shall remain in the temporary custody of the Chilton Co. Department of

2.    That DHR shall continue to provide services for said child.

3.    That visitation shall be pursuant to ISP.

4.    That this matter shall be set for review on the 12th day of September, 2022, at 8:30 a.m.

**DONE AND ORDERED**, this the 22nd day of June, 2022.

*Chris Speaks*

**CHRISTOPHER G. SPEAKS**
**JUVENILE JUDGE**