IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSICA JAY SCOTT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-CV-928-RAH-KFP |
| | ) | |
| CHILTON COUNTY DEPARTMENT OF | ) | |
| HUMAN RESOURCES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Proceed in Forma Pauperis (Doc. 2) it is ORDERED that the motion is DENIED.

Leave to proceed in forma pauperis in federal civil proceedings is a privilege provided only to litigants who sufficiently demonstrate they are unable to prepay applicable fees. 28 U.S.C. § 1915(a)(1); *see also Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) ("When considering a motion filed pursuant to § 1915(a), '[t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty.'") (alteration in original) (quoting *Watson v. Ault*, 525 F.2d 886, 891 (5th Cir. 1976)). Ordinarily, an affidavit supporting an in forma pauperis motion "will be held sufficient if it represents that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Martinez*, 364 F.3d at 1307. Essentially, "the statute is not to be construed

such that potential litigants are forced to become public charges or abandon their claims because of the filing fee requirements." *Id.*

Plaintiffs' application shows that they have a combined income of $7,923 per month, and a combined $6,489 in expenses. Doc. 2. This leaves Plaintiffs with $1,434 per month after paying "rent, utilities, food, transportation, and medical costs." *Id.* Therefore, Plaintiffs' application, with substantial income left over at the end of the month, does not demonstrate that they cannot support and provide necessities for themselves and their dependents if they are required to pay the court fees and costs. *Martinez*, 364 F.3d at 1307. Indeed, in forma pauperis status "should be bestowed only upon those who are truly indigent," *Jones v. St. Vincents Health Sys.*, 2007 WL 1789242, at *1 (M.D. Fla. Jun. 19, 2007), and Plaintiffs have not shown this applies to them.

Accordingly, it is ORDERED that Plaintiffs' motion (Doc. 2) is DENIED.

It is further ORDERED that Plaintiffs must pay the civil filing fee in full by **December 18, 2025**. **If Plaintiffs fail to pay the filing fee, the undersigned will recommend dismissal for failure to prosecute and obey court orders**.

The Clerk is DIRECTED to stay service of process pending further notice from the Court.

Done this 4th day of December, 2025.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE