

# U.S. District Court

## Alabama Middle - Montgomery

Receipt Date: Dec 5, 2025 12:47PM

Jessica Jay Scott
2520 Tanner Drive
Prattville, Alabama 36067

Rcpt. No: 9493          Trans. Date: Dec 5, 2025 12:47PM          Cashier ID: #GN (6694)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | 2:25-CV-00928      | 1   | 405.00 | 405.00 |

| CD | Tender      |              |           | Amt     |
|----|-------------|--------------|-----------|---------|
| MO | Money Order | #38012595344 | 12/5/2025 | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**Comments:**
**2:25-cv-00928-RAH-KFP**
**Scott, et al. v. Chilton County Department of Human Resources, et al.**