UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, RM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                             TELEPHONE (334) 954-3600

January 14, 2026

### Notice to Pro Se Party – Service Material

Jessica Jay Scott
John Burton Eubanks, Jr.
2520 Tanner Drive
Prattville, AL 36067

Re:     Scott, et al. v. Chilton County Department of Human Resources, et al
        Civil Action No.   2:25-cv-00928-RAH-KFP

The above referenced case has been filed in this court on November 11, 2025. However, you failed to include proposed summons and indicate which means of service will be used in this civil action. The three possible methods of service are as follows: by certified mail, by personal process server, or by waiver of service. As soon as possible, please indicate to the Clerk's Office which means of service you plan to utilize and provide the appropriate materials for that method of service. The requirements for each method are listed below.

**Service by Certified Mail:**
Please provide the following to the Clerk's Office: two proposed summons per defendant, one copy of the complaint per defendant, completed envelopes with certified mail return receipt requested postage affixed, certified mail green cards, and certified mail return receipt cards.

**Service by Personal Process Server:**
Please provide the following to the Clerk's Office: three copies of a completed proposed summons form. One copy will be maintained with the Court's record and the other two will be returned for use by a non-party over the age of 18 to perfect service on the named defendant. Once service is perfected, one completed copy should be provided to the Clerk's Office as proof of service.

OR

**Service by Waiver of Service:**
If you are requesting waiver of service on new cases, please complete the following tasks. When the "Request for Waiver" is signed, dated, and mailed; a copy of the Request must be filed with the court. This sets a projected due date for an Answer to be filed. When the "Waiver of Service of Summons" is returned to you signed by the defendant or their counsel, the original of the Waiver must be filed with the court. This is the proof of service.

You may locate the summons (AO440), request for waiver (AO398) and waiver of service (AO399) forms on our webpage at www.almd.uscourts.gov/forms. If we can be of further assistance, please contact our office.

TREY GRANGER, CLERK